IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, | ) CIVIL NO. 04-00692 HG-LEK )  |
| Plaintiff, | ) ORDER OF RECUSAL ) |
| vs. | ) ) |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC, et al., | ) ) ) ) |
| Defendants. | ) ) |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 06 2005

at 9 o'clock and 70 min. A M
SUE BEITIA, CLERK

### ORDER OF RECUSAL

This court hereby recuses itself on its own motion from any and all proceedings in the above-captioned matter. The Court could be construed to have an interest in more than one defendant named in this case. The court, therefore, is recusing itself from this matter to avoid the appearance of impropriety.

The matter is hereby referred to the Chief Judge for reassignment in accordance with the Local Rules of this Court.

IT IS SO ORDERED.

DATED:   Honolulu, Hawaii,   9·4·05                        .

HELEN GILLMOR
United States District Judge

* * LABEL LIST * *

Case Number:1:04-cv-00692

Mark D. Clement, Esq.
Lawyers Building
550 Halekauwila St Ste 102
Honolulu, HI  96813

cc  SPK

Leslie Sai

David Hisashima

LEK

Warren Nakamura