ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 4 2006

at 3 o'clock and 10 min. PM
SUE BEITIA, CLERK

Of Counsel:
HISAKA YOSHIDA COSGROVE & CHING

MITZI A. LEE   6059-0
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 3000
Honolulu, Hawaii 96813
Telephone: (808) 523-0451
Facsimile: (808) 524-0422
E-mail: mlee@objectionsustained.com

Attorney for Defendant
CAPITAL ONE BANK

Y:\CAPITAL ONE\GARCIA\joinders.rpod.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| RICKY G. GARCIA, | CIVIL NO. CV 04-00692 HG LEK |
| --- | --- |
| Plaintiff, | (FAIR CREDIT REPORTING ACT) |
| vs. | CERTIFICATE OF SERVICE |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK, | (Re: Plaintiff Ricky G. Garcia's (1) First Request for Production of Documents to Defendant GE Capital/Monogram Credit Card Bank of Georgia dated December 22, 2005; (2) First Request for Production of Documents to Defendant Citifinancial, Inc. dated December 22, 2005; (3) First Request for Production of Documents to Defendant American General Financial Services, Inc. dated December 22, 2005; (4) First Request for Production of Documents to Defendant Beneficial/Household Finance Corporation dated December 22, 2005; (5) First Request for Production of Documents to Defendant American Savings Bank |
| Defendants. | dated December 22, 2005; (6) First |

| | Request for Production of Documents to Defendant Direct Merchants Credit Card Bank dated December 22, 2005; (7) First Request for Production of Documents to Defendant Experian Information Solutions, Inc. dated December 23, 2005; (8) First Request for Production of Documents to Defendant Trans Union, LLC dated December 23, 2005; and (9) First Request for Production of Documents to Defendant Equifax Information Services, LLD dated December 23, 2005) |
|---|---|

## CERTIFICATE OF SERVICE

(Re: Plaintiff Ricky G. Garcia's (1) First Request for Production of Documents to Defendant GE Capital/Monogram Credit Card Bank of Georgia dated December 22, 2005; (2) First Request for Production of Documents to Defendant Citifinancial, Inc. dated December 22, 2005; (3) First Request for Production of Documents to Defendant American General Financial Services, Inc. dated December 22, 2005; (4) First Request for Production of Documents to Defendant Beneficial/Household Finance Corporation dated December 22, 2005; (5) First Request for Production of Documents to Defendant American Savings Bank dated December 22, 2005; (6) First Request for Production of Documents to Defendant Direct Merchants Credit Card Bank dated December 22, 2005; (7) First Request for Production of Documents to Defendant Experian Information Solutions, Inc. dated December 23, 2005; (8) First Request for Production of Documents to Defendant Trans Union, LLC dated December 23, 2005; and (9) First Request for Production of Documents to Defendant Equifax Information Services, LLC dated December 23, 2005)

I hereby certify that on **January 4**, 2006, a true and correct copy of **Plaintiff Ricky G. Garcia's (1) First Request for Production of Documents to Defendant GE Capital/Monogram Credit Card Bank of Georgia dated December 22, 2005; (2) First Request for Production of Documents to Defendant Citifinancial, Inc. dated December 22, 2005; (3) First Request for Production of Documents to Defendant American General Financial Services, Inc. dated December 22, 2005; (4) First Request for Production of Documents to Defendant Beneficial/Household Finance Corporation dated December 22, 2005; (5) First Request for Production of Documents to Defendant American Savings Bank dated December 22, 2005; (6) First Request for Production of Documents to Defendant Direct Merchants Credit Card Bank dated December 22, 2005; (7) First Request for Production of Documents to Defendant Experian Information Solutions, Inc. dated December 23, 2005; (8) First Request for Production of Documents to Defendant Trans Union, LLC dated December 23, 2005; and (9) First Request for Production of Documents to Defendant Equifax Information Services, LLC dated December 23, 2005** was duly served by depositing the same in the U.S. mail, with first class postage prepaid, upon the following parties at their last known address as reflected below:

MARK D. CLEMENT, ESQ.
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
    Attorney for Plaintiff
    RICKY G. GARCIA

JOHN T. KOMEIJI, ESQ.
WAYNE K. T. MAU, ESQ.
Watanabe Ing Kawashima & Komeiji LLP
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
    Attorneys for Defendant
    AMERICAN GENERAL FINANCIAL SERVICES, INC.

DEBORAH K. WRIGHT, ESQ.
KEITH D. KIRSCHBRAUN, ESQ.
Wright & Kirschbraun
1885 Main St., Suite 108
Wailuku, Hawaii 96793
    Attorneys for Defendant
    EXPERIAN INFORMATION SOLUTIONS, INC.

KENNETH T. OKAMOTO, ESQ.
ROBERT M. KOHN, ESQ.
Price Okamoto Himeno & Lum
Ocean View Center
707 Richards St., Suite 728
Honolulu, Hawaii 96813
    Attorneys for Defendant
    TRANS UNION, LLC

DONALD E. BRADLEY, ESQ.
Crowell & Moring, LLP
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
    Attorney for Defendant
    TRANS UNION, LLC

JESS H. GRIFFITHS, ESQ.
CHAD M. IIDA, ESQ.
Godbey Griffiths Reiss Chong
Pauahi Tower
1001 Bishop St., Suite 2300
Honolulu, Hawaii 96813
    Attorneys for Defendant
    EQUIFAX INFORMATION SERVICES, LLC

AMY GREENSTEIN, ESQ.
Kilpatrick Stockton LLP
1100 Peachtree St., Suite 2800
Atlanta, Georgia 30309-4530
    Attorney for Defendant
    EQUIFAX INFORMATION SERVICES, LLC

PATRICIA J. MCHENRY, ESQ.
Cades Schutte
1000 Bishop St., 12th Floor
Honolulu, Hawaii 96813
    Attorney for Defendant
    AMERICAN SAVINGS BANK

CHARLES A. PRICE, ESQ.
LISA ANNE GRUEBER
Koshiba Agena & Kubota
Pauahi Tower
1001 Bishop St., Suite 2600
Honolulu, Hawaii 96813
    Attorneys for Defendant
    BENEFICIAL/HOUSEHOLD FINANCE CORPORATION

JOHN P. MANAUT, ESQ.
Carlsmith Ball
American Savings Bank Tower
1001 Bishop St., Suite 2200
Honolulu, Hawaii 96813
    Attorney for Defendant
    CITIFINANCIAL, INC.

DATED: Honolulu, Hawaii, _January 4, 2006_.


_____/s/ Mitzi A. Lee_____
MITZI A. LEE
Attorney for Defendant
CAPITAL ONE BANK