ORIGINAL

LAW OFFICE OF MARK D. CLEMENT
Attorney at Law

MARK D. CLEMENT   5295-0
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone No. 808-545-2488
Facsimile No. 808-545-2933
Email: Mark@markclementlaw.com

Attorney for Plaintiff
RICKY G. GARCIA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 2 2006

at __11__o'clock and ____min ____M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>                  Plaintiff,<br><br>       vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC., BENEFICIAL/ HOUSEHOLD FINANCE CORPORATON; CITIFINANCIAL, INC.; GE CAPITAL/ MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>                  Defendants. | CIVIL NO.: CV04-00692 HG LEK<br>(FAIR CREDIT REPORTING ACT)<br><br>CERTIFICATE OF SERVICE<br><br>[RE: PLAINTIFF RICKY G. GARCIA'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA] |

CERTIFICATE OF SERVICE [RE: PLAINTIFF RICKY G. GARCIA'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA]

The undersigned hereby certifies that a copy of Plaintiff Ricky G. Garcia's First Request for Production of Documents to Defendant GE Capital/Monogram Credit Card Bank of Georgia was duly served upon the following parties at their last known address indicated below, by depositing same with the U.S. Postal Service, postage prepaid, first class or hand-delivery, on January 12, 2006.

|  | Hand Delivery | Mail |
|---|---|---|
| DEBORAH K. WRIGHT, ESQ.<br>Wright & Kirschbraun<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96793<br><br>Attorney for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |  | X |
| KENNETH T. OKAMOTO, ESQ.<br>ROBERT M. KOHN, ESQ.<br>Price Okamoto Himeno & Lum<br>707 Richards Street; Suite 728<br>Honolulu, Hawaii 96813 | X |  |
| DONALD E. BRADLEY, ESQ.<br>Crowell Moring<br>3 Park Plaza, 20th Floor<br>Irvine, California 92614<br><br>Attorneys for Defendant<br>TRANS UNION, LLC |  | X |

JESS GRIFITHS, ESQ.                                      X
CHAD M. IIDA, ESQ.
Godbey Criffiths Reiss Chong
1001 Bishop Street
2300 Pauahi Tower
Honolulu, Hawaii 96813

AMY GREENSTEIN, ESQ.                                              X
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

PATRICIA J. McHENRY, ESQ.                                X
Cades Schutte
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

Attorney for Defendant
AMERICAN SAVINGS BANK

WAYNE K. T. MAU, ESQ.                                    X
Watanabe Ing Kawashima & Komeijo, LLP
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

Attorney for Defendant
AMERICAN GENERAL FINANCIAL SERVICES, INC.

LISA ANNE GRUEBNER, ESQ.                                 X
Koshiba Agena & Kubota
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
BENEFICIAL/HOUSEHOLD FINANCE CORPORATION

JOHN P. MANAUT, ESQ.                                              X
Carlsmith Ball LLP
2200 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
CITIFINANCIAL, INC.

THOMAS R. SYLVESTER, ESQ.                                         X
Bendet, Fidell, Sakai & Lee
Suite 1500, Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA

MITZI A. LEE, ESQ.                                                X
Hisaka Yoshida Cosgrove & Ching
Pacific Guardian Center
Mauka Tower, Suite 3000
737 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION

LINDALEE K. FARM, ESQ.                                            X
Goodsill Anderson Quinn & Stifel LLP
Alii Place
1099 Alakea Street, Suite 1800
Honolulu, Hawaii 96813

Attorney for Defendant
DIRECT MERCHANTS CREDIT CARD BANK

Dated: Honolulu, Hawaii, January 12, 2006.

/s/ Mark D. Clement
MARK D. CLEMENT

Attorney for Plaintiff
RICKY G. GARCIA