

**ORIGINAL**

Jess H. Griffiths #6658
GODBEY GRIFFITHS REISS CHONG
A Limited Liability Law Partnership
Suite 2300, Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-8894
Facsimile: (808) 523-8899
jgriffiths@lawhi.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 18 2006

at 11 o'clock and 7 min __ M
SUE BEITIA, CLERK

Of Counsel:

G. John Cento (NOT YET ADMITTED PRO HAC VICE)
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6447
Facsimile: (404) 541-4632
jcento@kilpatrickstockton.com
Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

**LODGED**

JAN 13 2006
2:15 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY GARCIA, | ) Civil No. CV04-00692 SPK LEK |
| | ) |
| Plaintiff, | ) APPLICATION TO ADMIT |
| | ) COUNSEL G. JOHN CENTO |
| vs. | ) PRO HAC VICE; ORDER |
| | ) ADMITTING COUNSEL G. |
| EXPERIAN INFORMATION | ) JOHN CENTO PRO HAC VICE; |
| SOLUTIONS, INC.; TRANS | ) CERTIFICATE OF SERVICE |
| UNION, LLC; EQUIFAX | ) |
| INFORMATION SERVICES LLC, | ) |
| AMERICAN SAVINGS BANKS; | ) |
| AMERICAN GENERAL | ) |
| FINANCIAL SERVICES, INC.; | ) |
| BENEFICIAL/HOUSEHOLD | ) |
| FINANCE CORPORATION; | ) |

```
CITIFINANCIAL, INC.; GE            )
CAPITAL/MONOGRAM                   )
CREDIT CARD BANK OF                )
GEORGIA; CAPITAL ONE               )
BANK aka CAPITAL ONE               )
FINANCIAL CORPORATION;             )
DIRECT MERCHANTS CREDIT            )
CARD BANK,                         )
                                   )
            Defendants,             )
                                   )
```

## APPLICATION TO ADMIT COUNSEL
## G. JOHN CENTO PRO HAC VICE

I, Jess Griffiths, am a member in good standing of the bar of this Court. My bar number is 6658. I am moving the admission of G. John Cento to appear pro hac vice in this case as counsel for Equifax Information Services, LLC.

We state under penalty of perjury that:

1. G. John Cento's residence and office addresses:

   Home: 5666 Carrollton Ave., Indianapolis, IN  46220

   Office: Kilpatrick Stockton, LLP, 1100 Peachtree Street, Suite 2800, Atlanta, Georgia 30309-4530

2. The proposed admittee has been admitted to practice and the date(s) of such admissions are as follows:

## G. JOHN CENTO COURT ADMISSIONS
Indiana Bar #21571-49

| Court | Year Admitted |
|---|---|
| Indiana – all trial courts | 1999 |
| USDC, N.D., S.D. Indiana | 1999 |
| | |
| USDC, C.D., S.D. Illinois | 2003 |
| USDC, N.D. Illinois | 2004 |
| USDC, E.D. Michigan | 2003 |
| USDC, N.D., S.D. Ohio | 2002 |
| USDC, E.D. Tennessee | 2005 |
| USDC, E.D., W.D. Wisconsin | 2002-2003 |
| | |
| Sixth Circuit Court of Appeals | 2003 |
| Seventh Circuit Court of Appeals | 2005 |
| | |
| United States Supreme Court | 2004 |

3.  The proposed admittee is in good standing and eligible to practice in said court(s);

4.  The proposed admittee is not currently suspended or disbarred in any other court; and

5.  During the twelve months immediately preceding this motion, the proposed admittee has not been admitted pro hac vice in this Court. The proposed admittee also designates Jess H. Griffiths whose business address

is Godbey Griffiths Reiss Chong, A Limited Liability Law Partnership, Suite 2300, Pauahi Tower, 1001 Bishop Street, Honolulu, Hawaii 96813, Telephone: (808) 523-8894, Facsimile: (808) 523-8899, who is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

    Dated: Honolulu, Hawaii, January 13, 2006.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _/s/_ | _/s/_ |
| Signature | Signature |
| Jess Griffiths | G. John Cento |
| Printed Name | Printed Name |
| Godbey Griffiths Reiss Chong, LLLP | Kilpatrick Stockton LLP |
| Firm | Firm |
| Suite 2300, Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813 | 1100 Peachtree Street<br>Suite 2800<br>Atlanta, Georgia 30309 |
| Address | Address |
| 808-523-8894 | 404-815-6447 |
| Telephone Number | Telephone Number |
| 808-523-8899 | 404-541-4632 |
| Fax Number | Fax Number |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY GARCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES LLC, AMERICAN SAVINGS BANKS; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK aka CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>    Defendants, | Civil No. CV04-00692 SPK LEK<br><br>ORDER ADMITTING COUNSEL G. JOHN CENTO PRO HAC VICE |

**ORDER ADMITTING COUNSEL**
**G. JOHN CENTO PRO HAC VICE**

The Application of G. JOHN CENTO for admission to this Court pro hac vice pursuant to Local Rule 83.1 (e) having come on for consideration by the Court, and good cause appearing therefor,

IT IS HEREBY ORDERED that the foregoing application be and hereby is granted.

DATED:   Honolulu, Hawaii, January 17, 2006.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

===========================================================

RICKY G. GARCIA vs. EXPERIAN INFORMATION SOLUTIONS, INC., ET AL; Civil. No. CV04-00692 SPK LEK; ORDER ADMITTING COUNSEL G. JOHN CENTO PRO HAC VICE

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY GARCIA, | Civil No. CV04-00692 SPK LEK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES LLC, AMERICAN SAVINGS BANKS; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK aka CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK, | |
| Defendants, | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was duly served upon the following counsel of record at their last known address, in the manner set out below on January 13, 2006:

|  | U.S. Mail Postage Paid | Hand Delivery |
|---|---|---|
| MARK D. CLEMENT, ESQ.<br>Lawyers Building, Suite 102<br>550 Halekauwila Street<br>Honolulu, Hawaii 96813<br><br>**Attorney for Plaintiff** | X | |
| JOHN P. MANAUT, ESQ.<br>Carlsmith Ball<br>American Savings Bank Tower<br>1001 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>**CITIFINANCIAL, INC.** | X | |
| DEBORAH K. WRIGHT, ESQ.<br>KEITH D. KIRSCHBRAUN, ESQ.<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96753<br><br>Attorneys for Defendant<br>**EXPERIAN INFORMATION SOLUTIONS, INC.** | X | |
| WAYNE K.T. MAU, ESQ.<br>JOHN T. KOMEIJI, ESQ.<br>Watanabe Ing Kawashima & Komeiji<br>First Hawaiian Center<br>999 Bishop Street, 23rd Floor<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>**AMERICAN GENERAL FINANCIAL SERVICES, INC.** | X | |

|  | U.S. Mail Postage Paid | Hand Delivery |
|---|---|---|
| PATRICIA J. McHENRY, ESQ.<br>Cades Schutte<br>1000 Bishop Street, 12th Floor<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>**AMERICAN SAVINGS BANK** | X | |
| CHARLES A. PRICE, ESQ.<br>LISA ANNE GRUEBNER, ESQ.<br>Koshiba Agena & Kubota<br>2600 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>**BENEFICIAL/HOUSEHOLD FINANCE CORPORATION** | | X |
| KENNETH T. OKAMOTO, ESQ.<br>ROBERT M. KOHN, ESQ.<br>Price Okamoto Himeno & Lum<br>707 Richards Street, Suite 728<br>Honolulu, Hawaii 96813<br><br>and<br><br>DONALD E. BRADLEY, ESQ.<br>Crowell & Moring<br>3 Park Plaza, 20th Floor<br>Irvine, California 92614-8505<br><br>Attorneys for Defendant<br>**TRANS UNION LLC** | X<br><br><br><br><br><br><br>X | |

3

MITZI A. LEE, ESQ.                            X
Hisaka Yoshida Cosgrove & Ching
Pacific Guardian Center, Mauka
Tower
737 Bishop Street, Suite 3000
Honolulu, Hawaii 96813

Attorney for Defendant
**CAPITAL ONE BANK**

LINDALEE K. FARM, ESQ.                        X
Goodsill Anderson Quinn & Stifel
Alii Place
1099 Alakea Street, Suite 1800
Honolulu, Hawaii 96813

Attorney for Defendant
**DIRECT MERCHANTS CREDIT CARD BANK**

THOMAS R. SYLVESTER                           X
JENNIFER S. VICENTE
Bendet, Fidell, Sakai & Lee
1500 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Tel: (808) 524-0544

Attorneys for Defendant
**GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA**

    Dated:    Honolulu, Hawaii, January 13, 2006.

_____
JESS H. GRIFFITHS
Attorney for Defendant Equifax
Information Services, LLC