ORIGINAL

CARLSMITH BALL LLP
JOHN P. MANAUT  3989-0
MELISSA H. LAMBERT  7767-0
2200 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Telephone No. (808) 523-2500
Facsimile No. (808) 523-0842
Email:  jpm@carlsmith.com
        mlambert@carlsmith.com

Attorneys for Defendant
CITIFINANCIAL, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 3 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>                Plaintiff,<br><br>        vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOTRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>                Defendants. | CIVIL NO. CV-04-00692 (SPK/LEK)<br>(FAIR CREDIT REPORTING ACT)<br><br>CERTIFICATE OF SERVICE<br><br>[RE: DEFENDANT CITIFINANCIAL, INC.'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS] |

4831-2502-0160.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 23, 2006, the original and one copy of Defendant CitiFinancial, Inc's Response to Plaintiff's First Request for Production of Documents were duly served by method indicated below at their last known address, as follows:

|  | HAND DELIVERY | U.S. MAIL |
|---|---|---|
| MARK D. CLEMENT, ESQ.<br>Lawyers Building, Suite 102<br>550 Halekauwila Street<br>Honolulu, Hawaii 96813<br><br>Attorney for Plaintiff |  | X |
| MITZI A. LEE, ESQ.<br>Hisaka Yoshida Cosgrove & Ching<br>Pacific Guardian Center, Mauka Tower<br>737 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>CAPITAL ONE BANK aka CAPITAL ONE FINANCIAL CORPORATION |  | X |
| JESS H. GRIFFITHS, ESQ.<br>CHAD M. IIDA, ESQ.<br>Godbey Griffiths Reiss Chong<br>2300 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813 |  | X |

and

Of Counsel:
Amy Greenstein, Esq.                                                    X
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES

DEBORAH K. WRIGHT, ESQ.                                                 X
KEITH D. KIRSCHBRAUN, ESQ.
Wright & Kirschbraun
1885 Main Street, Suite 108
Wailuku, Hawaii 96793

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

KENNETH T. OKAMOTO, ESQ.                                                X
ROBERT M. KOHN, ESQ.
Price Okamoto Himeno & Lum
707 Richards Street, Suite 728
Honolulu, Hawaii 96813

Attorneys for Defendant
TRANS UNION LLC

CHARLES A. PRICE, ESQ.                                                  X
LISA ANNE GRUEBNER, ESQ.
Koshiba Agenda & Kubota
2600 Pauahi Tower, 1001 Bishop St.
Honolulu, Hawaii 96813

Attorneys for Defendant
BENEFICIAL/HOUSEHOLD FINANCE CORPORATION

JOHN T. KOMEIJI, ESQ.                                                                                    X
WAYNE K. T. MAU, ESQ.
Watanabe Ing Kawashima & Komeiji LLP
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

Attorneys for Defendant
AMERICAN GENERAL FINANCIAL SERVICES, INC.

PATRICIA J. MCHENRY, ESQ.                                                                         X
Cades Schutte LLP
1000 Bishop St., Suite 1200
Honolulu, Hawaii 96813

Attorneys for Defendant
AMERICAN SAVINGS BANK

DATED: Honolulu, Hawaii, January 23, 2006.

_____
JOHN P. MANAUT
MELISSA H. LAMBERT

Attorneys for Defendant
CITIFINANCIAL, INC.