ORIGINAL

CARLSMITH BALL LLP
JOHN P. MANAUT  3989-0
MELISSA H. LAMBERT  7767-0
2200 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Telephone No. (808) 523-2500
Facsimile No. (808) 523-0842
Email:  jpm@carlsmith.com
        mlambert@carlsmith.com

Attorneys for Defendant
CITIFINANCIAL, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 3 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>              Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOTRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>              Defendants. | CIVIL NO. CV-04-00692 (SPK/LEK)<br>(FAIR CREDIT REPORTING ACT)<br><br>CERTIFICATE OF SERVICE<br><br>[RE: DEFENDANT CITIFINANCIAL, INC.'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES] |

4815-6473-9072.1.018303-00042

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 23, 2006, the original and one copy of Defendant CitiFinancial Inc.'s Response to Plaintiff's First Set of Interrogatories was duly served upon the following by method indicated below at their last known address:

|  | HAND DELIVERY | U.S. MAIL |
|---|---|---|
| MARK D. CLEMENT, ESQ.<br>Lawyers Building, Suite 102<br>550 Halekauwila Street<br>Honolulu, Hawaii 96813<br><br>Attorney for Plaintiff |  | X |
| MITZI A. LEE, ESQ.<br>Hisaka Yoshida Cosgrove & Ching<br>Pacific Guardian Center, Mauka Tower<br>737 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>CAPITAL ONE BANK aka CAPITAL ONE FINANCIAL CORPORATION |  | X |
| JESS H. GRIFFITHS, ESQ.<br>CHAD M. IIDA, ESQ.<br>Godbey Griffiths Reiss Chong<br>2300 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813 |  | X |

and

| | |
|---|---|
| Of Counsel:<br>Amy Greenstein, Esq.<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309<br><br>Attorneys for Defendant<br>EQUIFAX INFORMATION SERVICES | X |
| DEBORAH K. WRIGHT, ESQ.<br>KEITH D. KIRSCHBRAUN, ESQ.<br>Wright & Kirschbraun<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96793<br><br>Attorneys for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. | X |
| KENNETH T. OKAMOTO, ESQ.<br>ROBERT M. KOHN, ESQ.<br>Price Okamoto Himeno & Lum<br>707 Richards Street, Suite 728<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>TRANS UNION LLC | X |
| CHARLES A. PRICE, ESQ.<br>LISA ANNE GRUEBNER, ESQ.<br>Koshiba Agenda & Kubota<br>2600 Pauahi Tower, 1001 Bishop St.<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>BENEFICIAL/HOUSEHOLD FINANCE CORPORATION | X |

| | |
|---|---|
| JOHN T. KOMEIJI, ESQ.<br>WAYNE K. T. MAU, ESQ.<br>Watanabe Ing Kawashima & Komeiji LLP<br>999 Bishop Street, 23rd Floor<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>AMERICAN GENERAL FINANCIAL SERVICES, INC. | X |
| PATRICIA J. MCHENRY, ESQ.<br>Cades Schutte LLP<br>1000 Bishop St., Suite 1200<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>AMERICAN SAVINGS BANK | X |

DATED: Honolulu, Hawaii, January 23, 2006.

_____
JOHN P. MANAUT
MELISSA H. LAMBERT

Attorneys for Defendant
CITIFINANCIAL, INC.