ORIGINAL

Of Counsel:
HISAKA YOSHIDA COSGROVE & CHING

MITZI A. LEE    6059-0
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 3000
Honolulu, Hawaii 96813
Telephone: (808) 523-0451
Facsimile: (808) 524-0422
E-mail: mlee@objectionsustained.com

Attorneys for Defendant
CAPITAL ONE BANK



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 23 2006

at 3 o'clock and 26 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>Defendants. | CIVIL NO. CV 04-00692 HG LEK<br>(FAIR CREDIT REPORTING ACT)<br><br>CERTIFICATE OF SERVICE<br><br>(Re: Defendant Capital One Bank's Objections and Answers to Plaintiff Ricky G. Garcia's First Set of Interrogatories to Defendant Capital One Bank a/k/a Capital One Financial Corporation Dated December 22, 2005) |

## CERTIFICATE OF SERVICE

I hereby certify that on _January 23_, 2006, an original and true and correct copy of **Defendant Capital One Bank's Objections and Answers to Plaintiff Ricky G. Garcia's First Set of Interrogatories to Defendant Capital One Bank a/k/a Capital One Financial Corporation Dated December 22, 2005** were duly served by depositing the same in the U.S. mail, with first class postage prepaid, upon the following parties at their last known address as reflected below:

        MARK D. CLEMENT, ESQ.
        Lawyers Building, Suite 102
        550 Halekauwila Street
        Honolulu, Hawaii 96813
            Attorney for Plaintiff
            RICKY G. GARCIA

## CERTIFICATE OF SERVICE

I further hereby certify that on _January 23_, 2006, a true and correct copy of **Defendant Capital One Bank's Objections and Answers to Plaintiff Ricky G. Garcia's First Set of Interrogatories to Defendant Capital One Bank a/k/a Capital One Financial Corporation Dated December 22, 2005** was duly served by depositing the same in the U.S. mail, with first class postage prepaid, upon the following parties at their last known address as reflected below:

> JOHN T. KOMEIJI, ESQ.
> WAYNE K. T. MAU, ESQ.
> Watanabe Ing Kawashima & Komeiji LLP
> 999 Bishop Street, 23rd Floor
> Honolulu, Hawaii 96813
> > Attorneys for Defendant
> > AMERICAN GENERAL FINANCIAL SERVICES, INC.

> DEBORAH K. WRIGHT, ESQ.
> KEITH D. KIRSCHBRAUN, ESQ.
> Wright & Kirschbraun
> 1885 Main St., Suite 108
> Wailuku, Hawaii 96793
> > Attorneys for Defendant
> > EXPERIAN INFORMATION SOLUTIONS, INC.

> KENNETH T. OKAMOTO, ESQ.
> ROBERT M. KOHN, ESQ.
> Price Okamoto Himeno & Lum
> Ocean View Center
> 707 Richards St., Suite 728
> Honolulu, Hawaii 96813
> > Attorneys for Defendant
> > TRANS UNION, LLC

DONALD E. BRADLEY, ESQ.
Crowell & Moring, LLP
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
    Attorney for Defendant
    TRANS UNION, LLC

JESS H. GRIFFITHS, ESQ.
CHAD M. IIDA, ESQ.
Godbey Griffiths Reiss Chong
Pauahi Tower
1001 Bishop St., Suite 2300
Honolulu, Hawaii 96813
    Attorneys for Defendant
    EQUIFAX INFORMATION SERVICES, LLC

AMY GREENSTEIN, ESQ.
Kilpatrick Stockton LLP
1100 Peachtree St., Suite 2800
Atlanta, Georgia 30309-4530
    Attorney for Defendant
    EQUIFAX INFORMATION SERVICES, LLC

PATRICIA J. MCHENRY, ESQ.
Cades Schutte
1000 Bishop St., 12th Floor
Honolulu, Hawaii 96813
    Attorney for Defendant
    AMERICAN SAVINGS BANK

CHARLES A. PRICE, ESQ.
LISA ANNE GRUEBER
Koshiba Agena & Kubota
Pauahi Tower
1001 Bishop St., Suite 2600
Honolulu, Hawaii 96813
    Attorneys for Defendant
    BENEFICIAL/HOUSEHOLD FINANCE CORPORATION

JOHN P. MANAUT, ESQ.
Carlsmith Ball
American Savings Bank Tower
1001 Bishop St., Suite 2200
Honolulu, Hawaii 96813
    Attorney for Defendant
    CITIFINANCIAL, INC.

THOMAS R. SYLVESTER, ESQ.
JENNIFER S. VICENTE, ESQ.
Bendet, Fidell, Sakai & Lee
1500 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
    Attorneys for Defendant
    GE CAPITAL/MONOGRAM CREDIT
    CARD BANK OF GEORGIA

DATED: Honolulu, Hawaii, _January 23, 2006_.


_____
MITZI A. LEE
Attorney for Defendant
CAPITAL ONE BANK