KOSHIBA AGENA & KUBOTA

CHARLES A. PRICE           5098-0
LISA ANNE GRUEBNER      5516-0
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: 523-3900
Facsimile No.: 526-9829
Email:   cprice@koshibalaw.com

Attorneys for Defendant
BENEFICIAL/HOUSEHOLD
FINANCE CORPORATION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 6 2006

at 2 o'clock and 55 min P M
SUE BEITIA, CLERK

**LODGED**

JAN 2 5 2006

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC.; TRANS )<br>UNION, LLC; EQUIFAX )<br>INFORMATION SERVICES, LLC; )<br>AMERICAN SAVINGS BANK; )<br>AMERICAN GENERAL )<br>FINANCIAL SERVICES, INC.; )<br>BENEFICIAL/HOUSEHOLD )<br>FINANCE CORPORATION; )<br>CITIFINANCIAL, INC.; GE )<br>CAPITAL/MONOGRAM CREDIT )<br>CARD BANK OF GEORGIA; )<br>CAPITAL ONE BANK aka )<br>CAPITAL ONE FINANCIAL ) | CIVIL NO. CV04-00692 HG LEK<br><br>WITHDRAWAL AND<br>SUBSTITUTION OF COUNSEL<br>AND ORDER |

| | |
|---|---|
| CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK, | ) ) ) ) |
| Defendants. | ) ) ) |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.6(b), Lindalee K. Farm, Esq. and the law firm Goodsill Anderson Quinn & Stifel hereby withdraw as counsel for Defendant DIRECT MERCHANTS CREDIT CARD BANK and Charles A. Price, Esq., Lisa Anne Gruebner, Esq. and the law firm of Koshiba Agena & Kubota hereby substitute as counsel for Defendant DIRECT MERCHANTS CREDIT CARD BANK. Substituting counsel also represent Defendant BENEFICIAL/HOUSEHOLD FINANCE CORPORATION in the above-entitled action.

DATED: Honolulu, Hawaii, _January 25, 2006_.

_____
LINDALEE K. FARM
Withdrawing Attorney for Defendant
DIRECT MERCHANTS CREDIT
CARD BANK

_____
CHARLES A. PRICE
LISA ANNE GRUEBNER
Attorneys for Defendant
BENEFICIAL/HOUSEHOLD FINANCE
CORPORATION and
Substituting Attorneys for Defendant
DIRECT MERCHANTS CREDIT CARD
BANK

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

Ricky G. Garcia vs. Experian Information Solutions, Inc., et al.; Civil No. CV04-00692 HG LEK
**WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND ORDER**

-3-