# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/30/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00692SPK-LEK |
| CASE NAME: | Ricky D. Garcia vs. Experian Information Solutions, Inc., et al. |
| ATTYS FOR PLA: | Mark D. Clement |
| ATTYS FOR DEFT: | Chad M. Iida |
| | Patricia J. McHenry |
| | Gregg M. Ushiroda |
| | David Y. Suh |
| | Charles A. Price |
| | John P. Manaut |
| | Robert M . Kohn |
| | Jennifer S. Vicente |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 1/30/2006 | TIME: | 9:13-9:17 |

COURT ACTION:  EP: Status Conference held.

Submitted by: Warren N. Nakamura, Courtroom Manager