ORIGINAL    ORIGINAL

KOSHIBA AGENA & KUBOTA

CHARLES A. PRICE        5098-0
LISA ANNE GRUEBNER      5516-0
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: 523-3900
Facsimile No.: 526-9829
Email:    cprice@koshibalaw.com

Attorneys for Defendant
BENEFICIAL/HOUSEHOLD
FINANCE CORPORATION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 3 1 2006

at ___ o'clock and ___ min. ___
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/ HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL | CIVIL NO. CV 04-0692 HG LEK <br> (FAIR CREDIT REPORTING ACT) <br><br> CERTIFICATE OF SERVICE RE: WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND ORDER, FILED JANUARY 26, 2006 |

```
CORPORATION; DIRECT            )
MERCHANTS CREDIT CARD          )
BANK,                          )
                               )
                               )
         Defendants.           )
_____)
```

CERTIFICATE OF SERVICE RE: WITHDRAWAL AND
SUBSTITUTION OF COUNSEL AND ORDER, FILED JANUARY 26, 2006

I hereby certify that a copy of the Withdrawal and Substitution of Counsel and Order, filed January 26, 2006, was duly served upon the following parties by electronic mail at their last known addresses, as indicated below, on January 26, 2006:

>JESS H. GRIFFITHS, ESQ.
>CHAD M. IIDA, ESQ.
>Godbey Griffiths Reiss Chong
>Pauahi Tower
>1001 Bishop Street, Suite 2300
>Honolulu, Hawaii 96813
>ciida@lawhi.com
>
>Attorneys for Defendant
>EQUIFAX INFORMATION SERVICES, LLC

DEBORAH K. WRIGHT, ESQ.
KEITH D. KIRSCHBRAUN, ESQ.
Wright & Kirschbraun LLLC
1885 Main Street, Suite 108
Wailuku, Hawaii 96753
_WrightKirsch@aol.com_

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

MITZI A. LEE, ESQ.
Hisaka Yoshida Cosgrove & Ching
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 3000
Honolulu, Hawaii 96813
_mlee@objectionsustained.com_

Attorney for Defendant
CAPITAL ONE BANK

JOHN P. MANAUT, ESQ.
MELISSA HALL LAMBERT, ESQ.
Carlsmith Ball
American Savings Bank Tower
1001 Bishop Street, Suite 2200
Honolulu, Hawaii 96813
_Jpm@carlsmith.com_
_mlambert@carlsmith.com_
_bsaunders@carlsmith.com_

Attorney for Defendant
CITIFINANCIAL, INC.

JOHN T. KOMEIJI., ESQ.
WAYNE K.T. MAU, ESQ.
Watanabe Ing Kawashima & Komeiji
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
wmau@wik.com

Attorneys for Defendant
AMERICAN GENERAL FINANCIAL SERVICES, INC.

PATRICIA J. McHENRY, ESQ.
Cades Schutte
1000 Bishop Street, 12th Floor
Honolulu, Hawaii 96813
pmchenry@cades.com

Attorney for Defendant
AMERICAN SAVINGS BANK

KENNETH T. OKAMOTO, ESQ.
ROBERT M. KOHN, SQ.
Price Okamoto Himeno & Lum
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
rkohn@pohlhawaii.com
Attorneys for Defendant
TRANS UNION LLC

I hereby certify that a copy of the Withdrawal and Substitution of Counsel and Order, filed January 26, 2006, was duly served upon the following parties by depositing the same in the United States Mail, postage prepaid, at their last known addresses, as indicated below, on January 31, 2006:

MARK D. CLEMENT, ESQ.
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813

Attorney for Plaintiff
RICKY G. GARCIA

DONALD E. BRADLEY, ESQ.
Crowell & Moring
3 Park Plaza, 20th Floor
Irvine, California 92614-8505

Attorneys for Defendant
TRANS UNION LLC

THOMAS R. SYLVESTER, ESQ.
JENNIFER S. VICENTE, ESQ.
Bendet, Fidell, Sakai & Lee
1500 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendant
GE CAPITAL/MONOGRAM CREDIT
CARD BANK OF GEORGIA

AMY GREENSTEIN
G. JOHN CENTO, ESQ.
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

DATED: Honolulu, Hawaii, January 31, 2006.

*/s/ Charles A. Price*

CHARLES A. PRICE
LISA ANNE GRUEBNER
Attorneys for Defendant
BENEFICIAL/HOUSEHOLD FINANCE
CORPORATION