Of Counsel:
**PRICE OKAMOTO HIMENO & LUM**
KENNETH T. OKAMOTO, ESQ. 2068
ROBERT M. KOHN, ESQ.   6291
707 Richards Street, Suite 728
Honolulu, Hawaii 96814
Telephone: (808) 538-1113
Facsimile:  (808) 533-0549
Email: kokamoto@pohlhawaii.com
Email: rkohn@pohlhawaii.com

CROWELL & MORING LLP
DONALD E. BRADLEY, ESQ. (Admitted *Pro Hac Vice*)
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone: (949) 263-8400
Facsimile:  (949) 263-8414
Email: dbradley@crowell.com

Attorneys for Defendant
TRANS UNION LLC

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| RICKY G. GARCIA,                                  )<br>                                                  )<br>                          Plaintiff,             )<br>                                                  )<br>     vs.                                          )<br>                                                  )<br>                                                  )<br>EXPERIAN INFORMATION SOLUTIONS,                   )<br>INC; TRANS UNION LLC; EQUIFAX                     )<br>INFORMATION SERVICES, LLC;                        )<br>AMERICAN SAVINGS BANK; AMERICAN                   )<br>GENERAL FINANCIAL SERVICES, INC;                  )<br>BENEFICIAL/HOUSEHOLD FINANCE                      )<br>CORPORATION; CITIFINANCIAL, INC;                  )<br>GE CAPITAL/MONOGRAM CREDIT CARD                   )<br>BANK OF GEORGIA; CAPITAL ONE BANK                 )<br>a/k/a CAPITAL ONE FINANCIAL                       )<br>CORPORATION; DIRECT MERCHANTS                     )<br>CREDIT CARD BANK,                                 )<br>                                                  )<br>                                                  )<br>                          Defendants.            ) | CASE NO.  CV04-00692 HG LEK<br>(FAIR CREDIT REPORTING ACT)<br><br><br><br><br>CERTIFICATE OF SERVICE RE:<br>DEFENDANT TRANS UNION LLC'S<br>RESPONSES TO PLAINTIFF RICKY G.<br>GARCIA'S FIRST REQUEST FOR<br>PRODUCTION OF DOCUMENTS |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of DEFENDANT TRANS UNION LLC'S RESPONSES TO PLAINTIFF RICKY G. GARCIA'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS was duly served upon the following parties indicated below, by first class U.S. Mail on this day to the addresses set forth herein below:

Mark D. Clement
Law Office of Mark D. Clement
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813

    Attorney for Plaintiff
    Ricky G. Garcia

Deborah K. Wright. Esq.
Keith D. Kirschbraun, Esq.
Wright & Kirschbraun
1885 Main Street, Suite 108
Wailuku, Hawaii  96793

    Attorneys for Defendant
    Experian Information Solutions, Inc.

Jess H. Griffiths, Esq.
Chad M. Iida, Esq.
Godbey Griffiths Reiss Chong
Pauahi Tower
1001 Bishop Street, Suite 2300
Honolulu, Hawaii  96813

    Attorneys for Defendant
    Equifax Information Services LLC


Amy Greenstein, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309

    Attorneys for Defendant
    Equifax Information Services LLC

John P. Manaut, Esq.
Carlsmith Ball
American Savings Bank Tower
1001 Bishop Street, Suite 2200
Honolulu. Hawaii  96813

    Attorney for Defendant
    CitiFinancial, Inc.

Charles A. Price, Esq.
Lisa Anne Gruebner, Esq.
Koshiba Agnes & Kubota
2600 Pauahi Tower
1001 Bishop Street
Honolulu, HI  96813

    Attorneys for Defendant
    Beneficial/Household Finance Corporation

Patrick J. McHenry. Esq.
Cades Schutte
1000 Bishop Street, 12th Floor
Honolulu, Hawaii  96813-4216

    Attorneys for Defendant
    American Savings Bank

John T. Komeiji, Esq.
Wayne K.T. Mau, Esq.
Watanabe Ing Kawashima & Komeiji
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813

    Attorneys for Defendant
    American General Finance Services, Inc.

Mitzi A. Lee, Esq.
Hisaka Yoshida Cosgrove & Ching
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 3000
Honolulu, Hawaii  96813

    Attorneys for Defendant
    Capital One Bank


Dated:  Honolulu, Hawaii <u>February 8, 2006.</u>


                           <u>     /S/ Robert M. Kohn    </u>
                           KENNETH T. OKAMOTO, Esq.
                           ROBERT M. KOHN, Esq.
                           Attorneys for Defendant
                           TRANS UNION LLC