ORIGINAL

KOSHIBA AGENA & KUBOTA

CHARLES A. PRICE          5098-0
LISA ANNE GRUEBNER        5516-0
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: 523-3900
cprice@koshibalaw.com
lgruebner@koshibalaw.com

Attorneys for Defendant
BENEFICIAL/HOUSEHOLD FINANCE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT | CIVIL NO. CV 04-0692 SPK LEK <br> (FAIR CREDIT REPORTING ACT) <br><br> CERTIFICATE OF SERVICE <br><br> [RE: DEFENDANT BENEFICIAL/HOUSEHOLD FINANCE CORPORATION'S RESPONSES TO PLAINTIFF RICKY G. GARCIA'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT BENEFICIAL/HOUSEHOLD FINANCE CORPORATION, DATED DECEMBER 22, 2005, DATED FEBRUARY 9, 2006] |

|   |   |
|---|---|
| MERCHANTS CREDIT CARD BANK, | ) ) ) |
| Defendants. | ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the date noted below, the original and one copy of DEFENDANT BENEFICIAL/HOUSEHOLD FINANCE CORPORATION'S RESPONSES TO PLAINTIFF RICKY G. GARCIA'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT BENEFICIAL/ HOUSEHOLD FINANCE CORPORATION, DATED DECEMBER 22, 2005, dated February 9, 2006, will be duly served on the following party at their last known address, by depositing the same in the U.S. Mail, postage prepaid.

> MARK D. CLEMENT, ESQ.
> Lawyers Building
> 550 Halekauwila Street, Suite 102
> Honolulu, Hawaii 96813
>
> Attorney for Plaintiff
> RICKY G. GARCIA

I hereby further certify that on the date noted below, a copy of DEFENDANT BENEFICIAL/HOUSEHOLD FINANCE CORPORATION'S RESPONSES TO PLAINTIFF RICKY G. GARCIA'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT BENEFICIAL/

HOUSEHOLD FINANCE CORPORATION, DATED DECEMBER 22, 2005, dated February 9, 2006, will be duly served on the following parties at their last known addresses, by depositing the same in the U.S. Mail, postage prepaid.

>THOMAS R. SYLVESTER, ESQ.
>JENNIFER S. VICENTE, ESQ.
>Bendet, Fidell, Sakai & Lee
>1500 Davies Pacific Center
>841 Bishop Street
>Honolulu, Hawaii 96813
>
>Attorneys for Defendant
>GE CAPITAL/MONOGRAM CREDIT
>CARD BANK OF GEORGIA
>
>AMY GREENSTEIN, ESQ.
>G. JOHN CENTO, ESQ.
>Kilpatrick Stockton LLP
>1100 Peachtree Street, Suite 2800
>Atlanta, Georgia 30309
>
>Attorneys for Defendant
>EQUIFAX INFORMATION SERVICES, LLC
>
>JESS H. GRIFFITHS, ESQ.
>CHAD M. IIDA, ESQ.
>Godbey Griffiths Reiss Chong
>Pauahi Tower
>1001 Bishop Street, Suite 2300
>Honolulu, Hawaii 96813
>ciida@lawhi.com
>
>Attorneys for Defendant
>EQUIFAX INFORMATION SERVICES, LLC

DEBORAH K. WRIGHT, ESQ.
KEITH D. KIRSCHBRAUN, ESQ.
Wright & Kirschbraun LLLC
1885 Main Street, Suite 108
Wailuku, Hawaii 96753
*WrightKirsch@aol.com*

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

MITZI A. LEE, ESQ.
Hisaka Yoshida Cosgrove & Ching
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 3000
Honolulu, Hawaii 96813
*mlee@objectionsustained.com*

Attorney for Defendant
CAPITAL ONE BANK

JOHN P. MANAUT, ESQ.
MELISSA HALL LAMBERT, ESQ.
Carlsmith Ball
American Savings Bank Tower
1001 Bishop Street, Suite 2200
Honolulu, Hawaii 96813
*Jpm@carlsmith.com*
*mlambert@carlsmith.com*
*bsaunders@carlsmith.com*

Attorney for Defendant
CITIFINANCIAL, INC.

4

JOHN T. KOMEIJI, ESQ.
WAYNE K.T. MAU, ESQ.
Watanabe Ing Kawashima & Komeiji
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
wmau@wik.com

Attorneys for Defendant
AMERICAN GENERAL FINANCIAL SERVICES, INC.

PATRICIA J. McHENRY, ESQ.
Cades Schutte
1000 Bishop Street, 12th Floor
Honolulu, Hawaii 96813
pmchenry@cades.com

Attorney for Defendant
AMERICAN SAVINGS BANK

KENNETH T. OKAMOTO, ESQ.
ROBERT M. KOHN, ESQ.
Price Okamoto Himeno & Lum
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
rkohn@pohlhawaii.com
Attorneys for Defendant
TRANS UNION LLC

DONALD E. BRADLEY, ESQ.
Crowell & Moring
3 Park Plaza, 20th Floor
Irvine, California 92614-8505

Attorneys for Defendant
TRANS UNION LLC

5

DATED: Honolulu, Hawaii, February 9, 2006.

_/s/ Charles Price_
CHARLES A. PRICE
LISA ANNE GRUEBNER
Attorneys for Defendant
BENEFICIAL/HOUSEHOLD FINANCE
CORPORATION