ORIGINAL

KOSHIBA AGENA & KUBOTA

CHARLES A. PRICE          5098-0
LISA ANNE GRUEBNER     5516-0
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: 523-3900
cprice@koshibalaw.com
lgruebner@koshibalaw.com

Attorneys for Defendant
DIRECT MERCHANTS CREDIT CARD BANK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 0 2006

at 3 o'clock and 29 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT | CIVIL NO. CV 04-0692 SPK LEK<br>(FAIR CREDIT REPORTING ACT)<br><br>CERTIFICATE OF SERVICE<br><br>[RE: DEFENDANT DIRECT MERCHANTS CREDIT CARD BANK'S RESPONSES TO PLAINTIFF RICKY G. GARCIA'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT DIRECT MERCHANTS CREDIT CARD BANK, DATED DECEMBER 22, 2005, DATED FEBRUARY 9, 2006] |

| | |
|---|---|
| MERCHANTS CREDIT CARD BANK, | ) ) ) |
| Defendants. | ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the date noted below, the original and one copy of DEFENDANT DIRECT MERCHANTS CREDIT CARD BANK'S RESPONSES TO PLAINTIFF RICKY G. GARCIA'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT DIRECT MERCHANTS CREDIT CARD BANK, DATED DECEMBER 22, 2005, dated February 9, 2006, will be duly served on the following party at their last known address, by depositing the same in the U.S. Mail, postage prepaid.

> MARK D. CLEMENT, ESQ.
> Lawyers Building
> 550 Halekauwila Street, Suite 102
> Honolulu, Hawaii 96813
>
> Attorney for Plaintiff
> RICKY G. GARCIA

I hereby further certify that on the date noted below, a copy of DEFENDANT DIRECT MERCHANTS CREDIT CARD BANK'S RESPONSES TO PLAINTIFF RICKY G. GARCIA'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT DIRECT MERCHANTS CREDIT CARD BANK, DATED DECEMBER 22, 2005, dated February 9, 2006, will be duly served

2

on the following parties at their last known addresses, by depositing the same in the U.S. Mail, postage prepaid.

        THOMAS R. SYLVESTER, ESQ.
        JENNIFER S. VICENTE, ESQ.
        Bendet, Fidell, Sakai & Lee
        1500 Davies Pacific Center
        841 Bishop Street
        Honolulu, Hawaii 96813

        Attorneys for Defendant
        GE CAPITAL/MONOGRAM CREDIT
        CARD BANK OF GEORGIA

        AMY GREENSTEIN, ESQ.
        G. JOHN CENTO, ESQ.
        Kilpatrick Stockton LLP
        1100 Peachtree Street, Suite 2800
        Atlanta, Georgia 30309

        Attorneys for Defendant
        EQUIFAX INFORMATION SERVICES, LLC

        JESS H. GRIFFITHS, ESQ.
        CHAD M. IIDA, ESQ.
        Godbey Griffiths Reiss Chong
        Pauahi Tower
        1001 Bishop Street, Suite 2300
        Honolulu, Hawaii 96813
        ciida@lawhi.com

        Attorneys for Defendant
        EQUIFAX INFORMATION SERVICES, LLC

DEBORAH K. WRIGHT, ESQ.
KEITH D. KIRSCHBRAUN, ESQ.
Wright & Kirschbraun LLLC
1885 Main Street, Suite 108
Wailuku, Hawaii 96753
*WrightKirsch@aol.com*

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

MITZI A. LEE, ESQ.
Hisaka Yoshida Cosgrove & Ching
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 3000
Honolulu, Hawaii 96813
*mlee@objectionsustained.com*

Attorney for Defendant
CAPITAL ONE BANK

JOHN P. MANAUT, ESQ.
MELISSA HALL LAMBERT, ESQ.
Carlsmith Ball
American Savings Bank Tower
1001 Bishop Street, Suite 2200
Honolulu, Hawaii 96813
*Jpm@carlsmith.com*
*mlambert@carlsmith.com*
*bsaunders@carlsmith.com*

Attorney for Defendant
CITIFINANCIAL, INC.

4

JOHN T. KOMEIJI, ESQ.
WAYNE K.T. MAU, ESQ.
Watanabe Ing Kawashima & Komeiji
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
wmau@wik.com

Attorneys for Defendant
AMERICAN GENERAL FINANCIAL SERVICES, INC.

PATRICIA J. McHENRY, ESQ.
Cades Schutte
1000 Bishop Street, 12th Floor
Honolulu, Hawaii 96813
pmchenry@cades.com

Attorney for Defendant
AMERICAN SAVINGS BANK

KENNETH T. OKAMOTO, ESQ.
ROBERT M. KOHN, ESQ.
Price Okamoto Himeno & Lum
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
rkohn@pohlhawaii.com
Attorneys for Defendant
TRANS UNION LLC

DONALD E. BRADLEY, ESQ.
Crowell & Moring
3 Park Plaza, 20th Floor
Irvine, California 92614-8505

Attorneys for Defendant
TRANS UNION LLC

5

DATED: Honolulu, Hawaii, February 9, 2006.

_____
CHARLES A. PRICE
LISA ANNE GRUEBNER
Attorneys for Defendant
DIRECT MERCHANTS CREDIT CARD
BANK