ORIGINAL

Of Counsel:
BENDET, FIDELL, SAKAI & LEE
ATTORNEYS AT LAW
A LAW CORPORATION

THOMAS R. SYLVESTER       4027-0
JENNIFER S. VICENTE       7638-0
BENDET, FIDELL, SAKAI & LEE
1500 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: 524-0544
Email:    trs@bfsl.com
Email:    jsv@bfsl.com

Attorneys for GE CAPITAL/
MONOGRAM CREDIT CARD BANK OF GEORGIA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 5 2006

at ___ o'clock and ___ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL;HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE | Civil No. 04-00692 SPK-LEK<br>(Fair Credit Reporting Act)<br><br>**DEFENDANT GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA'S INITIAL DISCLOSURES;** CERTIFICATE OF SERVICE<br><br>(Caption continued on next page) |

| | |
|---|---|
| CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>            Defendants. | JUDGE: Samuel P. King<br>TRIAL DATE: November 7, 2006 |

### DEFENDANT GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA'S INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA ("Monogram Credit Card Bank of Georgia nka GE Money Bank ("GEMB")"), provides its Initial Disclosures:

I.   NAMES OF INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

    1.   Plaintiff Ricky G. Garcia
        c/o Law Offices of Mark D. Clement
        Lawyers Building
        550 Halekauwila Street, Suite 102
        Honolulu, Hawaii 96813
        Telephone No. (808) 545-2488

    2.   Antonina Garcia
        c/o Law Offices of Mark D. Clement
        Lawyers Building
        550 Halekauwila Street, Suite 102
        Honolulu, Hawaii 96813
        Telephone No. (808) 545-2488

3. Custodian of Records and/or Representatives of
GE CAPITAL/MONOGRAM CREDIT CARD BANK
OF GEORGIA
c/o Bendet, Fidell, Sakai & Lee
841 Bishop Street, 15th Floor
Honolulu, Hawaii 96813
Telephone No. (808) 524-0544

4. Custodian of Records and/or Representatives of
EQUIFAX INFORMATION SERVICES, LLC
c/o Godbey Griffiths Reiss Chong
Pauahi Tower, Suite 2300
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 523-8894

5. Custodian of Records and/or Representatives of
EXPERIAN INFORMATION SOLUTIONS, INC.
c/o Wright & Kirschbraun LLC
1885 Main Street, Suite 108
Wailuku, Hawaii 96753
Telephone No. (808) 244-6644

7. Custodian of Records and/or Representatives of
TRANS UNION, LLC.
c/o Price Okamoto Himeno & Lum
707 Richards Steet, Suite 728
Honolulu, Hawaii 96813
Telephone No. (808) 538-1113

6. Representatives of other named credit reporting agencies or parties.

II. DOCUMENTS, DATA, COMPILATIONS AND TANGIBLE THINGS

Copies of relevant documents, if any, in the possession of GEMB will be produced to Plaintiff's counsel at a mutually convenient time and place.

III. COMPUTATION OF DAMAGES

GEMB seeks its attorney's fees and costs incurred herein.

IV. INSURANCE

GEMB is insured by Pacific Employers Insurance Company under Policy Number G1 9902523 for the policy period January 1, 2001 to December 31, 2002 with $2.5 million in coverage per occurrence.

DATED: Honolulu, Hawaii, February 15, 2006.

_____
THOMAS R. SYLVESTER
JENNIFER S. VICENTE
Attorneys for GE CAPITAL/
MONOGRAM CREDIT CARD BANK OF
GEORGIA