IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL;HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>Defendants. | Civil No.  04-00692 SPK-LEK<br>(Fair Credit Reporting Act)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document will be duly served upon the following parties listed below, in the manner described thereto, at their last known addresses on the date of filing.

GE - INITIAL DISCLOSURES

| HAND DELIVER | U.S. MAIL | FAX | |
|---|---|---|---|
| (X) | ( ) | ( ) | MARK D. CLEMENT, ESQ.<br>Lawyers Building, Suite 102<br>550 Halekauwila Street<br>Honolulu, Hawaii 96813<br><br>Attorney for Plaintiff<br>RICKY G. GARCIA |
| ( ) | (X) | ( ) | DEBORAH K. WRIGHT, ESQ.<br>Wright & Kirschbraun<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96793<br><br>Attorney for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |
| (X) | ( ) | ( ) | KENNETH T. OKAMOTO, ESQ.<br>ROBERT M. KOHN, ESQ.<br>Price Okamoto Himeno & Lum<br>707 Richards Street, Suite 728<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>TRANS UNION, LLC |
| ( ) | (X) | ( ) | DONALD E. BRADLEY, ESQ.<br>Crowell Moring<br>3 Park Plaza, 20th Floor<br>Irvine, California 92614<br><br>Attorneys for Defendant<br>TRANS UNION, LLC |

| HAND DELIVER | U.S. MAIL | FAX | |
|---|---|---|---|
| (X) | ( ) | ( ) | JESS GRIFFITHS, ESQ.<br>CHAD M. IIDA, ESQ.<br>Godbey Griffiths Reiss Chong<br>2300 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>EQUIFAX INFORMATION SERVICES, LLC |
| ( ) | (X) | ( ) | AMY GREENSTEIN, ESQ.<br>Kilpatrick Stockton, LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309<br><br>Attorneys for Defendant<br>EQUIFAX INFORMATION SERVICES, LLC |
| (X) | ( ) | ( ) | PATRICIA J. McHENRY, ESQ.<br>Cades Schutte<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>AMERICAN SAVINGS BANK |
| (X) | ( ) | ( ) | WAYNE K.T. MAU, ESQ.<br>Watanabe Ing Kawashima & Komeiji, LLP<br>First Hawaiian Center<br>999 Bishop Street, 23rd Floor<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>AMERICAN GENERAL FINANCIAL SERVICES, INC. |

| HAND DELIVER | U.S. MAIL | FAX | |
|---|---|---|---|
| (X) | ( ) | ( ) | LISA ANNE GRUEBNER, ESQ.<br>Koshiba Agena & Kubota<br>2600 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK |
| (X) | ( ) | ( ) | JOHN P. MANAUT, ESQ.<br>Carlsmith Ball LLP<br>2200 American Savings Bank Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>CITIFINANCIAL, INC. |
| (X) | ( ) | ( ) | MITZI A. LEE, ESQ.<br>Hisaka Yoshida Cosgrove & Ching<br>Pacific Guardian Center<br>Mauka Tower, Suite 3000<br>737 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>CAPITAL ONE BANK aka CAPITAL ONE FINANCIAL CORPORATION |

DATED: Honolulu, Hawaii, February 15, 2006.

_____
THOMAS R. SYLVESTER
JENNIFER S. VICENTE
Attorneys for GE CAPITAL/
MONOGRAM CREDIT CARD BANK OF
GEORGIA