ORIGINAL

Of Counsel:
BENDET, FIDELL, SAKAI & LEE
ATTORNEYS AT LAW
A LAW CORPORATION

THOMAS R. SYLVESTER    4027-0
JENNIFER S. VICENTE    7638-0
BENDET, FIDELL, SAKAI & LEE
1500 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: 524-0544
Email:    trs@bfsl.com
Email:    jsv@bfsl.com

Attorneys for GE CAPITAL/
MONOGRAM CREDIT CARD BANK OF GEORGIA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 6 2006

at _____ o'clock and _____ min. _____ M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

RICKY G. GARCIA,

        Plaintiff,

    vs.

EXPERIAN INFORMATION
SOLUTIONS, INC.; TRANS
UNION LLC; EQUIFAX
INFORMATION SERVICES, LLC;
AMERICAN SAVINGS BANK;
AMERICAN GENERAL
FINANCIAL SERVICES, INC.;
BENEFICIAL;HOUSEHOLD
FINANCE CORPORATION;
CITIFINANCIAL, INC.; GE
CAPITAL/MONOGRAM CREDIT
CARD BANK OF GEORGIA;

Civil No.  04-00692 SPK-LEK
(Fair Credit Reporting Act)

CERTIFICATE OF SERVICE

CAPITAL ONE BANK a/k/a
CAPITAL ONE FINANCIAL
CORPORATION; DIRECT
MERCHANTS CREDIT CARD
BANK,

          Defendants.

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document:

**DEFENDANT GE CAPITAL/MONOGRAM CREDIT CARD BANK OF**

**GEORGIA'S OBJECTIONS AND ANSWERS TO PLAINTIFF'S**

**INTERROGATORIES,** will be duly served upon the following parties listed below,

in the manner described thereto, at their last known addresses on the date of filing.

| HAND DELIVER | U.S. MAIL | FAX | |
|---|---|---|---|
| (X) | ( ) | ( ) | MARK D. CLEMENT, ESQ.<br>Lawyers Building, Suite 102<br>550 Halekauwila Street<br>Honolulu, Hawaii 96813<br><br>Attorney for Plaintiff<br>RICKY G. GARCIA |
| ( ) | (X) | ( ) | DEBORAH K. WRIGHT, ESQ.<br>Wright & Kirschbraun<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96793<br><br>Attorney for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |

| HAND DELIVER | U.S. MAIL | FAX | |
|:---:|:---:|:---:|---|
| ( ) | (X) | ( ) | KENNETH T. OKAMOTO, ESQ.<br>ROBERT M. KOHN, ESQ.<br>Price Okamoto Himeno & Lum<br>707 Richards Street, Suite 728<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>TRANS UNION, LLC |
| ( ) | (X) | ( ) | DONALD E. BRADLEY, ESQ.<br>Crowell Moring<br>3 Park Plaza, 20th Floor<br>Irvine, California 92614<br><br>Attorneys for Defendant<br>TRANS UNION, LLC |
| ( ) | (X) | ( ) | JESS GRIFFITHS, ESQ.<br>CHAD M. IIDA, ESQ.<br>Godbey Griffiths Reiss Chong<br>2300 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>EQUIFAX INFORMATION SERVICES, LLC |
| ( ) | (X) | ( ) | AMY GREENSTEIN, ESQ.<br>Kilpatrick Stockton, LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309<br><br>Attorneys for Defendant<br>EQUIFAX INFORMATION SERVICES, LLC |

| HAND DELIVER | U.S. MAIL | FAX | |
|---|---|---|---|
| ( ) | (X) | ( ) | PATRICIA J. McHENRY, ESQ.<br>Cades Schutte<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>AMERICAN SAVINGS BANK |
| ( ) | (X) | ( ) | WAYNE K.T. MAU, ESQ.<br>Watanabe Ing Kawashima & Komeiji, LLP<br>First Hawaiian Center<br>999 Bishop Street, 23rd Floor<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>AMERICAN GENERAL FINANCIAL SERVICES, INC. |
| ( ) | (X) | ( ) | LISA ANNE GRUEBNER, ESQ.<br>Koshiba Agena & Kubota<br>2600 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>BENEFICIAL/HOUSEHOLD FINANCE CORPORATION and<br>DIRECT MERCHANTS CREDIT CARD BANK |

| HAND DELIVER | U.S. MAIL | FAX | |
|---|---|---|---|
| ( ) | (X) | ( ) | JOHN P. MANAUT, ESQ.<br>Carlsmith Ball LLP<br>2200 American Savings Bank Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>CITIFINANCIAL, INC. |
| ( ) | (X) | ( ) | MITZI A. LEE, ESQ.<br>Hisaka Yoshida Cosgrove & Ching<br>Pacific Guardian Center<br>Mauka Tower, Suite 3000<br>737 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>CAPITAL ONE BANK aka CAPITAL ONE<br>FINANCIAL CORPORATION |

DATED:    Honolulu, Hawaii, February 15, 2006.

THOMAS R. SYLVESTER
JENNIFER S. VICENTE
Attorneys for GE CAPITAL/
MONOGRAM CREDIT CARD BANK OF
GEORGIA