CADES SCHUTTE LLP

PATRICIA J. MCHENRY   4267-0
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4216
Telephone:  (808) 521-9200
Fax:  (808) 540-5057
E-mail:  pmchenry@cades.com

Attorney for Defendant
AMERICAN SAVINGS BANK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| RICKY G. GARCIA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et al.,<br><br>　　　　Defendants. | CIVIL NO. CV 04-692<br>(Fair Credit Reporting Act)<br><br>CERTIFICATE OF SERVICE<br><br>(Re:  American Savings Bank's Responses and Objections to Plaintiff's First Request for Production of Documents Dated December 22, 2005) |
|---|---|

CERTIFICATE OF SERVICE

　　　　I hereby certify that on February 22, 2006, a true and correct copy of AMERICAN SAVINGS BANK'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DATED DECEMBER 22, 2005 was duly served upon the following parties by the methods noted below at their last known addresses:

ImanageDB:630897.1

**Served by First Class Mail:**

Donald E. Bradley
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505

Attorney for Defendant
TRANS UNION, LLC.

Deborah K. Wright, Esq.
Keith D. Kirschbraun, Esq.
Wright & Kirschbraun LLLC
1885 Main Street, Sutie 108
Wailuku, HI 96793

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

G. John Cento, Esq.
Amy Greenstein, Esq.
Kilpatrick Stockton LLP
1100 Peachtree St., Sutie 2800
Atlanta, GA 30309-4530

Attorneys for Defendant
EQUIFAX INFORMATION
SERVICES, LLC

**Served by hand-delivery:**

**Mark D. Clement, Esq.**
550 Halekauwila Street, Suite 102
Honolulu, HI 96813

Attorney for Plaintiff
RICKY G. GARCIA

**Jess H. Griffiths, Esq.**
**Chad M. Iida, Esq.**
Godbey Griffiths Reiss Chong
Pauahi Tower
1001 Bishop Street, Suite 2300
Honolulu, HI 96813

Attorneys for Defendant
EQUIFAX INFORMATION
SERVICES LLC

**Thomas R. Sylvester, Esq.**
**Jennifer S. Vicente, Esq.**
Bendet Fidell Sakai & Lee
841 Bishop Street, Suite 1500
Honolulu, HI 96813

Attorneys for Defendants
GE CAPITAL/MONOGRAM CREDIT
CARD BANK OF GEORGIA

**Charles A. Price, Esq.**
**Lisa Anne Gruebner, Esq.**
Koshiba Agena & Kubota
Pauahi Tower
1001 Bishop Street, Suite 2600
Honolulu, HI 96813

Attorneys for Defendant
BENEFICIAL/HOUSEHOLD
FINANCE CORPORATION

| | |
|---|---|
| **John T. Komeiji, Esq.**<br>**Wayne K.T. Mau, Esq.**<br>Watanabe Ing Kawashima & Komeiji<br>999 Bishop Street, 23rd Floor<br>Honolulu, HI 96813<br><br>Attorney for Defendant<br>AMERICAN GENERAL FINANCIAL SERVICES, INC. | **Kenneth T. Okamoto, Esq.**<br>**Robert M. Kohn, Esq.**<br>Price Okamoto Himeno & Lum<br>707 Richards Street, Sutie 728<br>Honolulu, HI 96813<br><br>Attorneys for Defendant<br>TRANS UNION LLC |
| **Lindalee K. (Cissy) Farm, Esq.**<br>Goodsill Anderson Quinn & Stifel<br>1099 Alakea Street, Suite 1800<br>Honolulu, HI 96813<br><br>Attorney for Defendant<br>DIRECT MERCHANTS CREDIT CARD BANK | **John P. Manaut, Esq.**<br>**Melissa Hall Lambert, Esq.**<br>Carlsmith Ball<br>American Savings Bank Twr<br>1001 Bishop Street, Suite 2200<br>Honolulu, HI 96813<br><br>Attorneys for Defendant<br>CITIFINANCIAL, INC. |
| **Mitzi Ann Lee, Esq.**<br>Hisaka Yoshida Cosgrove & Ching<br>737 Bishop Street, Suite 3000<br>Honolulu, HI 96813<br><br>Attorney for Defendant<br>CAPITAL ONE BANK | |

I further hereby certify that on February 22, 2006, a true and correct copy of the CERTIFICATE OF SERVICE (Re: American Savings Bank's Responses and Objections to Plaintiff's First Request for Production of Documents Dated December 22, 2005) was duly served upon the following parties by the methods noted below at their last known addresses:

**Served electronically through CM/ECF**:

| | |
|---|---|
| Lisa Anne Gruebner | lgruebner@koshibalaw.com |
| Chad M. Iida | ciida@lawhi.com |
| Keith D. Kirschbraun | WrightKirsch@aol.com |

ImanageDB:636952.1                                   3

| | |
|---|---|
| Robert M. Kohn | rkohn@pohlhawaii.com |
| Melissa Hall Lambert | mlambert@carlsmith.com, tvitolo@carlsmith.com |
| Mitzi A. Lee | mlee@objectionsustained.com |
| John P. Manaut | Jpm@carlsmith.com, bsaunders@carlsmith.com |
| Wayne K.T. Mau | wmau@wik.com |
| Deborah K. Wright | wrightkirsch@aol.com |

**Served by First Class Mail**:

Donald E. Bradley
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505

Attorney for Defendant
TRANS UNION, LLC.

G. John Cento, Esq.
Amy Greenstein, Esq.
Kilpatrick Stockton LLP
1100 Peachtree St., Sutie 2800
Atlanta, GA 30309-4530

Attorneys for Defendant
**EQUIFAX INFORMATION SERVICES, LLC**

**Served by hand-delivery**:

**Mark D. Clement, Esq.**
550 Halekauwila Street, Suite 102
Honolulu, HI 96813

Attorney for Plaintiff
RICKY G. GARCIA

**Thomas R. Sylvester, Esq.**
**Jennifer S. Vicente, Esq.**
Bendet Fidell Sakai & Lee
841 Bishop Street, Suite 1500
Honolulu, HI 96813

Attorneys for Defendants
GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA

**Jess H. Griffiths, Esq.**
**Chad M. Iida, Esq.**
Godbey Griffiths Reiss Chong
Pauahi Tower
1001 Bishop Street, Suite 2300
Honolulu, HI 96813

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES LLC

**Charles A. Price, Esq.**
**Lisa Anne Gruebner, Esq.**
Koshiba Agena & Kubota
Pauahi Tower
1001 Bishop Street, Suite 2600
Honolulu, HI 96813

Attorneys for Defendant
BENEFICIAL/HOUSEHOLD FINANCE CORPORATION

5

**John T. Komeiji, Esq.**
Watanabe Ing Kawashima & Komeiji
999 Bishop Street, 23rd Floor
Honolulu, HI 96813

Attorney for Defendant
AMERICAN GENERAL FINANCIAL
SERVICES, INC.

**Lindalee K. (Cissy) Farm, Esq.**
Goodsill Anderson Quinn & Stifel
1099 Alakea Street, Suite 1800
Honolulu, HI 96813

Attorney for Defendant
DIRECT MERCHANTS CREDIT
CARD BANK

**Kenneth T. Okamoto, Esq.**
**Robert M. Kohn, Esq.**
Price Okamoto Himeno & Lum
707 Richards Street, Sutie 728
Honolulu, HI 96813

Attorneys for Defendant
TRANS UNION LLC

DATED:  Honolulu, Hawai`i, February 22, 2006.

CADES SCHUTTE LLP


/s/ Patricia J. McHenry
PATRICIA J. MCHENRY

Attorney for Defendant
AMERICAN SAVINGS BANK