Jess H. Griffiths #6658
Chad M. Iida #7598
GODBEY GRIFFITHS REISS CHONG
A Limited Liability Law Partnership
Suite 2300, Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 523-8894
Facsimile:   (808) 523-8899
jgriffiths@lawhi.com
chadi@hawaii.rr.com

Of Counsel:

G. John Cento
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309
Telephone:  (404) 815-6447
Facsimile:   (404) 541-4632
jcento@kilpatrickstockton.com

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY GARCIA, | ) Civil No. CV04-00692 SPK LEK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) [Re: Defendant Equifax |
| | ) Information Services LLC'S |
| EXPERIAN INFORMATION | ) Response to Plaintiff's First Set of |
| SOLUTIONS, INC.; TRANS | ) Interrogatories] |
| UNION, LLC; EQUIFAX | ) |
| INFORMATION SERVICES LLC, | ) |
| AMERICAN SAVINGS BANKS; | ) |
| AMERICAN GENERAL | ) |

| | |
|---|---|
| FINANCIAL SERVICES, INC.; | ) |
| BENEFICIAL/HOUSEHOLD | ) |
| FINANCE CORPORATION; | ) |
| CITIFINANCIAL, INC.; GE | ) |
| CAPITAL/MONOGRAM | ) |
| CREDIT CARD BANK OF | ) |
| GEORGIA; CAPITAL ONE | ) |
| BANK aka CAPITAL ONE | ) |
| FINANCIAL CORPORATION; | ) |
| DIRECT MERCHANTS CREDIT | ) |
| CARD BANK, | ) |
| | ) |
| Defendants, | ) |
| | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day, served a true and correct copy of **Defendant Equifax Information Services LLC'S Response to Plaintiff's First Set of Interrogatories** by depositing same in United States Mail, with sufficient postage thereon to ensure delivery, and addressed as follows:

|  | **U.S. Mail Postage Paid** | **Hand Delivery** |
|---|---|---|
| MARK D. CLEMENT, ESQ.<br>Lawyers Building, Suite 102<br>550 Halekauwila Street<br>Honolulu, Hawaii 96813 | X | |
| **Attorney for Plaintiff** | | |
| JOHN P. MANAUT, ESQ.<br>MELISSA HALL LAMBERT, ESQ.<br>Carlsmith Ball<br>American Savings Bank Tower<br>1001 Bishop Street, Suite 2200 | X | |

Honolulu, Hawaii 96813

Attorney for Defendant
**CITIFINANCIAL, INC.**

| | |
|---|---|
| DEBORAH K. WRIGHT, ESQ.<br>KEITH D. KIRSCHBRAUN, ESQ.<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96753 | X |

Attorneys for Defendant
**EXPERIAN INFORMATION SOLUTIONS, INC.**

| | |
|---|---|
| WAYNE K.T. MAU, ESQ.<br>JOHN T. KOMEIJI, ESQ.<br>Watanabe Ing Kawashima & Komeiji<br>First Hawaiian Center<br>999 Bishop Street, 23rd Floor<br>Honolulu, Hawaii 96813 | X |

Attorneys for Defendant
**AMERICAN GENERAL FINANCIAL SERVICES, INC.**

| | |
|---|---|
| PATRICIA J. McHENRY, ESQ.<br>Cades Schutte<br>1000 Bishop Street, 12th Floor<br>Honolulu, Hawaii 96813 | X |

Attorney for Defendant
**AMERICAN SAVINGS BANK**

| | |
|---|---|
| CHARLES A. PRICE, ESQ.<br>LISA ANNE GRUEBNER, ESQ.<br>Koshiba Agena & Kubota<br>2600 Pauahi Tower<br>1001 Bishop Street | X |

Honolulu, Hawaii 96813

Attorneys for Defendant
**BENEFICIAL/HOUSEHOLD FINANCE CORPORATION**

| | |
|---|---|
| KENNETH T. OKAMOTO, ESQ.<br>ROBERT M. KOHN, ESQ.<br>Price Okamoto Himeno & Lum<br>707 Richards Street, Suite 728<br>Honolulu, Hawaii 96813 | X |

and

| | |
|---|---|
| DONALD E. BRADLEY, ESQ.<br>Crowell & Moring<br>3 Park Plaza, 20th Floor<br>Irvine, California 92614-8505 | X |

Attorneys for Defendant
**TRANS UNION LLC**

| | |
|---|---|
| MITZI A. LEE, ESQ.<br>Hisaka Yoshida Cosgrove & Ching<br>Pacific Guardian Center, Mauka Tower<br>737 Bishop Street, Suite 3000<br>Honolulu, Hawaii 96813 | X |

Attorney for Defendant
**CAPITAL ONE BANK**

| | |
|---|---|
| LINDALEE K. (Cissy) FARM, ESQ.<br>Goodsill Anderson Quinn & Stifel<br>Alii Place<br>1099 Alakea Street, Suite 1800<br>Honolulu, Hawaii 96813 | X |

Attorney for Defendant
**DIRECT MERCHANTS CREDIT**

CARD BANK

THOMAS R. SYLVESTER                    X
JENNIFER S. VICENTE
Bendet, Fidell, Sakai & Lee
1500 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Tel: (808) 524-0544

Attorneys for Defendant
**GE CAPITAL/MONOGRAM**
**CREDIT CARD BANK OF**
**GEORGIA**

I further hereby certify that on February 23, 2006, a true and correct

copy of the CERTIFICATE OF SERVICE (Re: Defendant Equifax

Information Services LLC's Response to Plaintiff's First Set of

Interrogatories) was duly served upon the following parties by the methods

noted below at their last known addresses:

**Served Electronically through CM/ECF:**

- **Lisa Anne Gruebner**
  lgruebner@koshibalaw.com
- **Keith D. Kirschbraun**
  WrightKirsch@aol.com
- **Robert M. Kohn**
  rkohn@pohlhawaii.com
- **Melissa Hall Lambert**
  mlambert@carlsmith.com tvitolo@carlsmith.com
- **Mitzi A. Lee**
  mlee@objectionsustained.com
- **John P. Manaut**
  Jpm@carlsmith.com bsaunders@carlsmith.com

- **Wayne K.T. Mau**
  wmau@wik.com
- **Patricia J. McHenry**
  pmchenry@cades.com loshiro@cades.com
- **Deborah K. Wright**
  wrightkirsch@aol.com

**Served by First Class Mail:**

| | |
|---|---|
| MARK D. CLEMENT, ESQ.<br>Lawyers Building, Suite 102<br>550 Halekauwila Street<br>Honolulu, Hawaii 96813<br><br>**Attorney for Plaintiff** | DONALD E. BRADLEY, ESQ.<br>Crowell & Moring<br>3 Park Plaza, 20th Floor<br>Irvine, California 92614-8505<br><br>KENNETH T. OKAMOTO, ESQ.<br>ROBERT M. KOHN, ESQ.<br>Price Okamoto Himeno & Lum<br>707 Richards Street, Suite 728<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>**TRANS UNION LLC** |
| THOMAS R. SYLVESTER<br>JENNIFER S. VICENTE<br>Bendet, Fidell, Sakai & Lee<br>1500 Davies Pacific Center<br>841 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>**GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA** | CHARLES A. PRICE, ESQ.<br>LISA ANNE GRUEBNER, ESQ.<br>Koshiba Agena & Kubota<br>2600 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>**BENEFICIAL/HOUSEHOLD FINANCE CORPORATION** |
| WAYNE K.T. MAU, ESQ.<br>JOHN T. KOMEIJI, ESQ.<br>Watanabe Ing Kawashima & Komeiji<br>First Hawaiian Center<br>999 Bishop Street, 23rd Floor | LINDALEE K. (Cissy) FARM, ESQ.<br>Goodsill Anderson Quinn & Stifel<br>Alii Place<br>1099 Alakea Street, Suite 1800<br>Honolulu, Hawaii 96813 |

| | |
|---|---|
| Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>**AMERICAN GENERAL FINANCIAL SERVICES, INC.** | Attorney for Defendant<br>**DIRECT MERCHANTS CREDIT CARD BANK** |

Dated:   Honolulu, Hawaii, February 23, 2006.


/s/ Chad M. Iida
JESS H. GRIFFITHS
CHAD M. IIDA
Attorneys for Defendant Equifax
Information Services LLC