Jess H. Griffiths #6658
Chad M. Iida #7598
GODBEY GRIFFITHS REISS CHONG
A Limited Liability Law Partnership
Suite 2300, Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 523-8894
Facsimile:   (808) 523-8899
jgriffiths@lawhi.com
chadi@hawaii.rr.com

Of Counsel:

G. John Cento
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309
Telephone:  (404) 815-6447
Facsimile:   (404) 541-4632
jcento@kilpatrickstockton.com

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY GARCIA, | Civil No. CV04-00692 SPK LEK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | [Re: Defendant Equifax Information Services LLC'S Response to Plaintiff's First Request for Production of Documents] |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES LLC, AMERICAN SAVINGS BANKS; AMERICAN GENERAL | |

FINANCIAL SERVICES, INC.; )
BENEFICIAL/HOUSEHOLD )
FINANCE CORPORATION; )
CITIFINANCIAL, INC.; GE )
CAPITAL/MONOGRAM )
CREDIT CARD BANK OF )
GEORGIA; CAPITAL ONE )
BANK aka CAPITAL ONE )
FINANCIAL CORPORATION; )
DIRECT MERCHANTS CREDIT )
CARD BANK, )
                                )
           Defendants, )
                                )

## CERTIFICATE OF SERVICE

This is to certify that I have this day, served a true and correct copy of **Defendant Equifax Information Services LLC'S Response to Plaintiff's First Request for Production of Documents** by depositing same in United States Mail, with sufficient postage thereon to ensure delivery, and addressed as follows:

|  | U.S. Mail Postage Paid | Hand Delivery |
|---|---|---|
| MARK D. CLEMENT, ESQ.<br>Lawyers Building, Suite 102<br>550 Halekauwila Street<br>Honolulu, Hawaii 96813<br>**Attorney for Plaintiff** | X | |
| JOHN P. MANAUT, ESQ.<br>MELISSA HALL LAMBERT, ESQ.<br>Carlsmith Ball | X | |

2

American Savings Bank Tower
1001 Bishop Street, Suite 2200
Honolulu, Hawaii 96813

Attorney for Defendant
**CITIFINANCIAL, INC.**

| | |
|---|---|
| DEBORAH K. WRIGHT, ESQ.<br>KEITH D. KIRSCHBRAUN, ESQ.<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96753<br><br>Attorneys for Defendant<br>**EXPERIAN INFORMATION SOLUTIONS, INC.** | X |
| WAYNE K.T. MAU, ESQ.<br>JOHN T. KOMEIJI, ESQ.<br>Watanabe Ing Kawashima & Komeiji<br>First Hawaiian Center<br>999 Bishop Street, 23rd Floor<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>**AMERICAN GENERAL FINANCIAL SERVICES, INC.** | X |
| PATRICIA J. McHENRY, ESQ.<br>Cades Schutte<br>1000 Bishop Street, 12th Floor<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>**AMERICAN SAVINGS BANK** | X |
| CHARLES A. PRICE, ESQ. | X |

3

LISA ANNE GRUEBNER, ESQ.
Koshiba Agena & Kubota
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendant
**BENEFICIAL/HOUSEHOLD
FINANCE CORPORATION**

KENNETH T. OKAMOTO, ESQ.         X
ROBERT M. KOHN, ESQ.
Price Okamoto Himeno & Lum
707 Richards Street, Suite 728
Honolulu, Hawaii 96813

and

DONALD E. BRADLEY, ESQ.          X
Crowell & Moring
3 Park Plaza, 20th Floor
Irvine, California 92614-8505

Attorneys for Defendant
**TRANS UNION LLC**

MITZI A. LEE, ESQ.               X
Hisaka Yoshida Cosgrove & Ching
Pacific Guardian Center, Mauka
Tower
737 Bishop Street, Suite 3000
Honolulu, Hawaii 96813

Attorney for Defendant
**CAPITAL ONE BANK**

LINDALEE K. (Cissy) FARM, ESQ.   X
Goodsill Anderson Quinn & Stifel
Alii Place
1099 Alakea Street, Suite 1800

4

Honolulu, Hawaii 96813

Attorney for Defendant
**DIRECT MERCHANTS CREDIT
CARD BANK**

THOMAS R. SYLVESTER                                    X
JENNIFER S. VICENTE
Bendet, Fidell, Sakai & Lee
1500 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Tel: (808) 524-0544

Attorneys for Defendant
**GE CAPITAL/MONOGRAM
CREDIT CARD BANK OF
GEORGIA**

I further hereby certify that on February 23, 2006, a true and correct

copy of the CERTIFICATE OF SERVICE (Re: Defendant Equifax

Information Services LLC's Response to Plaintiff's First Request for

Production of Documents) was duly served upon the following parties by the

methods noted below at their last known addresses:

**Served Electronically through CM/ECF:**

- **Lisa Anne Gruebner**
  lgruebner@koshibalaw.com
- **Keith D. Kirschbraun**
  WrightKirsch@aol.com
- **Robert M. Kohn**
  rkohn@pohlhawaii.com
- **Melissa Hall Lambert**
  mlambert@carlsmith.com tvitolo@carlsmith.com

5

- **Mitzi A. Lee**
  mlee@objectionsustained.com
- **John P. Manaut**
  Jpm@carlsmith.com bsaunders@carlsmith.com
- **Wayne K.T. Mau**
  wmau@wik.com
- **Patricia J. McHenry**
  pmchenry@cades.com loshiro@cades.com
- **Deborah K. Wright**
  wrightkirsch@aol.com

**Served by First Class Mail:**

| | |
|---|---|
| MARK D. CLEMENT, ESQ.<br>Lawyers Building, Suite 102<br>550 Halekauwila Street<br>Honolulu, Hawaii 96813<br><br>**Attorney for Plaintiff** | DONALD E. BRADLEY, ESQ.<br>Crowell & Moring<br>3 Park Plaza, 20th Floor<br>Irvine, California 92614-8505<br><br>KENNETH T. OKAMOTO, ESQ.<br>ROBERT M. KOHN, ESQ.<br>Price Okamoto Himeno & Lum<br>707 Richards Street, Suite 728<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>**TRANS UNION LLC** |
| THOMAS R. SYLVESTER<br>JENNIFER S. VICENTE<br>Bendet, Fidell, Sakai & Lee<br>1500 Davies Pacific Center<br>841 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>**GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA** | CHARLES A. PRICE, ESQ.<br>LISA ANNE GRUEBNER, ESQ.<br>Koshiba Agena & Kubota<br>2600 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>**BENEFICIAL/HOUSEHOLD FINANCE CORPORATION** |

| | |
|---|---|
| WAYNE K.T. MAU, ESQ.<br>JOHN T. KOMEIJI, ESQ.<br>Watanabe Ing Kawashima & Komeiji<br>First Hawaiian Center<br>999 Bishop Street, 23rd Floor<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>**AMERICAN GENERAL FINANCIAL SERVICES, INC.** | LINDALEE K. (Cissy) FARM, ESQ.<br>Goodsill Anderson Quinn & Stifel<br>Alii Place<br>1099 Alakea Street, Suite 1800<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>**DIRECT MERCHANTS CREDIT CARD BANK** |

Dated:    Honolulu, Hawaii, February 23, 2006.


/s/ Chad M. Iida
JESS H. GRIFFITHS
CHAD M. IIDA
Attorneys for Defendant Equifax
Information Services LLC