# ORIGINAL

368552.1

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI        2498-0
WAYNE K. T. MAU        3455-0
GREGG M. USHIRODA      5868-0
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. 544-8300
Facsimile No. 544-8399
E-Mail: jkomeiji@wik.com
        wmau@wik.com
        gushiroda@wik.com

Attorneys for Defendant
AMERICAN GENERAL FINANCIAL SERVICES, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 21 2006

at ____ o'clock and ____ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>            Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; TRANS UNION, LLC; EQUIFAX<br>INFORMATION SERVICES, LLC;<br>AMERICAN SAVINGS BANK; AMERICAN<br>GENERAL FINANCIAL SERVICES,<br>INC.; BENEFICIAL/HOUSEHOLD<br>FINANCE CORPORATION;<br>CITIFINANCIAL, INC.; GE<br>CAPITAL/MONOGRAM CREDIT CARD<br>BANK OF GEORGIA; CAPITAL ONE<br>BANK a/k/a CAPITAL ONE<br>FINANCIAL CORPORATION; DIRECT<br>MERCHANTS CREDIT CARD BANK,<br><br>            Defendants. | Civil No. CV 04-00692 HG LEK<br>(Fair Credit Reporting Act)<br><br>**CERTIFICATE OF SERVICE RE:**<br>**DEFENDANT AMERICAN GENERAL**<br>**FINANCIAL SERVICES, INC.'S**<br>**RESPONSE TO PLAINTIFF'S FIRST**<br>**SET OF INTERROGATORIES, DATED**<br>**12/22/05**<br><br><br><br><br><br><br><br>TRIAL: November 7, 2006<br>JUDGE: Honorable Samuel P.King |

CERTIFICATE OF SERVICE RE:
DEFENDANT AMERICAN GENERAL FINANCIAL
SERVICES, INC.'S RESPONSE TO PLAINTIFF'S FIRST
SET OF INTERROGATORIES, DATED 12/22/05

The undersigned hereby certifies that two copies of

*Defendant American General Financial Services, Inc.'s Response to*

*Plaintiff's First Set of Interrogatories, dated 12/22/05*, dated

February 21, 2006, were duly served on the following attorney by

hand-delivering same on this date to his last known address:

**MARK D. CLEMENT, ESQ.**
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813

Attorney for Plaintiff
RICKY G. GARCIA

The undersigned further certifies that a copy of the

same was duly served on the following attorneys by mailing same

on this date to their last known address:

**DEBORAH K. WRIGHT, ESQ.**
**KEITH D. KIRSCHBRAUN, ESQ.**
Wright & Kirschbraun LLLC
1885 Main Street, Suite 108
Wailuku, Maui, Hawaii 96793

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

**KENNETH T. OKAMOTO, ESQ.**
**ROBERT M. KOHN, ESQ.**
Price Okamoto Himeno & Lum
Ocean View Center
707 Richards Street, Suite 728
Honolulu, Hawaii 96813

     and

**DONALD E. BRADLEY, ESQ.**
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, California 92614-8505

Attorneys for Defendant
TRANS UNION LLC

**JESS H. GRIFFITHS, ESQ.**
**CHAD M. IIDA, ESQ.**
Godbey Griffiths Reiss Chong
Pauahi Tower
1001 Bishop Street; Suite 2300
Honolulu, Hawaii 96813

     and

**AMY GREENSTEIN, ESQ.**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

**PATRICIA J. McHENRY, ESQ.**
Cades Schutte
1000 Bishop Street, 12th Floor
Honolulu, Hawaii 96813-4216

Attorney for Defendant
AMERICAN SAVINGS BANK

**CHARLES A. PRICE, ESQ.**
**LISA ANNE GRUEBNER, ESQ.**
Koshiba Agena & Kubota
Pauahi Tower
1001 Bishop Street; Suite 2600
Honolulu, Hawaii 96813

Attorneys for Defendant
BENEFICIAL/HOUSEHOLD FINANCE CORPORATION;
DIRECT MERCHANTS CREDIT CARD BANK

**JOHN P. MANAUT, ESQ.**
**MELISSA H. LAMBERT, ESQ.**
Carlsmith Ball LLP
American Savings Bank Tower
1001 Bishop Street, Suite 2200
Honolulu, Hawaii 96813

Attorneys for Defendant
CITIFINANCIAL, INC.

**MITZI ANN LEE, ESQ.**
Hisaka Yoshida Cosgrove & Ching
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 3000
Honolulu, Hawaii 96813

Attorney for CAPITAL ONE BANK a/k/a
CAPITAL ONE FINANCIAL CORPORATION

**THOMAS R. SYLVESTER, ESQ.**
**JENNIFER S. VICENTE, ESQ.**
Bender Fidell Sakai & Lee
Davies Pacific Center
841 Bishop Street; Suite 1500
Honolulu, Hawaii 96813

Attorneys for Defendant
GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA


DATED:   Honolulu, Hawaii, February 21, 2006.


JOHN   T. KOMEIJI
WAYNE K. T. MAU
GREGG M. USHIRODA
Attorneys for Defendant
AMERICAN GENERAL FINANCIAL
SERVICES, INC.