WRIGHT & KIRSCHBRAUN
A Limited Liability Law Company

DEBORAH K. WRIGHT        4444-0
KEITH D. KIRSCHBRAUN     4971-0
1885 Main Street, Suite 108
Wailuku, HI  96793
Telephone:  (808) 244-6644
Facsimile:  (808) 244-1013
Email: WrightKirsch@aol.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>　　　　　Defendants. | Civil No. CV04-00692 SPK LEK<br>(FAIR CREDIT REPORTING ACT)<br><br>CERTIFICATE OF SERVICE RE: DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S RESPONSE TO PLAINTIFF RICKY G. GARCIA'S FIRST SET OF INTERROGATORIES, DATED DECEMBER 23, 2005 |

555-14

# CERTIFICATE OF SERVICE RE: DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S RESPONSE TO PLAINTIFF RICKY G. GARCIA'S FIRST SET OF INTERROGATORIES, DATED DECEMBER 23, 2005

I HEREBY CERTIFY that a true and correct copy of DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S RESPONSE TO PLAINTIFF RICKY G. GARCIA'S FIRST SET OF INTERROGATORIES, DATED DECEMBER 23, 2005 was duly served upon the following counsel of record at their last known address indicated below, by depositing same with the U.S. Postal Service, postage prepaid, first class mail, on February 24, 2006.

Mark D. Clement, Esquire
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, HI  96813

Attorneys for Plaintiff
RICKY G. GARCIA

Jess H. Griffiths, Esquire
Chad M. Iida, Esquire
Godbey Griffiths Reiss Chong
Pauahi Tower
1001 Bishop Street, Suite 2300
Honolulu, HI  96813

Amy Greenstein, Esquire
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

John P. Manaut, Esquire
Carlsmith Ball
American Savings Bank Tower
1001 Bishop Street, Suite 2200
Honolulu, HI  96813

Attorney for Defendant
CITIFINANCIAL, INC.


Charles A. Price, Esquire
Lisa Anne Gruebner, Esquire
Koshiba Agena & Kubota
2600 Pauahi Tower
1001 Bishop Street
Honolulu, HI  96813

Attorneys for Defendants
BENEFICIAL/HOUSEHOLD FINANCE CORPORATION
and DIRECT MERCHANTS CREDIT CARD BANK


Patricia J. McHenry, Esquire
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4216

Attorney for Defendant
AMERICAN SAVINGS BANK


John T. Komeiji, Esquire
Wayne K. T. Mau, Esquire
Gregg Ushiroda, Esquire
Watanabe Ing Kawashima & Komeiji
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, HI  96813

Attorneys for Defendant
AMERICAN GENERAL FINANCIAL SERVICES, INC.


Kenneth T. Okamoto, Esquire
Robert M. Kohn, Esquire
Price Okamoto Himeno & Lum
707 Richards Street, Suite 728
Honolulu, HI  96813

    Donald E. Bradley, Esquire
    Crowell & Moring LLP
    3 Park Plaza, 20th Floor
    Irvine, CA  92614-8505

    Attorneys for Defendant
    TRANS UNION LLC

    Mitzi A. Lee, Esquire
    Hisaka Yoshida Cosgrove & Ching
    Pacific Guardian Center, Mauka Tower
    737 Bishop Street, Suite 3000
    Honolulu, HI  96813

    Attorneys for Defendant
    CAPITAL ONE BANK

DATED: Wailuku, Maui, Hawaii; February 27, 2006.

                              /s/ Deborah K. Wright
                        DEBORAH K. WRIGHT
                        KEITH D. KIRSCHBRAUN

                        Attorneys for Defendant
                        EXPERIAN INFORMATION
                          SOLUTIONS, INC.