WRIGHT & KIRSCHBRAUN
A Limited Liability Law Company

DEBORAH K. WRIGHT         4444-0
KEITH D. KIRSCHBRAUN      4971-0
1885 Main Street, Suite 108
Wailuku, HI  96793
Telephone:  (808) 244-6644
Facsimile:  (808) 244-1013
Email: WrightKirsch@aol.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>          Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>          Defendants. | Civil No. CV04-00692 SPK LEK<br>(FAIR CREDIT REPORTING ACT)<br><br>CERTIFICATE OF SERVICE RE: DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S AMENDED RESPONSE TO PLAINTIFF RICKY G. GARCIA'S FIRST SET OF INTERROGATORIES, DATED DECEMBER 23, 2005 |

555-14

CERTIFICATE OF SERVICE RE:
DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
AMENDED RESPONSE TO PLAINTIFF RICKY G. GARCIA'S
FIRST SET OF INTERROGATORIES, DATED DECEMBER 23, 2005

I HEREBY CERTIFY that a true and correct copy of DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S AMENDED RESPONSE TO PLAINTIFF RICKY G. GARCIA'S FIRST SET OF INTERROGATORIES, DATED DECEMBER 23, 2005 was duly served upon the following counsel of record at their last known address indicated below, by depositing same with the U.S. Postal Service, postage prepaid, first class mail, on February 27, 2006.

> Mark D. Clement, Esquire
> Lawyers Building, Suite 102
> 550 Halekauwila Street
> Honolulu, HI  96813
>
> Attorneys for Plaintiff
> RICKY G. GARCIA
>
> Jess H. Griffiths, Esquire
> Chad M. Iida, Esquire
> Godbey Griffiths Reiss Chong
> Pauahi Tower
> 1001 Bishop Street, Suite 2300
> Honolulu, HI  96813
>
> Amy Greenstein, Esquire
> Kilpatrick Stockton LLP
> 1100 Peachtree Street, Suite 2800
> Atlanta, GA  30309
>
> Attorneys for Defendant
> EQUIFAX INFORMATION SERVICES, LLC

John P. Manaut, Esquire
Carlsmith Ball
American Savings Bank Tower
1001 Bishop Street, Suite 2200
Honolulu, HI  96813

Attorney for Defendant
CITIFINANCIAL, INC.


Charles A. Price, Esquire
Lisa Anne Gruebner, Esquire
Koshiba Agena & Kubota
2600 Pauahi Tower
1001 Bishop Street
Honolulu, HI  96813

Attorneys for Defendants
BENEFICIAL/HOUSEHOLD FINANCE CORPORATION
and DIRECT MERCHANTS CREDIT CARD BANK


Patricia J. McHenry, Esquire
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4216

Attorney for Defendant
AMERICAN SAVINGS BANK


John T. Komeiji, Esquire
Wayne K. T. Mau, Esquire
Gregg Ushiroda, Esquire
Watanabe Ing Kawashima & Komeiji
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, HI  96813

Attorneys for Defendant
AMERICAN GENERAL FINANCIAL SERVICES, INC.


Kenneth T. Okamoto, Esquire
Robert M. Kohn, Esquire
Price Okamoto Himeno & Lum
707 Richards Street, Suite 728
Honolulu, HI  96813

>Donald E. Bradley, Esquire
>Crowell & Moring LLP
>3 Park Plaza, 20th Floor
>Irvine, CA  92614-8505
>
>Attorneys for Defendant
>TRANS UNION LLC
>
>
>Mitzi A. Lee, Esquire
>Hisaka Yoshida Cosgrove & Ching
>Pacific Guardian Center, Mauka Tower
>737 Bishop Street, Suite 3000
>Honolulu, HI  96813
>
>Attorneys for Defendant
>CAPITAL ONE BANK

DATED: Wailuku, Maui, Hawaii; February 27, 2006.

>/s/ Deborah K. Wright
>DEBORAH K. WRIGHT
>KEITH D. KIRSCHBRAUN
>
>Attorneys for Defendant
> EXPERIAN INFORMATION
>   SOLUTIONS, INC.