Of Counsel:
**PRICE OKAMOTO HIMENO & LUM**
KENNETH T. OKAMOTO, ESQ. 2068
ROBERT M. KOHN, ESQ.     6291
707 Richards Street, Suite 728
Honolulu, Hawaii 96814
Telephone: (808) 538-1113
Facsimile: (808) 533-0549
Email: kokamoto@pohlhawaii.com
Email: rkohn@pohlhawaii.com

**MUSICK, PEELER & GARRETT LLP**
DONALD E. BRADLEY, ESQ. (Admitted *Pro Hac Vice*)
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626
Telephone: (714) 668-2447
Facsimile: (714) 668-2490
Email: D.Bradley@MPGLAW.com

Attorneys for Defendant
TRANS UNION LLC

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| RICKY G. GARCIA, ) | CASE NO.  CV04-00692 HG LEK |
| ) | (FAIR CREDIT REPORTING ACT) |
| Plaintiff, ) | |
| ) | NOTICE OF CHANGE OF LAW FIRM |
| vs. ) | FOR DONALD E. BRADLEY; |
| ) | CERTIFICATE OF SERVICE |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC; TRANS UNION LLC; EQUIFAX ) | |
| INFORMATION SERVICES, LLC; ) | |
| AMERICAN SAVINGS BANK; AMERICAN ) | |
| GENERAL FINANCIAL SERVICES, INC; ) | |
| BENEFICIAL/HOUSEHOLD FINANCE ) | |
| CORPORATION; CITIFINANCIAL, INC; ) | |
| GE CAPITAL/MONOGRAM CREDIT CARD ) | |
| BANK OF GEORGIA; CAPITAL ONE BANK ) | |
| a/k/a CAPITAL ONE FINANCIAL ) | |
| CORPORATION; DIRECT MERCHANTS ) | |
| CREDIT CARD BANK, ) | |
| ) | |
| ) | |
| Defendants. ) | |

TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE BE ADVISED THAT the law firm, address and contact information for Donald E. Bradley, co-counsel of record for Trans Union LLC, have been changed effective February 28, 2006. Please update your records accordingly.

| | |
|---|---|
| Old Law Firm: | **CROWELL & MORING LLP**<br>3 Park Plaza, 20th Floor<br>Irvine, California 92614-8505 |
| New Law Firm: | **MUSICK, PEELER & GARRETT LLP**<br>650 Town Center Drive, Suite 1200<br>Costa Mesa, California 92626<br>Telephone: (714) 668-2447<br>Facsimile:  (714) 668-2490<br>Email: D.Bradley@MPGLAW.com |

Dated:  Honolulu, Hawaii, <u>March 2, 2006.</u>

                                  PRICE, OKAMOTO, HIMENO & LUM

                                  By:    /s/Robert M. Kohn
                                        KENNETH T. OKAMOTO, ESQ.
                                        ROBERT M. KOHN, ESQ.
                                        Attorneys for Defendant
                                        TRANS UNION LLC

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| RICKY G. GARCIA,<br><br>              Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>              Defendants. | CASE NO.: CV04-00692 HG LEK<br>(FAIR CREDIT REPORTING ACT)<br><br>**CERTIFICATE OF SERVICE**<br>(RE: NOTICE OF CHANGE OF LAW FIRM FOR DONALD E. BRADLEY) |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the NOTICE OF CHANGE LAW FIRM FOR DONALD E. BRADLEY was duly served upon the following parties indicated below <u>IN THE MANNER INDICATED BELOW</u> on this day to the addresses set forth herein below:

| | |
|---|---|
| Mark D. Clement, Esq.<br>Law Office of Mark D. Clement<br>Lawyers Building, Suite 102<br>550 Halekauwila Street<br>Honolulu, Hawaii 96813<br>   Attorney for Plaintiff<br>   Ricky G. Garcia<br>\*\*BY FIRST CLASS MAIL\*\* | Deborah K. Wright. Esq.<br>Keith D. Kirschbraun, Esq.<br>Wright & Kirschbraun<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96793<br>   Attorneys for Defendant<br>   Experian Information Solutions, Inc.<br>*Served Electronically through CM/ECF* wrightkirsch@aol.com |

| | |
|---|---|
| Jess H. Griffiths, Esq.<br>Godbey Griffiths Reiss Chong<br>Pauahi Tower<br>1001 Bishop Street, Suite 2300<br>Honolulu, Hawaii 96813<br>    Attorneys for Defendant<br>    Equifax Information Services LLC<br>**BY FIRST CLASS MAIL** | John P. Manaut, Esq.<br>Melissa Hall Lambert, Esq.<br>Carlsmith Ball<br>American Savings Bank Tower<br>1001 Bishop Street, Suite 2200<br>Honolulu. Hawaii 96813<br>    Attorneys for Defendant<br>    Citifinancial, Inc.<br>*Served Electronically through CM/ECF* Jpm@carlsmith.com, mlambert@carlsmith.com |
| G. John Cento, Esq.<br>Amy Greenstein, Esq.<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309<br>    Attorneys for Defendant<br>    Equifax Information Services LLC<br>**BY FIRST CLASS MAIL** | Patricia J. McHenry, Esq.<br>Cades Schutte<br>1000 Bishop Street, 12th Floor<br>Honolulu, Hawaii 96813-4216<br>    Attorneys for Defendant<br>    American Savings Bank<br>*Served Electronically through CM/ECF* pmchenry@cades.com |
| Charles A. Price, Esq.<br>Koshiba Agena & Kubota<br>2600 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, HI  96813<br>    Attorneys for Defendant<br>    Beneficial/Household Finance<br>    Corporation<br>**BY FIRST CLASS MAIL** | Mitzi A. Lee, Esq.<br>Hisaka Yoshida Cosgrove & Ching<br>Pacific Guardian Ctr, Mauka Tower<br>737 Bishop Street, Suite 3000<br>Honolulu, Hawaii 96813<br>    Attorneys for Defendant<br>    Capital One Bank<br>*Served Electronically through CM/ECF* mlee@objectionsustained.com |
| John T. Komeiji, Esq.<br>Gregg M. Ushiroda<br>Watanabe Ing Kawashima & Komeiji<br>First Hawaiian Center<br>999 Bishop Street, 23rd Floor<br>Honolulu, Hawaii 96813<br>    Attorneys for Defendant<br>    American General Finance<br>    Services, Inc.<br>**BY FIRST CLASS MAIL** | Lisa Anne Gruebner, Esq.<br>Koshiba Agena & Kubota<br>2600 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br>    Attorneys for Defendant<br>    Beneficial/Household Finance<br>    Corporation<br>*Served Electronically through CM/ECF* lgruebner@koshibalaw.com |

2

| | |
|---|---|
| Thomas R. Sylvester, Esq.<br>Jennifer S. Vicente, Esq.<br>Bendet Fidell Sakai & Lee<br>1500 Davies Pacific Center<br>841 Bishop Street<br>Honolulu, Hawaii 96813<br>   Attorneys for Defendant<br>   GE Capital/Monogram Credit Card<br>   Bank of Georgia<br>**BY FIRST CLASS MAIL** | Chad M. Iida, Esq.<br>Godbey Griffiths Reiss Chong<br>Pauahi Tower<br>1001 Bishop Street, Suite 2300<br>Honolulu, Hawaii 96813<br>   Attorneys for Defendant<br>   Equifax Information Services LLC<br>*Served Electronically through CM/ECF* ciida@lawhi.com<br><br>Wayne K.T. Mau, Esq.<br>Watanabe Ing Kawashima & Komeiji<br>First Hawaiian Center<br>999 Bishop Street, 23rd Floor<br>Honolulu, Hawaii 96813<br>   Attorneys for Defendant<br>   American General Finance<br>   Services, Inc.<br>*Served Electronically through CM/ECF* wmau@wik.com |

Dated:   Honolulu, Hawaii <u>March 2, 2006.</u>

PRICE, OKAMOTO, HIMENO & LUM


By:   <u>/s/ Robert M. Kohn</u>
       KENNETH T. OKAMOTO, ESQ.
       ROBERT M. KOHN, ESQ.
       Attorneys for Defendant
       TRANS UNION LLC