WRIGHT & KIRSCHBRAUN
A Limited Liability Law Company

DEBORAH K. WRIGHT          4444-0
KEITH D. KIRSCHBRAUN       4971-0
1885 Main Street, Suite 108
Wailuku, HI  96793
Telephone:  (808) 244-6644
Facsimile:  (808) 244-1013
Email: WrightKirsch@aol.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>             Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>             Defendants. | Civil No. CV04-00692 SPK LEK<br>(FAIR CREDIT REPORTING ACT)<br><br>AMENDED CERTIFICATE OF SERVICE<br><br>[Re: (1) Defendant Experian Information Solutions, Inc.'s Response To Plaintiff Ricky G. Garcia's First Set Of Interrogatories, Dated December 23, 2005; (2) Defendant Experian Information Solutions, Inc.'s Response To Plaintiff Ricky G. Garcia's First Request for Production of Documents, Dated December 23, 2005; and, (3) Defendant Experian Information Solutions, Inc.'s Amended Response To Plaintiff Ricky G. Garcia's First Set Of Interrogatories, Dated December 23, 2005 on Defendant GE Capital/ Monogram Credit Card Bank of Georgia] |

555-14

## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of: 1) DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S RESPONSE TO PLAINTIFF RICKY G. GARCIA'S FIRST SET OF INTERROGATORIES, DATED DECEMBER 23, 2005; 2) DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S RESPONSE TO PLAINTIFF RICKY G. GARCIA'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, DATED DECEMBER 23, 2005; and, 3) DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S AMENDED RESPONSE TO PLAINTIFF RICKY G. GARCIA'S FIRST SET OF INTERROGATORIES, DATED DECEMBER 23, 2005 were duly served upon the following counsel of record at their last known address indicated below, by depositing same with the U.S. Postal Service, postage prepaid, first class mail, on March 2, 2006.

Thomas R. Sylvester, Esquire
Jennifer S. Vicente, Esquire
Bendet, Fidell, Sakai & Lee
841 Bishop Street, Suite 1500
Honolulu, HI 96813

Attorneys for Defendant
GE CAPITAL/
MONOGRAM CREDIT CARD BANK OF GEORGIA

DATED: Wailuku, Maui, Hawaii; March 2, 2006.

          /s/ Deborah K. Wright
DEBORAH K. WRIGHT
KEITH D. KIRSCHBRAUN

Attorneys for Defendant
EXPERIAN INFORMATION
  SOLUTIONS, INC.