Jess H. Griffiths #6658
Chad M. Iida #7598
GODBEY GRIFFITHS REISS CHONG
A Limited Liability Law Partnership
Suite 2300, Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-8894
Facsimile: (808) 523-8899
jgriffiths@lawhi.com
chadi@hawaii.rr.com

Of Counsel:

G. John Cento
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6447
Facsimile: (404) 541-4632
jcento@kilpatrickstockton.com

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RICKY GARCIA, | ) | Civil No. CV04-00692 SPK LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | [Re: Defendant Equifax |
| | ) | Information Services LLC's Initial |
| EXPERIAN INFORMATION | ) | Disclosures dated 12/7/2005]] |
| SOLUTIONS, INC.; TRANS | ) | |
| UNION, LLC; EQUIFAX | ) | |
| INFORMATION SERVICES LLC, | ) | |
| AMERICAN SAVINGS BANKS; | ) | |

```
AMERICAN GENERAL             )
FINANCIAL SERVICES, INC.;    )
BENEFICIAL/HOUSEHOLD         )
FINANCE CORPORATION;         )
CITIFINANCIAL, INC.; GE      )
CAPITAL/MONOGRAM             )
CREDIT CARD BANK OF          )
GEORGIA; CAPITAL ONE         )
BANK aka CAPITAL ONE         )
FINANCIAL CORPORATION;       )
DIRECT MERCHANTS CREDIT      )
CARD BANK,                   )
                             )
            Defendants,       )
                             )
```

## CERTIFICATE OF SERVICE

This is to certify that on December 7, 2005, I served a true and correct copy of **Defendant Equifax Information Services LLC's Initial Disclosures** by depositing same in United States Mail, with sufficient postage thereon to ensure delivery, and addressed as follows:

|  | **U.S. Mail Postage Paid** | **Hand Delivery** |
|---|---|---|
| MARK D. CLEMENT, ESQ.<br>Lawyers Building, Suite 102<br>550 Halekauwila Street<br>Honolulu, Hawaii 96813<br><br>**Attorney for Plaintiff** | X | |

2

| | |
|---|---|
| JOHN P. MANAUT, ESQ.<br>MELISSA HALL LAMBERT, ESQ.<br>Carlsmith Ball<br>American Savings Bank Tower<br>1001 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>**CITIFINANCIAL, INC.** | X |
| DEBORAH K. WRIGHT, ESQ.<br>KEITH D. KIRSCHBRAUN, ESQ.<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96753<br><br>Attorneys for Defendant<br>**EXPERIAN INFORMATION SOLUTIONS, INC.** | X |
| WAYNE K.T. MAU, ESQ.<br>JOHN T. KOMEIJI, ESQ.<br>Watanabe Ing Kawashima & Komeiji<br>First Hawaiian Center<br>999 Bishop Street, 23rd Floor<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>**AMERICAN GENERAL FINANCIAL SERVICES, INC.** | X |
| PATRICIA J. McHENRY, ESQ.<br>Cades Schutte<br>1000 Bishop Street, 12th Floor<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>**AMERICAN SAVINGS BANK** | X |

| | |
|---|---|
| CHARLES A. PRICE, ESQ.<br>LISA ANNE GRUEBNER, ESQ.<br>Koshiba Agena & Kubota<br>2600 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendants<br>**BENEFICIAL/HOUSEHOLD**<br>**FINANCE CORPORATION**<br>**And**<br>**DIRECT MERCHANTS CREDIT**<br>**CARD BANK, N.A.** | X |
| KENNETH T. OKAMOTO, ESQ.<br>ROBERT M. KOHN, ESQ.<br>Price Okamoto Himeno & Lum<br>707 Richards Street, Suite 728<br>Honolulu, Hawaii 96813<br><br>and | X |
| DONALD E. BRADLEY, ESQ.<br>Crowell & Moring LLP<br>3 Park Plaza 20th Floor<br>Irvine, CA  92614-8505<br><br>Attorneys for Defendant<br>**TRANS UNION LLC** | X |
| MITZI A. LEE, ESQ.<br>Hisaka Yoshida Cosgrove & Ching<br>Pacific Guardian Center, Mauka Tower<br>737 Bishop Street, Suite 3000<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>**CAPITAL ONE BANK** | X |

4

Dated: Honolulu, Hawaii, March 14, 2006.

<u>/s/ Jess H. Griffiths</u>
JESS H. GRIFFITHS
CHAD M. IIDA
Attorneys for Defendant Equifax
Information Services LLC