Of Counsel:
CHING & LEE

GALE L.F. CHING         2683-0
MITZI A. LEE            6059-0
222 Queen Street, Suite 202
Honolulu, Hawaii 96813
Telephone: (808) 275-0200
Facsimile: (808) 275-0222
E-mail: mitzilee@hawaii.rr.com

Attorneys for Defendant
CAPITAL ONE BANK

Y:\CAPITAL ONE\GARCIA\withdrawal subs of counsel.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>            Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>            Defendants. | CIVIL NO. CV 04-00692 HG LEK<br>(FAIR CREDIT REPORTING ACT)<br><br>WITHDRAWAL AND SUBSTITUTION OF COUNSEL; ORDER |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

The law firm of Hisaka Yoshida Cosgrove & Ching hereby withdraws as counsel for Defendant CAPITAL ONE BANK, a wholly owned subsidiary of Capital One Financial Corporation (incorrectly identified as "Capital One Bank a/k/a Capital One Financial Corporation") (hereinafter "CAPITAL ONE") and the law firm of Ching & Lee hereby substitutes as counsel for Defendant CAPITAL ONE.

DATED:   Honolulu, Hawaii, March 6, 2006.

_____
STEVE K. HISAKA
BRUCE T. YOSHIDA
GAIL Y. COSGROVE
Withdrawing Attorneys for Defendant
CAPITAL ONE BANK

_____
MITZI A. LEE
Substituting Attorney for Defendant
CAPITAL ONE BANK

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

Ricky G. Garcia v. Experian Information Solutions, Inc., et al.; Civil No. CV04-00692 HG LED; WITHDRAWAL AND SUBSTITUTION OF COUNSEL; ORDER