## CARLSMITH BALL LLP

JOHN P. MANAUT  3989-0
MELISSA H. LAMBERT  7767-0
2200 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 523-2500
Facsimile No. (808) 523-0842
Email:  jpm@carlsmith.com
          mlambert@carlsmith.com

Attorneys for Defendant
CITIFINANCIAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>            Plaintiff,<br><br>      vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOTRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>            Defendants. | CIVIL NO. CV-04-00692 (SPK/LEK)<br>(FAIR CREDIT REPORTING ACT)<br><br>CERTIFICATE OF SERVICE<br><br>[RE:  DEFENDANT CITIFINANCIAL, INC.'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS] |

4825-8736-8192.1.018303-00042

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 17, 2006, the original and one copy of Defendant CitiFinancial, Inc's Response to Plaintiff's First Request for Production of Documents were duly served electronically via the CM/ECF method, on the date indicated below to the following parties:

MARK D. CLEMENT, ESQ.
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813

Attorney for Plaintiff

GALE L.F. CHING, ESQ.
MITZI A. LEE, ESQ.
Ching & Lee
222 Queen Street. Suite 202
Honolulu, Hawaii 96813

Attorneys for Defendant
CAPITAL ONE BANK aka CAPITAL ONE FINANCIAL
CORPORATION

JESS H. GRIFFITHS, ESQ.
CHAD M. IIDA, ESQ.
Godbey Griffiths Reiss Chong
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

and

Of Counsel:
G. John Cento
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES

DEBORAH K. WRIGHT, ESQ.
KEITH D. KIRSCHBRAUN, ESQ.
Wright & Kirschbraun
1885 Main Street, Suite 108
Wailuku, Hawaii 96793

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

KENNETH T. OKAMOTO, ESQ.
ROBERT M. KOHN, ESQ.
Price Okamoto Himeno & Lum
707 Richards Street, Suite 728
Honolulu, Hawaii 96813

and

DONALD E. BRADLEY, ESQ.
Musick, Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626

Attorneys for Defendant
TRANS UNION LLC

CHARLES A. PRICE, ESQ.
LISA ANNE GRUEBNER, ESQ.
Koshiba Agenda & Kubota
2600 Pauahi Tower, 1001 Bishop St.
Honolulu, Hawaii 96813

4.

Attorneys for Defendant
BENEFICIAL/HOUSEHOLD FINANCE CORPORATION
and DIRECT MERCHANTS CREDIT CARD BANK

JOHN T. KOMEIJI, ESQ.
WAYNE K. T. MAU, ESQ.
GREGG USHIRODA, ESQ.
Watanabe Ing & Komeiji LLP
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

Attorneys for Defendant
AMERICAN GENERAL FINANCIAL SERVICES, INC.

PATRICIA J. MCHENRY, ESQ.
Cades Schutte LLP
1000 Bishop St., Suite 1200
Honolulu, Hawaii 96813

Attorneys for Defendant
AMERICAN SAVINGS BANK

THOMAS R. SYLVESTER, ESQ.
JENNIFER S. VICENTE, ESQ.
Bendit, Fidell, Sakai & Lee
1500 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813

Attorneys for Defendant
GE CAPITAL/MONOGRAM
CREDIT CARD BANK OF GEORGIA

5.

DATED:  Honolulu, Hawaii, March 17, 2006.

/s/ Melissa H. Lambert
JOHN P. MANAUT
MELISSA H. LAMBERT

Attorneys for Defendant
CITIFINANCIAL, INC.