ORIGINAL

Of Counsel:
CHING & LEE

MITZI A. LEE      6059-0
The Merchant House
222 Merchant Street, Suite 202
Honolulu, Hawaii 96813
Telephone: (808) 275-0200
Facsimile: (808) 275-0222
E-mail: mitzilee@hawaii.rr.com

Attorney for Defendant
CAPITAL ONE BANK
C:\MyFiles\CAPITAL ONE\GARCIA\COS.wpd

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 4 2006

at __9__ o'clock and __20__ min. __A__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>　　　　　Defendants. | CIVIL NO. CV 04-00692 HG LEK<br>(FAIR CREDIT REPORTING ACT)<br><br>CERTIFICATE OF SERVICE<br><br>(Re Withdrawal And Substitution Of Counsel; Order)<br><br><br>TRIAL DATE: November 7, 2006 |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on ___April 4, 2006___,
I caused a true and correct copy of the Withdrawal and Substitution of Counsel; Order, filed herein on March 10, 2006, to be duly served upon the following parties at their respective last known addresses, by depositing the same in the U.S. Mail, postage prepaid:

MARK D. CLEMENT, ESQ.
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
    Attorney for Plaintiff
    RICKY G. GARCIA

JOHN T. KOMEIJI, ESQ.
WAYNE K. T. MAU, ESQ.
Watanabe Ing Kawashima & Komeiji LLP
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
    Attorneys for Defendant
    AMERICAN GENERAL FINANCIAL SERVICES, INC.

DEBORAH K. WRIGHT, ESQ.
KEITH D. KIRSCHBRAUN, ESQ.
Wright & Kirschbraun
1885 Main St., Suite 108
Wailuku, Hawaii 96793
    Attorneys for Defendant
    EXPERIAN INFORMATION SOLUTIONS, INC.

KENNETH T. OKAMOTO, ESQ.
ROBERT M. KOHN, ESQ.
Price Okamoto Himeno & Lum
Ocean View Center
707 Richards St., Suite 728
Honolulu, Hawaii 96813
    Attorneys for Defendant
    TRANS UNION, LLC

DONALD E. BRADLEY, ESQ.
Crowell & Moring, LLP
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
    Attorney for Defendant
    TRANS UNION, LLC

THOMAS R. SYLVESTER, ESQ.
JENNIFER S. VICENTE, ESQ.
Bendett Fidell Sakai & Lee
841 Bishop Street, Suite 1500
Honolulu, Hawaii 96813
    Attorneys for Defendants
    GE CAPITAL/MONOGRAM CREDIT
    CARD BANK OF GEORGIA

JESS H. GRIFFITHS, ESQ.
CHAD M. IIDA, ESQ.
Godbey Griffiths Reiss Chong
Pauahi Tower
1001 Bishop St., Suite 2300
Honolulu, Hawaii 96813
    Attorneys for Defendant
    EQUIFAX INFORMATION SERVICES, LLC

AMY GREENSTEIN, ESQ.
Kilpatrick Stockton LLP
1100 Peachtree St., Suite 2800
Atlanta, Georgia 30309-4530
    Attorney for Defendant
    EQUIFAX INFORMATION SERVICES, LLC

PATRICIA J. MCHENRY, ESQ.
Cades Schutte
1000 Bishop St., 12th Floor
Honolulu, Hawaii 96813
    Attorney for Defendant
    AMERICAN SAVINGS BANK

CHARLES A. PRICE, ESQ.
LISA ANNE GRUEBER, ESQ.
Koshiba Agena & Kubota
Pauahi Tower
1001 Bishop St., Suite 2600
Honolulu, Hawaii 96813
    Attorneys for Defendants
      BENEFICIAL/HOUSEHOLD FINANCE CORPORATION
      and DIRECT MERCHANTS CREDIT CARD BANK

JOHN P. MANAUT, ESQ.
Carlsmith Ball
American Savings Bank Tower
1001 Bishop St., Suite 2200
Honolulu, Hawaii 96813
    Attorney for Defendant
      CITIFINANCIAL, INC.

DATED: Honolulu, Hawaii, _____April 4, 2006_____.

_____
MITZI A. LEE
Attorney for Defendant
CAPITAL ONE BANK