ORIGINAL

368924.1
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI      2498-0
GREGG M. USHIRODA    5868-0
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. 544-8300
Facsimile No. 544-8399
E-Mail: jkomeiji@wik.com
        gushiroda@wik.com

Attorneys for Defendant
AMERICAN GENERAL FINANCIAL SERVICES, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 05 2006

at 10 o'clock and 46 min. A.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>    Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>    Defendants. | Civil No. CV 04-00692 HG LEK<br>(Fair Credit Reporting Act)<br><br>**CERTIFICATE OF SERVICE RE: DEFENDANT AMERICAN GENERAL FINANCIAL SERVICES, INC.'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS and EXHIBIT "1"**<br><br><br>TRIAL: November 7, 2006<br>JUDGE: Samuel P. King |

CERTIFICATE OF SERVICE RE:
DEFENDANT AMERICAN GENERAL FINANCIAL
SERVICES, INC.'S RESPONSE TO PLAINTIFF'S FIRST
REQUEST FOR PRODUCTION OF DOCUMENTS AND EXHIBIT "1"

The undersigned hereby certifies that two copies of *Defendant American General Financial Services, Inc.'s Response to Plaintiff's First Request for Production of Documents and Exhibit "1"*, dated April 4, 2006, were duly served on the following attorney by hand-delivering same on April 4, 2006, date to his last known address:

> **MARK D. CLEMENT, ESQ.**
> Lawyers Building, Suite 102
> 550 Halekauwila Street
> Honolulu, Hawaii 96813
>
> Attorney for Plaintiff
> RICKY G. GARCIA

The undersigned further certifies that a copy of the same was duly served on the following attorneys by mailing same on this date to their last known address:

> **DEBORAH K. WRIGHT, ESQ.**
> **KEITH D. KIRSCHBRAUN, ESQ.**
> Wright & Kirschbraun LLLC
> 1885 Main Street, Suite 108
> Wailuku, Maui, Hawaii 96793
>
> Attorneys for Defendant
> EXPERIAN INFORMATION SOLUTIONS, INC.

KENNETH T. OKAMOTO, ESQ.
ROBERT M. KOHN, ESQ.
Price Okamoto Himeno & Lum
Ocean View Center
707 Richards Street, Suite 728
Honolulu, Hawaii 96813

    and

DONALD E. BRADLEY, ESQ.
Musick, Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626

Attorneys for Defendant
TRANS UNION LLC

JESS H. GRIFFITHS, ESQ.
CHAD M. IIDA, ESQ.
Godbey Griffiths Reiss Chong
Pauahi Tower
1001 Bishop Street; Suite 2300
Honolulu, Hawaii 96813

    and

AMY GREENSTEIN, ESQ.
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

PATRICIA J. McHENRY, ESQ.
Cades Schutte
1000 Bishop Street, 12th Floor
Honolulu, Hawaii 96813-4216

Attorney for Defendant
AMERICAN SAVINGS BANK

---

Ricky G. Garcia, Plaintiff vs. Experian Information Solutions, Inc., et al,. Defendants; Civil No. CV01-00692 HG LEK; Certificate of Service Re: Defendant American General Financial Services, Inc.'s Response to Plaintiff's First Request for Production of Documents and Exhibit "1"

**CHARLES A. PRICE, ESQ.**
**LISA ANNE GRUEBNER, ESQ.**
Koshiba Agena & Kubota
Pauahi Tower
1001 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Attorneys for Defendant
BENEFICIAL/HOUSEHOLD FINANCE CORPORATION;
DIRECT MERCHANTS CREDIT CARD BANK

**JOHN P. MANAUT, ESQ.**
**MELISSA H. LAMBERT, ESQ.**
Carlsmith Ball LLP
American Savings Bank Tower
1001 Bishop Street, Suite 2200
Honolulu, Hawaii 96813

Attorneys for Defendant
CITIFINANCIAL, INC.

**MITZI ANN LEE, ESQ.**
Hisaka Yoshida Cosgrove & Ching
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 3000
Honolulu, Hawaii 96813

Attorney for CAPITAL ONE BANK a/k/a
CAPITAL ONE FINANCIAL CORPORATION

---

Ricky G. Garcia, Plaintiff vs. Experian Information Solutions, Inc., et al,. Defendants; Civil No. CV01-00692 HG LEK; Certificate of Service Re: Defendant American General Financial Services, Inc.'s Response to Plaintiff's First Request for Production of Documents and Exhibit "1"

- 4 -

**THOMAS R. SYLVESTER, ESQ.**
**JENNIFER S. VICENTE, ESQ.**
Bender Fidell Sakai & Lee
Davies Pacific Center
841 Bishop Street; Suite 1500
Honolulu, Hawaii 96813

Attorneys for Defendant
GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA


DATED:  Honolulu, Hawaii, April 4, 2006.

_____
JOHN   T. KOMEIJI
GREGG M. USHIRODA
Attorneys for Defendant
AMERICAN GENERAL FINANCIAL
SERVICES, INC.

---

Ricky G. Garcia, Plaintiff vs. Experian Information Solutions, Inc., et al,. Defendants; Civil No. CV01-00692 HG LEK; Certificate of Service Re: Defendant American General Financial Services, Inc.'s Response to Plaintiff's First Request for Production of Documents and Exhibit "1"