ORIGINAL

370635.1
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI      2498-0
GREGG M. USHIRODA    5868-0
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. 544-8300
Facsimile No. 544-8399
E-Mail: jkomeiji@wik.com
        gushiroda@wik.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 05 2006

at 10 o'clock and 48 min. A m☒
SUE BEITIA, CLERK

Attorneys for Defendant
AMERICAN GENERAL FINANCIAL SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK, <br><br> Defendants. | Civil No. CV 04-00692 HG LEK <br> (Fair Credit Reporting Act) <br><br> **DEFENDANT AMERICAN GENERAL FINANCIAL SERVICES, INC.'S INITIAL DISCLOSURES; and CERTIFICATE OF SERVICE** <br><br><br><br><br><br> TRIAL: November 7, 2006 <br> JUDGE: Samuel P. King |

**DEFENDANT AMERICAN GENERAL FINANCIAL
SERVICES, INC.'S INITIAL DISCLOSURES**

COMES NOW Defendant AMERICAN GENERAL FINANCIAL SERVICES, INC. ("Defendant AMERICAN GENERAL"), by and through its attorneys, WATANABE, ING & KOMEIJI, LLP, hereby submits its Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

**A.   WITNESSES**

Defendant AMERICAN GENERAL identifies the following witnesses as the individuals likely to have discoverable information that Defendant AMERICAN GENERAL may use to support its defenses in this case.

1.   Plaintiff Ricky G. Garcia, c/o Mark D. Clement, Esq., 550 Halekauwila Street, Suite 102, Honolulu, Hawaii 96813, may testify as to matters relating to liability and damages.

2.   Antonina Garcia, c/o Mark D. Clement, Esq., 550 Halekauwila Street, Suite 102, Honolulu, Hawaii 96813, Plaintiff's wife, may testify as to matters relating to liability and damages.

3.   Representative(s) and/or employee(s) of Defendant EXPERIAN INFORMATION SOLUTIONS, INC., c/o Deborah K. Wright, Esq., Wright & Kirschbraum, 1885 Main Street, Suite 108, Wailuku, Maui, Hawaii 96793, may testify as to matters relating to liability and damages.

4. Representative(s) and/or employee(s) of Defendant TRANS UNION, LLC, c/o Kenneth T. Okamoto, Esq., Price Okamoto Himeno & Lum, 707 Richards Street, Suite 728, Honolulu, Hawaii 96813, may testify as to matters relating to liability and damages.

5. Representative(s) and/or employee(s) of Defendant EQUIFAX INFORMATION SERVICES, LLC, c/o Jess SH. Griffiths, Esq., Godbey Griffiths Reiss Chong, 1001 Bishop Street, Suite 2300, Honolulu, Hawaii 96813, may testify as to matters relating to liability and damages.

6. Representative(s) and/or employee(s) of Defendant AMERICAN SAVINGS BANK, c/o Patricia J. McHenry, Cades Schutte LLP, 1001 Bishop Street, Suite 1200, Honolulu, Hawaii 96813, may testify as to matters relating to liability and damages.

7. Representative(s) and/or employee(s) of Defendant BENEFICIAL/HOUSEHOLD FINANCE CORPORATION, c/o Charles A. Price, Esq., Koshiba Agena & Kubota, 1001 Bishop Street, Suite 2600, Honolulu, Hawaii 96813, may testify as to matters relating to liability and damages.

8. Representative(s) and/or employee(s) of Defendant CITIFINANCIAL, INC., c/o John P. Manaut, Esq., Carlsmith Ball LLP, 1001 Bishop Street, Suite 2200, Honolulu, Hawaii 96813, may testify as to matters relating to liability and damages.

9. Representative(s) and/or employee(s) of Defendant GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA, c/o Thomas R. Sylvester, Esq., Bendet, Fidell, Sakai & Lee, 841 Bishop Street, Suite 1500, Honolulu, Hawaii 96813, may testify as to matters relating to liability and damages.

10. Representative(s) and/or employee(s) of Defendant CAPITAL ONE BANK aka CAPITAL ONE FINANCIAL CORPORATION, c/o Mitzi A. Lee, Esq., Hisaka Yoshida Cosgrove & Ching, 737 Bishop Street, Suite 3000, Honolulu, Hawaii 96813, may testify as to matters relating to liability and damages.

11. Representative(s) and/or employees of Defendant DIRECT MERCHANTS CREDIT CARD BANK, c/o Charles A. Price, Esq., Koshiba Agena & Kubota, 1001 Bishop Street, Suite 2600, Honolulu, Hawaii 96813, may testify as to matters relating to liability and damages.

12. Representative(s) and/or employee(s) of Defendant AMERICAN GENERAL c/o the law firm of Watanabe Ing & Komeiji LLP, First Hawaiian Center, 23rd Floor, 999 Bishop Street, Honolulu, Hawaii 96813, may testify as to matters relating to liability and damages.

13. Witnesses identified by other parties in this action.

14. Rebuttal witnesses.

Defendant AMERICAN GENERAL has not yet discovered all persons, individuals or entities who may have discoverable information that may support its defenses in this case. As such, Defendant AMERICAN GENERAL reserves the right to supplement this list should further discovery reveal such supplementation is appropriate.

Defendant AMERICAN GENERAL, Inc. has not retained any expert witnesses at this time, but reserves the right to identify such expert witnesses and to offer expert witness testimony on the issue of the standard of care for furnishers of information to credit reporting agencies.

B. **DOCUMENTS**

Defendant AMERICAN GENERAL will produce copies of relevant documents in its possession at a mutually agreed upon date and time.

C. **COMPUTATION OF DAMAGES**

Defendant AMERICAN GENERAL is not claiming damages in this case, but reserves the right to seek its reasonable attorneys' fees and costs incurred in its defense.

D.  **INSURANCE COVERAGE**

Defendant AMERICAN GENERAL is not aware of any applicable insurance coverage.

DATED: Honolulu, Hawaii, April 4, 2006.

_____
JOHN KOMEIJI
GREGG M. USHIRODA
Attorneys for Defendant
AMERICAN GENERAL FINANCIAL
SERVICES, INC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>        Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>        Defendants. | Civil No. CV 04-00692 HG LEK<br>(Fair Credit Reporting Act)<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br><br>TRIAL: November 7, 2006<br>JUDGE: Samuel P. King |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was duly served on the following attorneys by hand-delivering and/or mailing same on this date to their last known address:

    **MARK D. CLEMENT, ESQ.**        ("Hand-Delivery")
    Lawyers Building, Suite 102
    550 Halekauwila Street
    Honolulu, Hawaii 96813

    Attorney for Plaintiff
    RICKY G. GARCIA

DEBORAH K. WRIGHT, ESQ.           ("U.S. Mail")
KEITH D. KIRSCHBRAUN, ESQ.
Wright & Kirschbraun LLLC
1885 Main Street, Suite 108
Wailuku, Maui, Hawaii 96793

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

KENNETH T. OKAMOTO, ESQ.          ("U.S. Mail")
ROBERT M. KOHN, ESQ.
Price Okamoto Himeno & Lum
Ocean View Center
707 Richards Street, Suite 728
Honolulu, Hawaii 96813

    and

DONALD E. BRADLEY, ESQ.           ("U.S. Mail")
Musick, Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626

Attorneys for Defendant
TRANS UNION LLC

JESS H. GRIFFITHS, ESQ.           ("U.S. Mail")
CHAD M. IIDA, ESQ.
Godbey Griffiths Reiss Chong
Pauahi Tower
1001 Bishop Street; Suite 2300
Honolulu, Hawaii 96813

    and

AMY GREENSTEIN, ESQ.              ("U.S. Mail")
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

---

Ricky G. Garcia, Plaintiff vs. Experian Information Solutions, Inc., et al,. Defendants; Civil No. CV01-00692 HG LEK; Certificate of Service

PATRICIA J. McHENRY, ESQ.      ("U.S. Mail")
Cades Schutte
1000 Bishop Street, 12th Floor
Honolulu, Hawaii 96813-4216

Attorney for Defendant
AMERICAN SAVINGS BANK

CHARLES A. PRICE, ESQ.         ("U.S. Mail")
LISA ANNE GRUEBNER, ESQ.
Koshiba Agena & Kubota
Pauahi Tower
1001 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Attorneys for Defendant
BENEFICIAL/HOUSEHOLD FINANCE CORPORATION;
DIRECT MERCHANTS CREDIT CARD BANK

JOHN P. MANAUT, ESQ.           ("U.S. Mail")
MELISSA H. LAMBERT, ESQ.
Carlsmith Ball LLP
American Savings Bank Tower
1001 Bishop Street, Suite 2200
Honolulu, Hawaii 96813

Attorneys for Defendant
CITIFINANCIAL, INC.

MITZI ANN LEE, ESQ.            ("U.S. Mail")
Hisaka Yoshida Cosgrove & Ching
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 3000
Honolulu, Hawaii 96813

Attorney for CAPITAL ONE BANK a/k/a
CAPITAL ONE FINANCIAL CORPORATION

---

Ricky G. Garcia, Plaintiff vs. Experian Information Solutions, Inc., et al,. Defendants; Civil No. CV01-00692 HG LEK; Certificate of Service

**THOMAS R. SYLVESTER, ESQ.**     ("U.S. Mail")
**JENNIFER S. VICENTE, ESQ.**
Bender Fidell Sakai & Lee
Davies Pacific Center
841 Bishop Street; Suite 1500
Honolulu, Hawaii 96813

Attorneys for Defendant
GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA


DATED:  Honolulu, Hawaii, April 4, 2006.

_____
JOHN  T. KOMEIJI
GREGG M. USHIRODA
Attorneys for Defendant
AMERICAN GENERAL FINANCIAL
SERVICES, INC.

---

Ricky G. Garcia, Plaintiff vs. Experian Information Solutions, Inc., et al,. Defendants; Civil No. CV01-00692 HG LEK; Certificate of Service