ORIGINAL

LAW OFFICE OF MARK D. CLEMENT
Attorney at Law

MARK D. CLEMENT     5295-0
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone No. (808) 545-2488
Facsimile No. (808) 545-2933
Email: Mark@markclementlaw.com

Attorney for Plaintiff
RICKY G. GARCIA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 7 2006

at 4 o'clock and 54 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC., BENEFICIAL/ HOUSEHOLD FINANCE CORPORATON; CITIFINANCIAL, INC.; GE CAPITAL/ MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK, <br><br>　　　　Defendants. | CIVIL NO.: CV04-00692 HG LEK <br>(FAIR CREDIT REPORTING ACT) <br><br>PLAINTIFF'S MOTION TO AMEND COMPLAINT TO JOIN ADDITIONAL PARTY DEFENDANTS; EXHIBIT "A"; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |

PLAINTIFF'S MOTION TO AMEND COMPLAINT TO
JOIN ADDITIONAL PARTY DEFENDANTS

Plaintiff Ricky G. Garcia ("Plaintiff Garcia") moves this Court pursuant to Federal Rules of Civil Procedure 15, for leave to amend the Complaint filed herein to amend and to join additional party-defendants, Landsafe Credit, Inc. ("Landsafe") and Credit Information Services Company ("CISCO")(collectively hereinafter referred to as "Defendants Resellers") to this action, in accordance with the proposed Amended Complaint that is attached hereto as Exhibit A. The grounds for this Motion to Amend Complaint to Join Additional Party Defendants are set forth in the following Memorandum in Support, and by the relevant pleadings and documents filed in this case, all of which are incorporated here by this reference. Plaintiff Garcia further requests that this court, pursuant to Rule LR7.2(d) of the Local Rules of Practice for the United States District Court for the District of Hawaii, exercise its discretion to consider Plaintiffs' Motion as a non-hearing motion.

RESPECTFULLY SUBMITTED this 7th day of April, 2006.

*Mark D. Clement*
MARK D. CLEMENT

Attorneys for Plaintiff
RICKY G. GARCIA

2