LAW OFFICE OF MARK D. CLEMENT
Attorney at Law

MARK D. CLEMENT      5295-0
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone No.  (808) 545-2488
Facsimile No.   (808) 545-2933
Email:  Mark@markclementlaw.com

Attorney for Plaintiff
RICKY G. GARCIA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 7 2006

at 4 o'clock and 54 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC., BENEFICIAL/ HOUSEHOLD FINANCE CORPORATON; CITIFINANCIAL, INC.; GE CAPITAL/ MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>　　　　　Defendants. | CIVIL NO.: CV04-00692 HG LEK<br>(FAIR CREDIT REPORTING ACT)<br><br>NOTICE OF PLAINTIFF'S MOTION TO AMEND COMPLAINT TO JOIN ADDITIONAL PARTY DEFENDANTS AND CERTIFICATE OF SERVICE |

## NOTICE OF PLAINTIFF'S MOTION TO AMEND COMPLAINT
## TO JOIN ADDITIONAL PARTY DEFENDANTS

NOTICE IS GIVEN that Plaintiff, Ricky G. Garcia, has filed with the Court *Plaintiff's Motion to Amend Complaint to Join Additional Party Defendants.*

A hearing has been set to consider the Motion on the _____ day of _____, 2006 at _____ o'clock _____.m. before the Hon. Leslie E. Kobayashi, United States District Court, located at the Federal Courthouse, 300 Ala Moana Boulevard, Honolulu, HI 96850.

RESPECTFULLY SUBMITTED this 7th day of April, 2006.

_____
MARK D. CLEMENT

Attorney for Plaintiff
RICKY G. GARCIA

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was duly served upon the following parties at their last known address indicated below, by depositing same with the U.S. Postal Service, postage prepaid, first class or hand-delivery, as soon after filing as possible.

|  | Hand Delivery | Mail |
|---|---|---|
| DEBORAH K. WRIGHT, ESQ.<br>Wright & Kirschbraun<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96793<br><br>Attorney for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |  | X |

| | | |
|---|---|---|
| KENNETH T. OKAMOTO, ESQ.<br>ROBERT M. KOHN, ESQ.<br>Price Okamoto Himeno & Lum<br>707 Richards Street; Suite 728<br>Honolulu, Hawaii 96813 | X | |
| DONALD E. BRADLEY, ESQ.<br>Crowell Moring<br>3 Park Plaza, 20th Floor<br>Irvine, California 92614<br><br>Attorneys for Defendant<br>TRANS UNION, LLC | | X |
| JESS GRIFITHS, ESQ.<br>CHAD M. IIDA, ESQ.<br>Godbey Griffiths Reiss Chong<br>1001 Bishop Street<br>2300 Pauahi Tower<br>Honolulu, Hawaii 96813 | X | |
| C. JOHN CENTO, ESQ.<br>Kilpatrick Stockton, LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309<br><br>Attorneys for Defendant<br>EQUIFAX INFORMATION SERVICES, LLC | | X |
| PATRICIA J. McHENRY, ESQ.<br>Cades Schutte<br>Cades Schutte Building<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>AMERICAN SAVINGS BANK | X | |
| WAYNE K. T. MAU, ESQ.<br>Watanabe Ing Kawashima & Komeijo, LLP<br>First Hawaiian Center<br>999 Bishop Street, 23rd Floor<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>AMERICAN GENERAL FINANCIAL SERVICES, INC. | X | |

CHARLES A. PRICE, ESQ.                    X
LISA ANNE GRUEBNER, ESQ.
Koshiba Agena & Kubota
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendants
BENEFICIAL/HOUSEHOLD FINANCE CORPORATION
and DIRECT MERCHANTS CREDIT CARD BANK

JOHN P. MANAUT, ESQ.                      X
Carlsmith Ball LLP
2200 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
CITIFINANCIAL, INC.

THOMAS R. SYLVESTER, ESQ.                 X
Bendet, Fidell, Sakai & Lee
Suite 1500, Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA

MITZI A. LEE, ESQ.                        X
Ching & Lee
222 Queen Street, Suite 202
Honolulu, Hawaii 96813

Attorney for Defendant
CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION

Dated: Honolulu, Hawaii, April 7, 2006.

_____
MARK D. CLEMENT

Attorney for Plaintiff
RICKY G. GARCIA

4