Of Counsel:
WRIGHT & KIRSCHBRAUN
A Limited Liability Law Company

DEBORAH K. WRIGHT          4444-0
KEITH D. KIRSCHBRAUN       4971-0
1885 Main Street, Suite 108
Wailuku, HI 96793
Telephone:  (808) 244-6644
Facsimile:  (808) 244-1013
Email: WrightKirsch@aol.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.


## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>        Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>        Defendants. | Civil No. CV04-00692 SPK LEK (FAIR CREDIT REPORTING ACT)<br><br>DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S STATEMENT OF NO POSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT TO JOIN ADDITIONAL PARTY DEFENDANTS (FILED APRIL 7, 2006); CERTIFICATE OF SERVICE<br><br><br>SCHEDULED HEARING<br>DATE:  May 17, 2006<br>TIME:    1:30 p.m.<br>JUDGE: Hon. Leslie E. Kobayashi |

555-14/meh

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
STATEMENT OF NO POSITION TO
PLAINTIFF'S MOTION TO AMEND COMPLAINT TO
<u>JOIN ADDITIONAL PARTY DEFENDANTS (FILED APRIL 7, 2006)</u>**

Defendant EXPERIAN INFORMATION SOLUTIONS, INC., by and
through its attorneys, WRIGHT & KIRSCHBRAUN, A Limited Liability Law
Company, states that it takes no position with regard to Plaintiff RICKY G.
GARCIA's Motion to Amend Complaint to Join Additional Party Defendants, filed
April 7, 2006.

DATED: Wailuku, Maui, Hawaii; April 12, 2006.


       /s/ Deborah K. Wright
DEBORAH K. WRIGHT
KEITH D. KIRSCHBRAUN

Attorneys for Defendant
EXPERIAN INFORMATION
 SOLUTIONS, INC.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on Wednesday, April 12, 2006 and by the methods of service noted below, a true and correct copy of the foregoing document was duly served upon the following counsel of record at their last known address:

<u>Served Electronically through CM/ECF</u>:

| | |
|---|---|
| Jess H. Griffiths, Esquire | jgriffiths@lawhi.com |
| Chad M. Iida, Esquire | ciida@lawhi.com |
| Attorneys for Defendant | |
| EQUIFAX INFORMATION | |
|   SERVICES, LLC | |
| | |
| John P. Manaut, Esquire | Jpm@carlsmith.com |
| Melissa Hall Lambert, Esquire | mlambert@carlsmith.com |
| Carlsmith Ball | |
| Attorney for Defendant | |
| CITIFINANCIAL, INC. | |
| | |
| Charles A. Price, Esquire | cprice@koshibalaw.com |
| Lisa Anne Gruebner, Esquire | lgruebner@koshibalaw.com |
| Koshiba Agena & Kubota | |
| Attorneys for Defendants | |
| BENEFICIAL/HOUSEHOLD | |
|   FINANCE CORPORATION and | |
|   DIRECT MERCHANTS CREDIT | |
|   CARD BANK | |
| | |
| Patricia J. McHenry, Esquire | pmchenry@cades.com |
| Cades Schutte | |
| Attorney for Defendant | |
| AMERICAN SAVINGS BANK | |
| | |
| Mitzi A. Lee, Esquire | mitzilee@hawaii.rr.com |
| Ching & Lee | |
| Attorney for Defendant | |
| CAPITAL ONE BANK | |

Served Electronically through CM/ECF (continued):

Thomas R. Sylvester, Esquire     trs@bfsl.com
Jennifer S. Vicente, Esquire     jsv@bfsl.com
Bendet, Fidell, Sakai & Lee
Attorneys for Defendant
GE CAPITAL/MONOGRAM
   CREDIT CARD BANK OF GEORGIA

John T. Komeiji, Esquire
Gregg Ushiroda, Esquire
Wayne K. T. Mau, Esquire     wmau@wik.com
Watanabe Ing Kawashima & Komeiji
Attorneys for Defendant
AMERICAN GENERAL
   FINANCIAL SERVICES, INC.

Kenneth T. Okamoto, Esquire
Robert M. Kohn, Esquire     rkohn@pohlhawaii.com
Price Okamoto Himeno & Lum
Attorneys for Defendant
TRANS UNION LLC

Served by First Class U.S. Mail/Postage Prepaid:

Mark D. Clement, Esquire
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, HI  96813
Attorney for Plaintiff
RICKY G. GARCIA

Amy Greenstein, Esquire
G. John Cento, Esquire
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309
Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

Donald E. Bradley, Esquire
Musick, Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, CA  92626
Attorney for Defendant
TRANS UNION LLC

DATED: Wailuku, Maui, Hawaii; April 12, 2006.

       /s/ Deborah K. Wright
DEBORAH K. WRIGHT
KEITH D. KIRSCHBRAUN

Attorneys for Defendant
EXPERIAN INFORMATION
  SOLUTIONS, INC.