CARLSMITH BALL LLP

JOHN P. MANAUT  3989-0
MELISSA H. LAMBERT  7767-0
2200 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 523-2500
Facsimile No. (808) 523-0842
Email:  jpm@carlsmith.com
             mlambert@carlsmith.com

Attorneys for Defendant
CITIFINANCIAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>             Plaintiff,<br><br>       vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOTRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>             Defendants. | CIVIL NO. CV-04-00692 (SPK/LEK)<br>(FAIR CREDIT REPORTING ACT)<br><br>DEFENDANT CITIFINANCIAL, INC.'S STATEMENT OF NO POSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT TO JOIN ADDITIONAL PARTY DEFENDANTS FILED APRIL 7, 2006; CERTIFICATE OF SERVICE<br><br><br>HEARING:<br>DATE:  May 17, 2006<br>TIME:   1:30 p.m.<br>JUDGE: Honorable Leslie Kobayashi<br><br>TRIAL DATE:  November 7, 2006 |

**DEFENDANT CITIFINANCIAL, INC.'S STATEMENT OF NO POSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT TO JOIN ADDITIONAL PARTY DEFENDANTS FILED APRIL 10, 2006**

Defendant CitiFinancial, Inc. ("CitiFinancial"), by and through its undersigned counsel, states that it takes no position on Plaintiff's Motion to Amend Complaint to Join Additional Party Defendants, filed April 7, 2006.

DATED: Honolulu, Hawaii, April 25, 2006.

      /s/ Melissa H. Lambert
JOHN P. MANAUT
MELISSA H. LAMBERT

Attorneys for Defendant
CITIFINANCIAL, INC.