Jess H. Griffiths #6658
GODBEY GRIFFITHS REISS CHONG
A Limited Liability Law Partnership
Suite 2300, Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 523-8894
Facsimile:   (808) 523-8899
jgriffiths@lawhi.com

Of Counsel:

G. John Cento
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309
Telephone:  (404) 815-6447
Facsimile:   (404) 541-4632
jcento@kilpatrickstockton.com

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY GARCIA, | Civil No. CV04-00692 HG LEK |
| | (FAIR CREDIT REPORTING |
| Plaintiff, | ACT) |
| | |
| vs. | DEFENDANT EQUIFAX |
| | INFORMATION SERVICES, |
| EXPERIAN INFORMATION | LLC'S STATEMENT OF NO |
| SOLUTIONS, INC.; TRANS | POSITION ON PLAINTIFF'S |
| UNION, LLC; EQUIFAX | MOTION TO AMEND |
| INFORMATION SERVICES LLC, | COMPLAINT TO JOIN |
| AMERICAN SAVINGS BANKS; | ADDITIONAL PARTY |
| AMERICAN GENERAL | DEFENDANTS FILED APRIL 11, |
| FINANCIAL SERVICES, INC.; | 2006; CERTIFICATE OF |

| | |
|---|---|
| BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK aka CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>        Defendants, | ) SERVICE<br>)<br>)<br>)<br>)<br>) Trial Date: November 7, 2006<br>)<br>) HEARING:<br>) Date: May 17, 2006<br>) Time: 1:30 p.m.<br>) Judge: The Honorable Leslie E.<br>) Kobayashi<br>) |

**DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S STATEMENT OF NO POSITION ON PLAINTIFF'S MOTION TO AMEND COMPLAINT TO JOIN ADDITIONAL PARTY DEFENDANTS FILED APRIL 11, 2006**

Defendant EQUIFAX INFORMATION SERVICES LLC, by and through their attorneys, undersigned, hereby submits this statement of no position on Plaintiff Ricky Garcia's Motion to Amend Complaint to Join Additional Party Defendants, filed herein, April 11, 2006.

Dated:     Honolulu, Hawaii, April 27, 2006.

                          /s/ Jess H. Griffiths
                          JESS H. GRIFFITHS
                          CHAD M. IIDA
                          Attorney for Defendant Equifax Information Services, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY GARCIA, | Civil No. CV04-00692 HG LEK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | (RE: DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S STATEMENT OF NO POSITION ON PLAINTIFF'S MOTION TO AMEND COMPLAINT TO JOIN ADDITIONAL PARTY DEFENDANTS FILED APRIL 11, 2006) |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES LLC, AMERICAN SAVINGS BANKS; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK aka CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK, | Trial Date: November 7, 2006 HEARING: Date: May 17, 2006 Time: 1:30 p.m. Judge: The Honorable Leslie E. Kobayashi |
| Defendants, | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

- **Lisa Anne Gruebner**
  lgruebner@koshibalaw.com
- **Keith D. Kirschbraun**
  WrightKirsch@aol.com
- **Robert M. Kohn**
  rkohn@pohlhawaii.com
- **Melissa Hall Lambert**
  mlambert@carlsmith.com tvitolo@carlsmith.com
- **Mitzi A. Lee**
  mitzilee@hawaii.rr.com
- **John P. Manaut**
  Jpm@carlsmith.com bsaunders@carlsmith.com
- **Wayne K.T. Mau**
  wmau@wik.com
- **Patricia J. McHenry**
  pmchenry@cades.com loshiro@cades.com
- **Charles A. Price**
  cprice@koshibalaw.com troylo@koshibalaw.com
- **Thomas R. Sylvester**
  trs@bfsl.com
- **Jennifer S. Vicente**
  jsv@bfsl.com
- **Deborah K. Wright**
  wrightkirsch@aol.com

|  | **U.S. Mail Postage Paid** | **Hand Delivery** |
|---|---|---|
| MARK D. CLEMENT, ESQ.<br>Lawyers Building, Suite 102<br>550 Halekauwila Street<br>Honolulu, Hawaii 96813<br><br>**Attorney for Plaintiff** | X |  |
| WAYNE K.T. MAU, ESQ.<br>JOHN T. KOMEIJI, ESQ.<br>Watanabe Ing Kawashima &<br>Komeiji | X |  |

2

First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

Attorneys for Defendant
**AMERICAN GENERAL
FINANCIAL SERVICES, INC**

|  | U.S. Mail Postage Paid | Hand Delivery |
|---|---|---|
| KENNETH T. OKAMOTO, ESQ.<br>ROBERT M. KOHN, ESQ.<br>Price Okamoto Himeno & Lum<br>707 Richards Street, Suite 728<br>Honolulu, Hawaii 96813 | X |  |
| and |  |  |
| DONALD E. BRADLEY, ESQ.<br>Musick, Peeler & Garrett LLP<br>650 Town Center Drive, Suite 1200<br>Costa Mesa, CA  92626 | X |  |

Attorneys for Defendant
**TRANS UNION LLC**


Dated:     Honolulu, Hawaii, April 27, 2006.


/s/ Jess H. Griffiths
JESS H. GRIFFITHS
CHAD M. IIDA
Attorneys for Defendant Equifax
Information Services LLC

3