Of Counsel:
CHING & LEE

MITZI A. LEE     6059-0
The Merchant House
222 Merchant Street, Suite 202
Honolulu, Hawaii 96813
Telephone: (808) 275-0200
Facsimile: (808) 275-0222
E-mail: mlee@objectionsustained.com

Attorney for Defendant
CAPITAL ONE BANK

C:\MyFiles\CAPITAL ONE\GARCIA\stmtnoposition.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>Defendants. | CIVIL NO. CV 04-00692 HG LEK<br>(FAIR CREDIT REPORTING ACT)<br><br>DEFENDANT CAPITAL ONE BANK'S STATEMENT OF NO POSITION REGARDING PLAINTIFF'S MOTION TO AMEND COMPLAINT TO JOIN ADDITIONAL PARTY DEFENDANTS; CERTIFICATE OF SERVICE<br><br>Hearing<br>Date: May 17, 2006<br>Time: 1:30 p.m.<br>Judge: Magistrate Leslie E. Kobayashi<br><br>TRIAL DATE: November 7, 2006 |

DEFENDANT CAPITAL ONE BANK'S STATEMENT OF NO POSITION
REGARDING PLAINTIFF'S MOTION TO AMEND COMPLAINT TO
JOIN ADDITIONAL PARTY DEFENDANTS

Defendant Capital One Bank, a wholly owned subsidiary of Capital One Financial Corporation (incorrectly identified as "Capital One Bank a/k/a Capital One Financial Corporation"), by and through its attorneys, Ching & Lee, hereby states that it takes no position as to Plaintiff's Motion to Amend Complaint to Join Additional Party Defendants, which was filed herein on April 7, 2006.

DATED: Honolulu, Hawaii, April 27, 2006.

_____
MITZI A. LEE
Attorney for Defendant
CAPITAL ONE BANK