# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/3/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00692SPK-LEK |
| CASE NAME: | Ricky G. Garcia vs. Experian Information Solutions, Inc., et al. |
| ATTYS FOR PLA: | Mark D. Clement |
| ATTYS FOR DEFT: | Deborah K. Wirhgt<br>Chad M. Iida<br>G. John Cento<br>Mitzi A. Lee<br>Charles A. Price<br>Melissa Hall Lambert<br>John T. Komeiji<br>Robert M. Kohn |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record; In Chambers-No Record |
| DATE: | 5/3/2006 | TIME: | 9:00-12:30 |

COURT ACTION:  EP: Settlement Conference held.  G. John Cento participated by phone.

Submitted by: Warren N. Nakamura, Courtroom Manager