# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/4/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00692SPK-LEK |
| CASE NAME: | Ricky G. Garcia vs. Experian Information Solutions, Inc., et al. |

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 5/4/2006 | TIME: | |

COURT ACTION:  EO:

Status Conference Re: Settlement **[with Plaintiff's Counsel and Counsel for American General Financial Services, Inc. and Capitol One Bank only]** set for 9:30 6/20/06, LEK in Magistrate Judge Leslie E. Kobayashi's Chambers.

Further Settlement Conference **[with all counsel]** set for 9:00 7/27/06, LEK in Courtroom 7.

Plaintiff's Expert Witness Disclosures currently due 5/8/06 is now due **6/7/06**.

Defendant's Expert Witness Disclosures currently due 6/7/06 are now due **7/7/06.**

Dispositive Motions currently due 6/7/06 are now due **7/7/06**.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager