ORIGINAL

LAW OFFICE OF MARK D. CLEMENT
Attorney at Law

MARK D. CLEMENT    5295-0
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone No.  (808) 545-2488
Facsimile No.   (808) 545-2933
Email:  Mark@markclementlaw.com

Attorney for Plaintiff
RICKY G. GARCIA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 4 2006

at 3 o'clock and 25 min. P M
SUE BEITIA, CLERK

LODGED

MAY 0 3 2006

CLERK, U.S. DIST
DISTRICT OF HAW

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>        Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC., BENEFICIAL/ HOUSEHOLD FINANCE CORPORATON; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OFGEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTSCREDIT CARD | CIVIL NO.: CV04-00692 SPK LEK<br>(FAIR CREDIT REPORTING ACT)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF RICKY G. GARCIA'S CLAIMS AGAINST GE CAPITAL/ MONOGRAM CREDIT CARD BANK OF GEORGIA AND ORDER<br><br><br><br><br><br>Trial Date: November 7, 2006 |

BANK,                              )
                                                       )
             Defendants.     )
_____)

## STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF RICKY G. GARCIA'S CLAIMS AGAINST DEFENDANT GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA

It is hereby stipulated by and between Plaintiff RICKY G. GARICA ("Plaintiff"); and, Defendant GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA ("Defendant GECAF"), through their undersigned counsel, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, that any and all claims by and between Plaintiff and Defendant GECAF arising out of Plaintiffs' Amended Complaint, filed herein on August 30, 2005, are hereby dismissed with prejudice.

Each party is to bear its own attorney's fees and costs.

Plaintiff's claims in the First Amended Complaint remain as to all other Defendants.

DATED:  Honolulu, Hawaii, May 1, 2006

_____
MARK D. CLEMENT

Attorneys for Plaintiff
RICKY G. GARCIA

2

_____
THOMAS R. SYLVESTER

Attorneys for Defendant
GE CAPITAL/MONOGRAM
CREDIT CARD BANK OF
GEORGIA

APPROVED AND SO ORDERED:

_____
UNITED STATES JUDGE

3