LAW OFFICE OF MARK D. CLEMENT
Attorney at Law

MARK D. CLEMENT    5295-0
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone No. 545-2488
Facsimile No. 545-2922
Email: Mark@markclementlaw.com

Attorney for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 22 2006

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, | CIVIL NO. CV-04-00692 SPK-LEK |
| | (FAIR CREDIT REPORTING ACT) |
| Plaintiffs, | |
| | NOTICE OF MOTION; |
| vs. | PLAINTIFF RICKY G. GARCIA'S |
| | MOTION FOR FINDING OF GOOD |
| EXPERIAN INFORMATION | FAITH SETTLEMENT UNDER |
| SOLUTIONS, INC.; TRANS UNION | HAWAII REVISED STATUTES |
| LLC; EQUIFAX INFORMATION | SECTION 663-15.5; MEMORANDUM |
| SERVICES, LLC; AMERICAN | IN SUPPORT OF MOTION; |
| SAVINGS BANK; AMERICAN | DECLARATION OF MARK D. |
| GENERAL FINANCIAL | CLEMENT; CERTIFICATE OF |
| SERVICES, INC.; | SERVICE |
| BENEFICIAL/HOUSEHOLD | |
| FINANCE CORPORATION; | HEARING: |
| CITIFINANCIAL, INC.; GE | Date: |
| CAPITAL/MONOGRAM CREDIT | Time: |
| CARD BANK OF GEORGIA; | Judge: Honorable Leslie E. Kobayashi |
| CAPITAL ONE BANK A/K/A | |
| CAPITAL ONE FINANCIAL | |
| CORPORATION; DIRECT | |
| MERCHANTS CREDIT CARD | |

BANK;                                          )
                                               )
               Defendants.        )
_____)

## NOTICE OF MOTION

TO:

NOTICE IS HEREBY GIVEN that pursuant to Hawaii Revised Statutes Section 663-15.5(b), each party given notice herein has twenty-five (25) days from the mailing of this Notice to file an objection to contest the good faith of the settlement. If no party files an objection within the twenty-five days, the court may approve the settlement without a hearing. If any party objects to the settlement, PLAINTIFF RICKY GARCIA'S MOTION FOR A FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 shall come on for hearing before the Honorable Leslie E. Kobayashi _____ in her courtroom located in the PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96813 on _____, at _____, or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, May 22, 2006.

                                                /s/ Mark D. Clement
                                                MARK D. CLEMENT
                                                Attorney for Plaintiff
                                                RICKY GARCIA