IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>               Plaintiffs,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK A/K/A CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK;<br><br>               Defendants. | CIVIL NO. CV-04-00692 SPK-LEK<br>(FAIR CREDIT REPORTING ACT)<br><br>PLAINTIFF RICKY G. GARCIA'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 |

PLAINTIFF RICKY G. GARCIA'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5

Plaintiff RICKY GARCIA ("Plaintiff Garcia"), by and through his undersigned counsel, Mark D. Clement, hereby moves this Court to enter an Order for Good Faith Settlements pursuant to Hawaii Revised Statutes §663-15.5

regarding Plaintiff Garcia's settlement with Defendant CAPITAL ONE BANK A/K/A CAPITAL ONE FINANCIAL CORPORATION ("Defendant Capital One"). This Motion is based upon the attached Memorandum of Law, Declaration of Mark D. Clement, the pleadings and files herein, the arguments of counsel and such other matters as may be adduced by this Honorable Court.

DATED: Honolulu, Hawaii, May 22, 2006.

/s/ Mark D. Clement
MARK D. CLEMENT

Attorney for Plaintiff
RICKY GARCIA