IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, | CIVIL NO. CV-04-00692 SPK-LEK |
| | (FAIR CREDIT REPORTING ACT) |
| Plaintiffs, | |
| | CERTIFICATE OF SERVICE |
| vs. | |
| | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK A/K/A CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK; | |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was duly served upon the following parties at their last known address indicated below, by depositing same with the U.S. Postal Service, postage prepaid, first class or hand-delivery, as soon after filing as possible.

|  | Hand Delivery | Mail |
|---|---|---|
| DEBORAH K. WRIGHT, ESQ.<br>Wright & Kirschbraun<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96793<br><br>Attorney for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |  | X |
| KENNETH T. OKAMOTO, ESQ.<br>ROBERT M. KOHN, ESQ.<br>Price Okamoto Himeno & Lum<br>707 Richards Street; Suite 728<br>Honolulu, Hawaii 96813 | X |  |
| DONALD E. BRADLEY, ESQ.<br>Musick, Peeler & Garrett LLP<br>650 Town Center Drive, Suite 1200<br>Costa Mesa, California 92626<br><br>Attorneys for Defendant<br>TRANS UNION, LLC |  | X |
| JESS GRIFITHS, ESQ.<br>CHAD M. IIDA, ESQ.<br>Godbey Griffiths Reiss Chong<br>1001 Bishop Street<br>2300 Pauahi Tower<br>Honolulu, Hawaii 96813 | X |  |
| C. JOHN CENTO, ESQ.<br>Kilpatrick Stockton, LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309<br><br>Attorneys for Defendant<br>EQUIFAX INFORMATION SERVICES, LLC |  | X |

PATRICIA J. McHENRY, ESQ.                          X
Cades Schutte
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

Attorney for Defendant
AMERICAN SAVINGS BANK

WAYNE K. T. MAU, ESQ.                              X
Watanabe Ing Kawashima & Komeijo, LLP
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

Attorney for Defendant
AMERICAN GENERAL FINANCIAL SERVICES, INC.

CHARLES A. PRICE, ESQ.                             X
LISA ANNE GRUEBNER, ESQ.
Koshiba Agena & Kubota
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendants
BENEFICIAL/HOUSEHOLD FINANCE CORPORATION
and DIRECT MERCHANTS CREDIT CARD BANK

JOHN P. MANAUT, ESQ.                               X
Carlsmith Ball LLP
2200 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
CITIFINANCIAL, INC.

3

MITZI A. LEE, ESQ.                                              X
Ching & Lee
The Merchant House
222 Merchant Street, Suite 202
Honolulu, Hawaii 96813

Attorney for Defendant
CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL
CORPORATION


Dated:      Honolulu, Hawaii, May 22, 2006.


_____
MARK D. CLEMENT

Attorney for Plaintiff
RICKY G. GARCIA