WRIGHT & KIRSCHBRAUN
A Limited Liability Law Company

DEBORAH K. WRIGHT    4444-0
KEITH D. KIRSCHBRAUN    4971-0
1885 Main Street, Suite 108
Wailuku, HI  96793
Telephone:  (808) 244-6644
Facsimile:  (808) 244-1013
Email: WrightKirsch@aol.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>        Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>        Defendants. | Civil No. CV04-00692 SPK LEK<br>(FAIR CREDIT REPORTING ACT)<br><br>DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S OBJECTIONS TO PLAINTIFF RICKY G. GARCIA'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 (FILED 5/22/06); CERTIFICATE OF SERVICE<br><br><br><br>SCHEDULED HEARING<br>DATE:  Friday, June 23, 2006<br>TIME:   9:30 a.m.<br>JUDGE: Hon. Leslie E. Kobayashi |

555-14

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S OBJECTIONS TO PLAINTIFF RICKY G. GARCIA'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 (FILED 5/22/06)**

Defendant EXPERIAN INFORMATION SOLUTIONS, INC., by and through its attorneys, WRIGHT & KIRSCHBRAUN, A Limited Liability Law Company, objects to Plaintiff RICKY G. GARCIA's ("Plaintiff") Motion for Finding of Good Faith Settlement Under Hawaii Revised Statutes Section 663-15.5 to the extent it restricts Experian's ability to pursue direct claims against the settling Defendant CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION ("Capital One"). Under the holding in *Whirlpool Corporation v. CIT Group/Business Credit, Inc.*, 293 F. Supp. 2d 1144, 1155 (D. Haw. 2003), Experian may pursue its direct claims against Capital One where a finding of good faith settlement is made. Any effort through this motion to curtail such claims is objected to and Experian expressly reserves its rights in this regard.

Experian further objects to the settlement to the extent that it limits its ability to assert that Plaintiff's FCRA damages were caused by Capital One and that, as a result, Experian is entitled to partial or complete offset with respect to settlement monies paid by Capital One. Experian is a credit reporting agency and as a result is to a certain extent dependent upon the information reported by its creditor subscribers, i.e., Capital One. Plaintiff has alleged that he advised Capital One that

he disputed account data as not his and despite receipt of the same dispute a number of times, Capital One failed to conduct a reasonable or timely reinvestigation of the contested reporting.  He has alleged, in essence, that Capital One violated the FCRA by failing to reasonably and truthfully respond to reinvestigation requests and by supplying inaccurate and false information.  If Capital One did in fact fail to properly reinvestigate disputed credit information conveyed to it by Experian and/or verified that reported information was accurate, when in fact it was not, then Experian should not be held solely or primarily accountable for Plaintiff' alleged damages if it complied with its own requirements under the FCRA, but Capital One did not.  Experian should be entitled to argue at trial, present evidence to the effect, and have Capital One on an applicable verdict form to show that Capital One was responsible for violations of the FCRA.

DATED: Wailuku, Maui, Hawaii; May 26, 2006.

        /s/ Deborah K. Wright
DEBORAH K. WRIGHT
KEITH D. KIRSCHBRAUN

Attorneys for Defendant
EXPERIAN INFORMATION
 SOLUTIONS, INC.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Friday, May 26, 2006 and by the methods of service noted below, a true and correct copy of the foregoing document was duly served upon the following counsel of record at their last known address:

Served Electronically through CM/ECF:

| | |
|---|---|
| Jess H. Griffiths, Esquire<br>Chad M. Iida, Esquire<br>Attorneys for Defendant<br>EQUIFAX INFORMATION<br>  SERVICES, LLC | jgriffiths@lawhi.com<br>ciida@lawhi.com |
| John P. Manaut, Esquire<br>Melissa Hall Lambert, Esquire<br>Carlsmith Ball<br>Attorney for Defendant<br>CITIFINANCIAL, INC. | Jpm@carlsmith.com<br>mlambert@carlsmith.com |
| Charles A. Price, Esquire<br>Lisa Anne Gruebner, Esquire<br>Koshiba Agena & Kubota<br>Attorneys for Defendants<br>BENEFICIAL/HOUSEHOLD<br>  FINANCE CORPORATION and<br>  DIRECT MERCHANTS CREDIT<br>  CARD BANK | cprice@koshibalaw.com<br>lgruebner@koshibalaw.com |
| Patricia J. McHenry, Esquire<br>Cades Schutte<br>Attorney for Defendant<br>AMERICAN SAVINGS BANK | pmchenry@cades.com |
| Mitzi A. Lee, Esquire<br>Ching & Lee<br>Attorney for Defendant<br>CAPITAL ONE BANK | mitzilee@hawaii.rr.com |
| John T. Komeiji, Esquire<br>Gregg Ushiroda, Esquire<br>Wayne K. T. Mau, Esquire<br>Watanabe Ing Kawashima & Komeiji<br>Attorneys for Defendant<br>AMERICAN GENERAL<br>  FINANCIAL SERVICES, INC. | wmau@wik.com |

Served Electronically through CM/ECF (continued):

Kenneth T. Okamoto, Esquire
Robert M. Kohn, Esquire          rkohn@pohlhawaii.com
Price Okamoto Himeno & Lum
Attorneys for Defendant
TRANS UNION LLC

Served by First Class U.S. Mail/Postage Prepaid:

Mark D. Clement, Esquire
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, HI  96813
Attorney for Plaintiff
RICKY G. GARCIA

Amy Greenstein, Esquire
G. John Cento, Esquire
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309
Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

Donald E. Bradley, Esquire
Musick, Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, CA  92626
Attorney for Defendant
TRANS UNION LLC

DATED: Wailuku, Maui, Hawaii; May 26, 2006.

                                /s/ Deborah K. Wright
                        DEBORAH K. WRIGHT
                        KEITH D. KIRSCHBRAUN

                        Attorneys for Defendant
                        EXPERIAN INFORMATION
                          SOLUTIONS, INC.