ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 25 2006

at __1__ o'clock and __34__ min __P__ M
SUE BEITIA, CLERK

LAW OFFICE OF MARK D. CLEMENT
Attorney at Law

MARK D. CLEMENT    5295-0
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone No. 545-2488
Facsimile No. 545-2922
Email: Mark@markclementlaw.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RICKY G. GARCIA, | ) | CIVIL NO. CV-04-00692 SPK-LEK |
| | ) | (FAIR CREDIT REPORTING ACT) |
| Plaintiffs, | ) | |
| | ) | NOTICE OF MOTION; |
| vs. | ) | PLAINTIFF RICKY G. GARCIA'S |
| | ) | MOTION FOR FINDING OF GOOD |
| EXPERIAN INFORMATION | ) | FAITH SETTLEMENT UNDER |
| SOLUTIONS, INC.; TRANS UNION | ) | HAWAII REVISED STATUTES |
| LLC; EQUIFAX INFORMATION | ) | SECTION 663-15.5; MEMORANDUM |
| SERVICES, LLC; AMERICAN | ) | IN SUPPORT OF MOTION; |
| SAVINGS BANK; AMERICAN | ) | DECLARATION OF MARK D. |
| GENERAL FINANCIAL | ) | CLEMENT; CERTIFICATE OF |
| SERVICES, INC.; | ) | SERVICE |
| BENEFICIAL/HOUSEHOLD | ) | |
| FINANCE CORPORATION; | ) | HEARING: |
| CITIFINANCIAL, INC.; GE | ) | Date: |
| CAPITAL/MONOGRAM CREDIT | ) | Time: |
| CARD BANK OF GEORGIA; | ) | Judge: Honorable Leslie E. Kobayashi |
| CAPITAL ONE BANK A/K/A | ) | |
| CAPITAL ONE FINANCIAL | ) | |
| CORPORATION; DIRECT | ) | |
| MERCHANTS CREDIT CARD | ) | |

BANK;                                              )
                                                  )
                  Defendants.      )
_____)

## NOTICE OF MOTION

TO:

NOTICE IS HEREBY GIVEN that pursuant to Hawaii Revised Statutes Section 663-15.5(b), each party given notice herein has twenty-five (25) days from the mailing of this Notice to file an objection to contest the good faith of the settlement. If no party files an objection within the twenty-five days, the court may approve the settlement without a hearing. If any party objects to the settlement, PLAINTIFF RICKY GARCIA'S MOTION FOR A FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 shall come on for hearing before the Honorable Leslie E. Kobayashi in her courtroom located in the PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96813 on _____, at _____, or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, May 25, 2006.

*Mark D. Clement*
MARK D. CLEMENT
Attorney for Plaintiff
RICKY GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>   Plaintiffs,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK A/K/A CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK;<br><br>   Defendants. | CIVIL NO. CV-04-00692 SPK-LEK<br>(FAIR CREDIT REPORTING ACT)<br><br>PLAINTIFF RICKY G. GARCIA'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 |

PLAINTIFF RICKY G. GARCIA'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5

  Plaintiff RICKY GARCIA ("Plaintiff Garcia"), by and through his undersigned counsel, Mark D. Clement, hereby moves this Court to enter an Order for Good Faith Settlements pursuant to Hawaii Revised Statutes §663-15.5

regarding Plaintiff Garcia's settlement with Defendant AMERICAN SAVINGS BANK ("Defendant ASB"). This Motion is based upon the attached Memorandum of Law, Declaration of Mark D. Clement, the pleadings and files herein, the arguments of counsel and such other matters as may be adduced by this Honorable Court.

DATED: Honolulu, Hawaii, May 25, 2006.

_____
MARK D. CLEMENT

Attorney for Plaintiff
RICKY GARCIA