ORIGINAL

Of Counsel:
CHING & LEE

MITZI A. LEE    6059-0
The Merchant House
222 Merchant Street, Suite 202
Honolulu, Hawaii 96813
Telephone: (808) 275-0200
Facsimile: (808) 275-0222
E-mail: mitzi.lee@hawaiiantel.net

Attorney for Defendant
CAPITAL ONE BANK

C:\MyFiles\CAPITAL ONE\GARCIA\joinder.settlement.wpd

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 24 2006

at 11 o'clock and ___ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>Defendants. | CIVIL NO. CV 04-00692 HG LEK<br>(FAIR CREDIT REPORTING ACT)<br><br>DEFENDANT CAPITAL ONE BANK'S JOINDER TO PLAINTIFF RICKY G. GARCIA'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 FILED ON MAY 22, 2006; CERTIFICATE OF SERVICE<br><br>HEARING<br>Date: June 23, 2006<br>Time: 9:30 a.m.<br>Judge: The Hon. Leslie E. Kobayashi |



SCANNED

DEFENDANT CAPITAL ONE BANK'S JOINDER TO PLAINTIFF
RICKY G. GARCIA'S MOTION FOR FINDING OF GOOD FAITH
SETTLEMENT UNDER HAWAII REVISED STATUTES
SECTION 663-15.5 FILED ON MAY 22, 2006

COMES NOW Defendant CAPITAL ONE BANK, a wholly owned subsidiary of Capital One Financial Corporation (incorrectly identified as "Capital One Bank a/k/a Capital One Financial Corporation") (hereinafter "Capital One") by and through its attorneys, Ching & Lee, and hereby joins in Plaintiff Ricky G. Garcia's Motion For Finding Of Good Faith Settlement Under Hawaii Revised Statutes §663-15.5, filed herein on May 22, 2006.

DATED:    Honolulu, Hawaii, _May 24, 2006_.

_____
MITZI A. LEE
Attorney for Defendant
CAPITAL ONE BANK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>　　　　Defendants. | CIVIL NO. CV 04-00692 HG LEK<br>(FAIR CREDIT REPORTING ACT)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

　　　　I hereby certify that on _May 24_, 2006, a true and correct copy of the foregoing document was duly served on the following by depositing a copy of the same in the U.S. mail, with first class postage prepaid, upon the following parties at their last known address as reflected below:

MARK D. CLEMENT, ESQ.
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
    Attorney for Plaintiff
    RICKY G. GARCIA

JOHN T. KOMEIJI, ESQ.
WAYNE K. T. MAU, ESQ.
Watanabe Ing Kawashima & Komeiji LLP
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
    Attorneys for Defendant
    AMERICAN GENERAL FINANCIAL SERVICES, INC.

DEBORAH K. WRIGHT, ESQ.
KEITH D. KIRSCHBRAUN, ESQ.
Wright & Kirschbraun
1885 Main St., Suite 108
Wailuku, Hawaii 96793
    Attorneys for Defendant
    EXPERIAN INFORMATION SOLUTIONS, INC.

KENNETH T. OKAMOTO, ESQ.
ROBERT M. KOHN, ESQ.
Price Okamoto Himeno & Lum
Ocean View Center
707 Richards St., Suite 728
Honolulu, Hawaii 96813
    Attorneys for Defendant
    TRANS UNION, LLC

DONALD E. BRADLEY, ESQ.
Crowell & Moring, LLP
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
    Attorney for Defendant
    TRANS UNION, LLC

JESS H. GRIFFITHS, ESQ.
CHAD M. IIDA, ESQ.
Godbey Griffiths Reiss Chong
Pauahi Tower
1001 Bishop St., Suite 2300
Honolulu, Hawaii 96813
    Attorneys for Defendant
    EQUIFAX INFORMATION SERVICES, LLC

C. JOHN CENTO, ESQ.
AMY GREENSTEIN, ESQ.
Kilpatrick Stockton LLP
1100 Peachtree St., Suite 2800
Atlanta, Georgia 30309-4530
    Attorney for Defendant
    EQUIFAX INFORMATION SERVICES, LLC

PATRICIA J. MCHENRY, ESQ.
Cades Schutte
1000 Bishop St., 12th Floor
Honolulu, Hawaii 96813
    Attorney for Defendant
    AMERICAN SAVINGS BANK

CHARLES A. PRICE, ESQ.
LISA ANNE GRUEBER
Koshiba Agena & Kubota
Pauahi Tower
1001 Bishop St., Suite 2600
Honolulu, Hawaii 96813
    Attorneys for Defendant
    BENEFICIAL/HOUSEHOLD FINANCE CORPORATION

JOHN P. MANAUT, ESQ.
Carlsmith Ball
American Savings Bank Tower
1001 Bishop St., Suite 2200
Honolulu, Hawaii 96813
    Attorney for Defendant
    CITIFINANCIAL, INC.

3

DATED: Honolulu, Hawaii, _May 24, 2006_.

_/s/ Mitzi A. Lee_
MITZI A. LEE
Attorney for Defendant
CAPITAL ONE BANK

4