Of Counsel:
**PRICE OKAMOTO HIMENO & LUM**
KENNETH T. OKAMOTO, ESQ. 2068
ROBERT M. KOHN, ESQ.        6291
707 Richards Street, Suite 728
Honolulu, Hawaii 96814
Telephone: (808) 538-1113
Facsimile: (808) 533-0549
Email: kokamoto@pohlhawaii.com
Email: rkohn@pohlhawaii.com

**MUSICK, PEELER & GARRETT LLP**
DONALD E. BRADLEY, ESQ. (Admitted *Pro Hac Vice*)
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626
Telephone: (714) 668-2447
Facsimile: (714) 668-2490
Email: D.Bradley@MPGLAW.com

Attorneys for Defendant
TRANS UNION LLC

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>              Plaintiff,<br><br>   vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>              Defendants. | CIVIL NO. CV-04-00692 (SPK LEK)<br>(FAIR CREDIT REPORTING ACT)<br><br>DEFENDANT TRANS UNION LLC'S STATEMENT OF NO POSITION AND NON APPEARANCE TO PLAINTIFF RICKY G. GARCIA'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 FILED ON MAY 22, 2006; CERTIFICATE OF SERVICE |

TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE BE ADVISED OF Defendant Trans Union LLC'S Statement of No Position and Non Appearance to Plaintiff Ricky G. Garcia's Motion For Finding of Good Faith Settlement Under Hawaii Revised Statutes Section 663-15.5, filed on May 22, 2006.

Dated: Honolulu, Hawaii, May 30, 2006.

                                  PRICE, OKAMOTO, HIMENO & LUM


                          By:    /s/Robert M. Kohn
                                 KENNETH T. OKAMOTO, ESQ.
                                 ROBERT M. KOHN, ESQ.
                                 DONALD E. BRADLEY, ESQ.
                                 Attorneys for Defendant
                                 TRANS UNION LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>            Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>            Defendants. | CIVIL NO. CV-04-00692 (SPK LEK)<br>(FAIR CREDIT REPORTING ACT)<br><br><br><br><br>**CERTIFICATE OF SERVICE**<br>(RE: DEFENDANT TRANS UNION LLC'S STATEMENT OF NO POSITION AND NON APPEARANCE RE: PLAINTIFF RICKY G. GARCIA'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-25.5; filed ON MAY 22, 2006) |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

**Served Electronically through CM/ECF:**

| | |
|---|---|
| Jess H. Griffiths | jgriffiths@lawhi.com |
| Lisa Anne Gruebner | lgruebner@koshibalaw.com |
| Chad M. Iida | eiida@lawhi.com |
| Keith D. Kirschbraun | WrightKirsch@aol.com |
| Melissa Hall Lambert | mlambert@carlsmith.com,<br>tvitolo@carlsmith.com |
| Mitzi A. Lee | mitzilee@hawaii.rr.com |

| | |
|---|---|
| John P. Manaut | Jpm@carlsmith.com, |
| | bsaunders@carlsmith.com |
| Wayne K.T. Mau | wmau@wik.com |
| Patricia J. McHenry | pmchenry@cades.com, |
| | loshiro@cades.com |
| Charles A. Price | cprice@koshibalaw.com, |
| | troylo@koshibalaw.com |
| Deborah K. Wright | wrightkirsch@aol.com |

**Served by First Class Mail:**

Mark D. Clement
Law Office of Mark D. Clement
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813

C. John Cento
Amy Greenstein
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

John T. Komeiji
Watanabe Ing Kawashima & Komeiji
First Hawaiian Center
999Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

Dated:  Honolulu, Hawaii May 30, 2006.

                              /S/ Robert M. Kohn
                              KENNETH T. OKAMOTO, ESQ.
                              ROBERT M. KOHN, ESQ.
                              DONALD E. BRADLEY, ESQ.
                              Attorneys for Defendant
                              TRANS UNION LLC

2