ORIGINAL

LAW OFFICE OF MARK D. CLEMENT
Attorney at Law

MARK D. CLEMENT    5295-0
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone No. 808-545-2488
Facsimile No. 808-545-2933
Email: Mark@markclementlaw.com

Attorney for Plaintiff
RICKY G. GARCIA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 6 2006

at 1 o'clock and 55 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC., BENEFICIAL/ HOUSEHOLD FINANCE CORPORATON; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK, | CIVIL NO.: CV04-00692 SPK LEK <br> (FAIR CREDIT REPORTING ACT) <br><br> CERTIFICATE OF SERVICE <br> (RE: PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT AMERICAN GENERAL FINANCIAL SERVICES, INC.) |

|  |  |  |
|---|---|---|
| Defendants. | ) ) ) ) |  |

## CERTIFICATE OF SERVICE (RE: PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT AMERICAN GENERAL FINANCIAL SERVICES, INC.)

The undersigned hereby certifies that a copy of the Plaintiff's First Request for Admissions to Defendant American General Financial Services, Inc. was duly served upon the following parties at their last known address indicated below, by depositing same with the U.S. Postal Service, postage prepaid, first class or hand-delivery, on May 26, 2006.

|  | Hand Delivery | Mail |
|---|---|---|
| DEBORAH K. WRIGHT, ESQ.<br>Wright & Kirschbraun<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96793<br><br>Attorney for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |  | X |
| KENNETH T. OKAMOTO, ESQ.<br>ROBERT M. KOHN, ESQ.<br>Price Okamoto Himeno & Lum<br>707 Richards Street; Suite 728<br>Honolulu, Hawaii 96813 | X |  |

Case 1:04-cv-00692-SPK-LEK   Document 151   Filed 05/26/2006   Page 3 of 5

| | | |
|---|---|---|
| DONALD E. BRADLEY, ESQ.<br>Musick, Peeler & Garrett LLP<br>650 Town Center Drive, Suite 1200<br>Costa Mesa, California 92626<br><br>Attorneys for Defendant<br>TRANS UNION, LLC | | X |
| JESS GRIFITHS, ESQ.<br>CHAD M. IIDA, ESQ.<br>Godbey Griffiths Reiss Chong<br>1001 Bishop Street<br>2300 Pauahi Tower<br>Honolulu, Hawaii 96813 | X | |
| C. JOHN CENTO, ESQ.<br>Kilpatrick Stockton, LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309<br><br>Attorneys for Defendant<br>EQUIFAX INFORMATION SERVICES, LLC | | X |
| PATRICIA J. McHENRY, ESQ.<br>Cades Schutte<br>Cades Schutte Building<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>AMERICAN SAVINGS BANK | X | |
| WAYNE K. T. MAU, ESQ.<br>Watanabe Ing Kawashima & Komeijo, LLP<br>First Hawaiian Center<br>999 Bishop Street, 23rd Floor<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>AMERICAN GENERAL FINANCIAL SERVICES, INC. | X | |

3

CHARLES A. PRICE, ESQ.                                            X
LISA ANNE GRUEBNER, ESQ.
Koshiba Agena & Kubota
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendants
BENEFICIAL/HOUSEHOLD FINANCE CORPORATION
and DIRECT MERCHANTS CREDIT CARD BANK

JOHN P. MANAUT, ESQ.                                              X
Carlsmith Ball LLP
2200 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
CITIFINANCIAL, INC.

MITZI A. LEE, ESQ.                                                X
Ching & Lee
The Merchant House
222 Merchant Street, Suite 202
Honolulu, Hawaii 96813

Attorney for Defendant
CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL
CORPORATION

Dated:      Honolulu, Hawaii, May 26, 2006.

_/s/ Mark D. Clement_____
MARK D. CLEMENT

Attorney for Plaintiff
RICKY G. GARCIA