Jess H. Griffiths #6658
GODBEY GRIFFITHS REISS CHONG
A Limited Liability Law Partnership
Suite 2300, Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 523-8894
Facsimile:   (808) 523-8899
jgriffiths@lawhi.com

Of Counsel:

G. John Cento
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309
Telephone:  (404) 815-6447
Facsimile:   (404) 541-4632
jcento@kilpatrickstockton.com

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY GARCIA, | Civil No. CV04-00692 HG LEK |
| | (FAIR CREDIT REPORTING |
| Plaintiff, | ACT) |
| | |
| vs. | DEFENDANT EQUIFAX |
| | INFORMATION SERVICES, |
| EXPERIAN INFORMATION | LLC'S STATEMENT OF NO |
| SOLUTIONS, INC.; TRANS | POSITION ON PLAINTIFF |
| UNION, LLC; EQUIFAX | RICKY G. GARCIA'S MOTIONS |
| INFORMATION SERVICES LLC, | FOR FINDING OF GOOD FAITH |
| AMERICAN SAVINGS BANKS; | SETTLEMENT UNDER HAWAII |
| AMERICAN GENERAL | REVISED STATUTES SECTION |
| FINANCIAL SERVICES, INC.; | 663-15.5 FILED MAY 22, 2006; |

| | |
|---|---|
| BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK aka CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>            Defendants, | CERTIFICATE OF SERVICE<br><br>Trial Date: November 7, 2006<br><br>HEARING:<br>Date: June 23, 2006<br>Time: 9:30 a.m.<br>Judge: The Honorable Leslie E. Kobayashi |

**DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S STATEMENT OF NO POSITION ON PLAINTIFF RICKY G. GARCIA'S MOTIONS FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 FILED MAY 22, 2006**

Defendant EQUIFAX INFORMATION SERVICES LLC, by and through their attorneys, undersigned, hereby submits this statement of no position on Plaintiff Ricky G. Garcia's Motions for Finding of Good Faith Settlement under Hawaii Revised Statutes 663-15.5, concerning settlements with Capital One Bank and American Savings Bank, and set for hearing on June 23, 2006.

Dated:    Honolulu, Hawaii, June 2, 2006.

/s/ Jess H. Griffiths
JESS H. GRIFFITHS
CHAD M. IIDA
Attorney for Defendant Equifax Information Services, LLC

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY GARCIA, ) | Civil No. CV04-00692 HG LEK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | (RE: DEFENDANT EQUIFAX |
| ) | INFORMATION SERVICES, |
| EXPERIAN INFORMATION ) | LLC'S STATEMENT OF NO |
| SOLUTIONS, INC.; TRANS ) | POSITION ON PLAINTIFF |
| UNION, LLC; EQUIFAX ) | RICKY G. GARCIA'S MOTIONS |
| INFORMATION SERVICES LLC, ) | FOR FINDING OF GOOD FAITH |
| AMERICAN SAVINGS BANKS; ) | SETTLEMENT UNDER HAWAII |
| AMERICAN GENERAL ) | REVISED STATUTES SECTION |
| FINANCIAL SERVICES, INC.; ) | 663-15.5, FILED MAY 22, 2006) |
| BENEFICIAL/HOUSEHOLD ) | |
| FINANCE CORPORATION; ) | |
| CITIFINANCIAL, INC.; GE ) | |
| CAPITAL/MONOGRAM ) | Trial Date:  November 7, 2006 |
| CREDIT CARD BANK OF ) | |
| GEORGIA; CAPITAL ONE ) | |
| BANK aka CAPITAL ONE ) | HEARING: |
| FINANCIAL CORPORATION; ) | Date:  June 23, 2006 |
| DIRECT MERCHANTS CREDIT ) | Time:  9:30 a.m. |
| CARD BANK, ) | Judge:  The Honorable Leslie E. |
| ) | Kobayashi |
| Defendants, ) | |
| ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

- **Lisa Anne Gruebner**
  lgruebner@koshibalaw.com
- **Keith D. Kirschbraun**
  WrightKirsch@aol.com
- **Robert M. Kohn**
  rkohn@pohlhawaii.com
- **Melissa Hall Lambert**
  mlambert@carlsmith.com tvitolo@carlsmith.com
- **Mitzi A. Lee**
  mitzilee@hawaii.rr.com
- **John P. Manaut**
  Jpm@carlsmith.com bsaunders@carlsmith.com
- **Wayne K.T. Mau**
  wmau@wik.com
- **Patricia J. McHenry**
  pmchenry@cades.com loshiro@cades.com
- **Charles A. Price**
  cprice@koshibalaw.com troylo@koshibalaw.com
- **Thomas R. Sylvester**
  trs@bfsl.com
- **Jennifer S. Vicente**
  jsv@bfsl.com
- **Deborah K. Wright**
  wrightkirsch@aol.com

|  | U.S. Mail Postage Paid | Hand Delivery |
|---|---|---|
| MARK D. CLEMENT, ESQ.<br>Lawyers Building, Suite 102<br>550 Halekauwila Street<br>Honolulu, Hawaii 96813<br><br>**Attorney for Plaintiff** | X | |
| WAYNE K.T. MAU, ESQ.<br>JOHN T. KOMEIJI, ESQ.<br>Watanabe Ing Kawashima &<br>Komeiji | X | |

2

First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

Attorneys for Defendant
**AMERICAN GENERAL**
**FINANCIAL SERVICES, INC**

|  | U.S. Mail Postage Paid | Hand Delivery |
|---|---|---|
| KENNETH T. OKAMOTO, ESQ.<br>ROBERT M. KOHN, ESQ.<br>Price Okamoto Himeno & Lum<br>707 Richards Street, Suite 728<br>Honolulu, Hawaii 96813 | X |  |
| and |  |  |
| DONALD E. BRADLEY, ESQ.<br>Musick, Peeler & Garrett LLP<br>650 Town Center Drive, Suite 1200<br>Costa Mesa, CA  92626 | X |  |

Attorneys for Defendant
**TRANS UNION LLC**

Dated: Honolulu, Hawaii, June 2, 2006.

/s/ Jess H. Griffiths
JESS H. GRIFFITHS
CHAD M. IIDA
Attorneys for Defendant Equifax
Information Services LLC

3