ORIGINAL

MARK D. CLEMENT    5295-0
Suite 102, Lawyer's Building
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone: (808) 545-2488
Facsimile: (808) 545-2933

LODGED

Attorneys for Plaintiff
RICKY G. GARCIA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 31 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

MAY 30 2006
2:02pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC., BENEFICIAL/ HOUSEHOLD FINANCE CORPORATON; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIALCORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>Defendants. | CIVIL NO.: CV04-00692 HG LEK<br>(FAIR CREDIT REPORTING ACT)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT TO JOIN ADDITIONAL PARTY DEFENDANTS FILED APRIL 7, 2006<br><br>Scheduled Hearing:<br>Date: May 17, 2006<br>Time 1:30 p.m.<br>Judge: Honorable Leslie E. Kobayashi<br><br><br>Trial Date: November 7, 2006 |

ORDER GRANTING PLAINTIFF RICKY G. GARCIA'S
MOTION TO AMEND COMPLAINT TO JOIN ADDITIONAL
PARTY DEFENDANTS FILED APRIL 7, 2006

Plaintiff RICKY G. GARCIA's ("Plaintiff") Motion to Amend Complaint to Join Additional Party Defendants filed April 7, 2006 ("Motion to Amend") having been found suitable for disposition without a hearing pursuant to LR7.2(d) of the Local Rules of Practice of the United States District Court for the District of Hawaii and considered by the Leslie E. Kobayashi; and, with no Defendants submitting an opposition to the Motion to Amend;

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT the Motion to AMEND is hereby granted.

DATED: Honolulu, Hawaii, _____5/31/06_____.

APPROVED AND SO ORDERED:

_____
UNITED STATES JUDGE

---

Garcia v. Experian Information Solutions, Inc., et al.; Civil No. CV04-00692 SPK-LEK (Fair Credit Reporting Act); ORDER GRANTING PLAINTIFF RICKY G. GARCIA'S MOTION TO AMEND COMPLAINT TO JOIN ADDITIONAL PARTY DEFENDANTS FILED APRIL 7, 2006

2