ORIGINAL

LAW OFFICE OF MARK D. CLEMENT

MARK D. CLEMENT   5295-0
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone No. (808) 545-2488
Facsimile No. (808) 545-2933
Email: Mark@markclementlaw.com

Attorney for Plaintiff
RICKY G. GARCIA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 31 2006

at __ o'clock and 40 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK A/K/A CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK; | CIVIL NO. CV-04-00692 HG-LEK<br>(FAIR CREDIT REPORTING ACT)<br><br>CERTIFICATE OF SERVICE (RE: PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT CITIFINANCIAL, INC.) |

Defendants.          )
_____ )
                                )

CERTIFICATE OF SERVICE (RE: PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT CITIFINANCIAL, INC.)

The undersigned hereby certifies that a copy of the Plaintiff's First Request for Admissions to Defendant Citifinancial, Inc. was duly served upon the following parties at their last known address indicated below, by depositing same with the U.S. Postal Service, postage prepaid, first class or hand-delivery, on May 31, 2006.

|  | Hand Delivery | Mail |
|---|---|---|
| DEBORAH K. WRIGHT, ESQ.<br>Wright & Kirschbraun<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96793<br><br>Attorney for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |  | X |
| KENNETH T. OKAMOTO, ESQ.<br>ROBERT M. KOHN, ESQ.<br>Price Okamoto Himeno & Lum<br>707 Richards Street; Suite 728<br>Honolulu, Hawaii 96813 | X |  |

DONALD E. BRADLEY, ESQ.                                               X
Musick, Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626

Attorneys for Defendant
TRANS UNION, LLC

JESS GRIFITHS, ESQ.                          X
CHAD M. IIDA, ESQ.
Godbey Griffiths Reiss Chong
1001 Bishop Street
2300 Pauahi Tower
Honolulu, Hawaii 96813

C. JOHN CENTO, ESQ.                                                    X
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

PATRICIA J. McHENRY, ESQ.                               X
Cades Schutte
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

Attorney for Defendant
AMERICAN SAVINGS BANK

3

| | |
|---|---|
| WAYNE K. T. MAU, ESQ.<br>Watanabe Ing Kawashima & Komeiji, LLP<br>First Hawaiian Center<br>999 Bishop Street, 23rd Floor<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>AMERICAN GENERAL FINANCIAL SERVICES, INC. | X |
| CHARLES A. PRICE, ESQ.<br>LISA ANNE GRUEBNER, ESQ.<br>Koshiba Agena & Kubota<br>2600 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendants<br>BENEFICIAL/HOUSEHOLD FINANCE CORPORATION<br>and DIRECT MERCHANTS CREDIT CARD BANK | X |
| JOHN P. MANAUT, ESQ.<br>Carlsmith Ball LLP<br>2200 American Savings Bank Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>CITIFINANCIAL, INC. | X |
| MITZI A. LEE, ESQ.<br>Ching & Lee<br>The Merchant House<br>222 Merchant Street, Suite 202<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL<br>CORPORATION | X |

Dated:      Honolulu, Hawaii, May 31, 2006.

_____
MARK D. CLEMENT

Attorney for Plaintiff
RICKY G. GARCIA