IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, | ) CIVIL NO: <u>CV00692 HG LEK</u> |
| | ) (FAIR CREDIT REPORTING ACT) |
| | ) |
| Plaintiff, | ) SUMMONS |
| | ) |
| vs. | ) |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK, CREDIT INFORMATION SERVICES COMPANY; LANDSAFE CREDIT, INC.; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

<u>SUMMONS</u>

TO THE ABOVE NAMED DEFENDANTS:

YOU ARE HEREBY summoned and required to file with the Clerk of this Court and serve upon MARK D. CLEMENT, Plaintiffs' attorney, whose address is Lawyers Building, Suite 102, 550 Halekauwila Street, Honolulu, Hawaii 96813, an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment will be taken against you for the relief demanded in the Complaint.

This summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-entitled court permits, in writing on this summons, personal delivery during those hours.

A failure to obey this summons may result in an entry of default and default judgment against the disobeying person or party.

DATED: Honolulu, Hawaii _____ MAY 3 1 2006 _____.

SUE BEITIA

_____
Clerk of the above-entitled Court

Deputy Clerk, United States
District Court, District of Hawaii