# ORIGINAL

LAW OFFICE OF MARK D. CLEMENT

MARK D. CLEMENT    5295-0
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone No.  (808) 545-2488
Facsimile No.   (808) 545-2933
Email: Mark@markclementlaw.com

Attorney for Plaintiff
RICKY G. GARCIA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 6 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RICKY G. GARCIA, | ) | CIVIL NO. CV-04-00692 HG-LEK |
| | ) | (FAIR CREDIT REPORTING ACT) |
| Plaintiffs, | ) | |
| | ) | CERTIFICATE OF SERVICE (RE: |
| vs. | ) | PLAINTIFF'S FIRST REQUEST FOR |
| | ) | ADMISSIONS TO DEFENDANT |
| EXPERIAN INFORMATION | ) | TRANS UNION, LLC) |
| SOLUTIONS, INC.; TRANS UNION | ) | |
| LLC; EQUIFAX INFORMATION | ) | |
| SERVICES, LLC; AMERICAN | ) | |
| SAVINGS BANK; AMERICAN | ) | |
| GENERAL FINANCIAL | ) | |
| SERVICES, INC.; | ) | |
| BENEFICIAL/HOUSEHOLD | ) | |
| FINANCE CORPORATION; | ) | |
| CITIFINANCIAL, INC.; GE | ) | |
| CAPITAL/MONOGRAM CREDIT | ) | |
| CARD BANK OF GEORGIA; | ) | |
| CAPITAL ONE BANK A/K/A | ) | |
| CAPITAL ONE FINANCIAL | ) | |
| CORPORATION; DIRECT | ) | |
| MERCHANTS CREDIT CARD | ) | |
| BANK; | ) | |

Defendants.           )
                      )
_____ )

## CERTIFICATE OF SERVICE (RE: PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT TRANS UNION, LLC)

The undersigned hereby certifies that a copy of the Plaintiff's First Request for Admissions to Defendant Trans Union, LLC was duly served upon the following parties at their last known address indicated below, by depositing same with the U.S. Postal Service, postage prepaid, first class or hand-delivery, on June _6_____, 2006.

|  | Hand Delivery | Mail |
|---|---|---|
| DEBORAH K. WRIGHT, ESQ.<br>Wright & Kirschbraun<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96793 |  | X |
| Attorney for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |  |  |
| KENNETH T. OKAMOTO, ESQ.<br>ROBERT M. KOHN, ESQ.<br>Price Okamoto Himeno & Lum<br>707 Richards Street; Suite 728<br>Honolulu, Hawaii 96813 | X |  |

DONALD E. BRADLEY, ESQ.                                              X
Musick, Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626

Attorneys for Defendant
TRANS UNION, LLC

JESS GRIFITHS, ESQ.                          X
CHAD M. IIDA, ESQ.
Godbey Griffiths Reiss Chong
1001 Bishop Street
2300 Pauahi Tower
Honolulu, Hawaii 96813

C. JOHN CENTO, ESQ.                                                  X
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

PATRICIA J. McHENRY, ESQ.                        X
Cades Schutte
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

Attorney for Defendant
AMERICAN SAVINGS BANK

WAYNE K. T. MAU, ESQ.                          X
Watanabe Ing Kawashima & Komeiji, LLP
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

Attorney for Defendant
AMERICAN GENERAL FINANCIAL SERVICES, INC.

CHARLES A. PRICE, ESQ.                         X
LISA ANNE GRUEBNER, ESQ.
Koshiba Agena & Kubota
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendants
BENEFICIAL/HOUSEHOLD FINANCE CORPORATION
and DIRECT MERCHANTS CREDIT CARD BANK

JOHN P. MANAUT, ESQ.                           X
Carlsmith Ball LLP
2200 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
CITIFINANCIAL, INC.

MITZI A. LEE, ESQ.                             X
Ching & Lee
The Merchant House
222 Merchant Street, Suite 202
Honolulu, Hawaii 96813

Attorney for Defendant
CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL
CORPORATION

Dated:       Honolulu, Hawaii, June ___6___, 2006.

_____
MARK D. CLEMENT

Attorney for Plaintiff
RICKY G. GARCIA