IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, <br><br> Plaintiffs, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK A/K/A CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK; <br><br> Defendants. | CIVIL NO. CV-04-00692 SPK-LEK <br> (FAIR CREDIT REPORTING ACT) <br><br> DECLARATION OF MARK D. CLEMENT |

## DECLARATION OF MARK D. CLEMENT

MARK D. CLEMENT, declares as follows:

1. I am an attorney licensed before all of the courts in the State of Hawaii and am one of the attorneys representing Plaintiff RICKY GARCIA ("Plaintiff Garcia") in the above-captioned matter.

2. I submit this Declaration in support of PLAINTIFF RICKY GARCIA'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 ("Plaintiff's Motion").

3. I have personal knowledge of the following statements of fact.

4. Plaintiff has entered into a settlement with Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Defendant Experian").

5. Defendant Experian has requested that Plaintiff Garcia obtain a finding of good faith from the Court under Hawaii Revised Statutes §663-15.5.

6. Plaintiff Garcia's settlement with Defendant Experian is subject to an agreement of confidentiality, but Plaintiff Garcia can disclose for the purpose of assessing good faith that, (1) Defendant Experian has agreed, without admission of any fault, to maintain accurate and/or appropriate reporting of consumer information concerning Plaintiff Garcia, (2) Defendant Experian has agreed, without admission of any fault, to pay a sum certain compensation to Plaintiff Garcia, and (3) upon a finding of good faith settlement, the parties will effectuate by stipulation dismissals with prejudice of all claims asserted in this matter.

_/s/ Mark D. Clement_
MARK D. CLEMENT