IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>    Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK; CREDIT INFORMATION SERVICES COMPANY; LANDSAFE CREDIT, INC.,<br><br>    Defendants. | CIVIL NO. CV-04-00692 (SPK)(LEK)<br>(FAIR CREDIT REPORTING ACT)<br><br>DEFENDANT CITIFINANCIAL, INC.'S CORPORATE DISCLOSURE STATEMENT |

**DEFENDANT CITIFINANCIAL, INC.'S CORPORATE<br>DISCLOSURE STATEMENT**

Defendant CitiFinancial, Inc. CitiFinancial") submits this Corporate

Disclosure Statement pursuant to Fed. R. Civ. P. 7.1.  Citigroup, Inc. is a publicly

traded corporation and is the ultimate parent of CitiFinancial, Inc.

DATED:  Honolulu, Hawaii, June 15, 2006.

/s/ Melissa H. Lambert
JOHN P. MANAUT
MELISSA H. LAMBERT

Attorneys for Defendant
CITIFINANCIAL, INC.

4838-7529-3697.1