CARLSMITH BALL LLP

JOHN P. MANAUT  3989-0
MELISSA H. LAMBERT  7767-0
2200 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Telephone No. (808) 523-2500
Facsimile No. (808) 523-0842
Email:  jpm@carlsmith.com
            mlambert@carlsmith.com

Attorneys for Defendant
CITIFINANCIAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>           Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOTRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>           Defendants. | CIVIL NO. CV-04-00692 (SPK/LEK) (FAIR CREDIT REPORTING ACT)<br><br>DEFENDANT CITIFINANCIAL, INC.'S STATEMENT OF NO POSITION ON PLAINTIFF RICKY G. GARCIA'S MOTIONS FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 FILED MAY 22, 2006 AND MAY 25, 2006; CERTIFICATE OF SERVICE |

4828-5358-7457.1.018303-00042

**DEFENDANT CITIFINANCIAL, INC.'S STATEMENT OF NO POSITION ON PLAINTIFF RICKY G. GARCIA'S MOTIONS FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 FILED MAY 22, 2006 AND MAY 25, 2006**

Defendant CitiFinancial, Inc. ("CitiFinancial"), by and through its undersigned counsel, hereby submits this statement of no position on Plaintiff Ricky G. Garcia's Motions for Finding of Good Faith Settlement under Hawaii Revised Statutes 663-15.5, concerning settlement with Capital One Bank and American Savings Bank, and set for hearing on June 23, 2006.

DATED: Honolulu, Hawaii, June 16, 2006.

/s/ Melissa H. Lambert
JOHN P. MANAUT
MELISSA H. LAMBERT

Attorneys for Defendant
CITIFINANCIAL, INC.