IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOTRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>    Defendants. | CIVIL NO. CV-04-00692 (SPK/LEK)<br>(FAIR CREDIT REPORTING ACT)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 16, 2006, a copy of the foregoing document was duly served upon the following by method indicated below at their last known address:

4828-5358-7457.1.018303-00042

| Party | Method of Service | | |
|---|---|---|---|
| | CM/ECF | U.S. Mail | Hand Delivery |
| MARK D. CLEMENT, ESQ.<br>Lawyers Building, Suite 102<br>550 Halekauwila Street<br>Honolulu, Hawaii 96813<br><br>Attorney for Plaintiff | | X | |
| GALE L.F. CHING, ESQ.<br>MITZI A. LEE, ESQ.<br>Ching & Lee<br>222 Merchant Street. Suite 202<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>CAPITAL ONE BANK aka CAPITAL ONE FINANCIAL CORPORATION | X | | |
| JESS H. GRIFFITHS, ESQ.<br>CHAD M. IIDA, ESQ.<br>Godbey Griffiths Reiss Chong<br>2300 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>EQUIFAX INFORMATION SERVICES | X | | |
| Of Counsel:<br>G. John Cento<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309<br><br>Attorneys for Defendant<br>EQUIFAX INFORMATION SERVICES | | X | |

| Party | Method of Service | | |
|---|---|---|---|
| | CM/ECF | U.S. Mail | Hand Delivery |
| DEBORAH K. WRIGHT, ESQ.<br>KEITH D. KIRSCHBRAUN, ESQ.<br>Wright & Kirschbraun<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96793<br><br>Attorneys for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. | X | | |
| KENNETH T. OKAMOTO, ESQ.<br>ROBERT M. KOHN, ESQ.<br>Price Okamoto Himeno & Lum<br>707 Richards Street, Suite 728<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>TRANS UNION LLC | X | | |
| Of Counsel:<br>DONALD E. BRADLEY, ESQ.<br>Musick, Peeler & Garrett LLP<br>650 Town Center Drive, Suite 1200<br>Costa Mesa, California 92626<br><br>Attorneys for Defendant<br>TRANS UNION LLC | | X | |
| CHARLES A. PRICE, ESQ.<br>LISA ANNE GRUEBNER, ESQ.<br>Koshiba Agenda & Kubota<br>2600 Pauahi Tower, 1001 Bishop St.<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>BENEFICIAL/HOUSEHOLD FINANCE CORPORATION and DIRECT MERCHANTS CREDIT CARD BANK | X | | |

| Party | CM/ECF | U.S. Mail | Hand Delivery |
|---|---|---|---|
| JOHN T. KOMEIJI, ESQ.<br>WAYNE K. T. MAU, ESQ.<br>GREGG USHIRODA, ESQ.<br>Watanabe Ing & Komeiji LLP<br>999 Bishop Street, 23rd Floor<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>AMERICAN GENERAL FINANCIAL SERVICES, INC. | X | | |
| PATRICIA J. MCHENRY, ESQ.<br>Cades Schutte LLP<br>1000 Bishop St., Suite 1200<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>AMERICAN SAVINGS BANK | X | | |

DATED: Honolulu, Hawaii, June 16, 2006.

/s/ Melissa H. Lambert
JOHN P. MANAUT
MELISSA H. LAMBERT

Attorneys for Defendant
CITIFINANCIAL, INC.

| Party | CM/ECF | U.S. Mail | Hand Delivery |
|---|---|---|---|
| JOHN T. KOMEIJI, ESQ.<br>WAYNE K. T. MAU, ESQ.<br>GREGG USHIRODA, ESQ.<br>Watanabe Ing & Komeiji LLP<br>999 Bishop Street, 23rd Floor<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>AMERICAN GENERAL FINANCIAL SERVICES, INC. | X | | |
| PATRICIA J. MCHENRY, ESQ.<br>Cades Schutte LLP<br>1000 Bishop St., Suite 1200<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>AMERICAN SAVINGS BANK | X | | |

DATED: Honolulu, Hawaii, June 16, 2006.

/s/ Melissa H. Lambert
JOHN P. MANAUT
MELISSA H. LAMBERT

Attorneys for Defendant
CITIFINANCIAL, INC.