WRIGHT & KIRSCHBRAUN
A Limited Liability Law Company

DEBORAH K. WRIGHT      4444-0
KEITH D. KIRSCHBRAUN   4971-0
1885 Main Street, Suite 108
Wailuku, HI 96793
Telephone: (808) 244-6644
Facsimile: (808) 244-1013
Email: WrightKirsch@aol.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>        Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>        Defendants. | Civil No. CV04-00692 SPK LEK<br>(FAIR CREDIT REPORTING ACT)<br><br>WITHDRAWAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S OBJECTIONS TO PLAINTIFF RICKY G. GARCIA'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 (FILED 5/26/06); CERTIFICATE OF SERVICE<br><br><br><br>SCHEDULED HEARING<br>DATE: Friday, June 23, 2006<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Leslie E. Kobayashi |

555-14

## WITHDRAWAL OF
## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S OBJECTIONS TO PLAINTIFF RICKY G. GARCIA'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 (FILED 5/26/06)

Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"), by and through its attorneys, WRIGHT & KIRSCHBRAUN, A Limited Liability Law Company, withdraws its Objections to Plaintiff RICKY G. GARCIA's ("Plaintiff") Motion for Finding of Good Faith Settlement Under Hawaii Revised Statutes Section 663-15.5, filed May 26, 2006.  Experian further states that it has no opposition to Plaintiff's Motion for Finding of Good Faith Settlement Under Hawaii Revised Statutes Section 663-15.5, filed May 22, 2006, and will not be appearing at the hearing on said motion.

DATED: Wailuku, Maui, Hawaii; June 20, 2006.

        /s/ Deborah K. Wright
DEBORAH K. WRIGHT
KEITH D. KIRSCHBRAUN

Attorneys for Defendant
EXPERIAN INFORMATION
  SOLUTIONS, INC.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Tuesday, June 20, 2006 and by the methods of service noted below, a true and correct copy of the foregoing document was duly served upon the following counsel of record at their last known address:

Served Electronically through CM/ECF:

| | |
|---|---|
| Jess H. Griffiths, Esquire<br>Chad M. Iida, Esquire<br>Attorneys for Defendant<br>EQUIFAX INFORMATION<br>   SERVICES, LLC | jgriffiths@lawhi.com<br>ciida@lawhi.com |
| John P. Manaut, Esquire<br>Melissa Hall Lambert, Esquire<br>Carlsmith Ball<br>Attorney for Defendant<br>CITIFINANCIAL, INC. | Jpm@carlsmith.com<br>mlambert@carlsmith.com |
| Charles A. Price, Esquire<br>Lisa Anne Gruebner, Esquire<br>Koshiba Agena & Kubota<br>Attorneys for Defendants<br>BENEFICIAL/HOUSEHOLD<br>   FINANCE CORPORATION and<br>   DIRECT MERCHANTS CREDIT<br>   CARD BANK | cprice@koshibalaw.com<br>lgruebner@koshibalaw.com |
| Patricia J. McHenry, Esquire<br>Cades Schutte<br>Attorney for Defendant<br>AMERICAN SAVINGS BANK | pmchenry@cades.com |
| Mitzi A. Lee, Esquire<br>Ching & Lee<br>Attorney for Defendant<br>CAPITAL ONE BANK | mitzilee@hawaii.rr.com |
| John T. Komeiji, Esquire<br>Gregg Ushiroda, Esquire<br>Wayne K. T. Mau, Esquire<br>Watanabe Ing Kawashima & Komeiji<br>Attorneys for Defendant<br>AMERICAN GENERAL<br>   FINANCIAL SERVICES, INC. | wmau@wik.com |

Served Electronically through CM/ECF (continued):

Kenneth T. Okamoto, Esquire
Robert M. Kohn, Esquire            rkohn@pohlhawaii.com
Price Okamoto Himeno & Lum
Attorneys for Defendant
TRANS UNION LLC

Served by First Class U.S. Mail/Postage Prepaid:

Mark D. Clement, Esquire
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, HI 96813
Attorney for Plaintiff
RICKY G. GARCIA

Amy Greenstein, Esquire
G. John Cento, Esquire
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

Donald E. Bradley, Esquire
Musick, Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626
Attorney for Defendant
TRANS UNION LLC

DATED: Wailuku, Maui, Hawaii; June 20, 2006.

      /s/ Deborah K. Wright
DEBORAH K. WRIGHT
KEITH D. KIRSCHBRAUN

Attorneys for Defendant
EXPERIAN INFORMATION
  SOLUTIONS, INC.

2