# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/20/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL NO. 04-00692SPK-LEK

CASE NAME:     Ricky G. Garcia vs. Experian Information Solutions, Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    06/20/2006                   TIME:

COURT ACTION:  EO:  COURT ORDER: On May 22, 2006, Plaintiff Ricky G. Garcia ("Plaintiff") filed his Motion for Finding of Good Faith Settlement under Hawaii Revised Statutes § 663-15.5 ("Motion") regarding Plaintiff's settlement with Defendant Capital One Bank aka Capital One Financial Corporation ("Capital One").  On May 24, 2006, Capital One joined Plaintiff's Motion.  Defendant Experian Information Solutions, Inc. filed an objection to the Motion on May 26, 2006, but subsequently withdrew the objection.  On June 16, 2006, Defendant Citifinancial, Inc. filed a statement of no position.  The Court finds this matter suitable for disposition without a hearing pursuant to LR7.2(d) and Haw. Rev. Stat. § 663-15.5(b).  The Motion is hereby GRANTED, and Capital One is to prepare the order by no later than July 3, 2006 for the Court's review and signature.

IT IS SO ORDERED.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager