# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/20/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL NO. 04-00692SPK-LEK

CASE NAME:       Ricky G. Garcia vs. Experian Information Solutions, Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    06/20/2006                    TIME:

COURT ACTION:  EO:  COURT ORDER: On May 25, 2006, Plaintiff Ricky G. Garcia ("Plaintiff") filed a Motion for Finding of Good Faith Settlement under Hawaii Revised Statutes § 663-15.5 ("Motion") regarding Plaintiff's settlement with Defendant American Savings Bank ("American Savings").  No opposition to the Motion has been filed.  The Court finds this matter suitable for disposition without a hearing pursuant to LR7.2(d) and Haw. Rev. Stat. § 663-15.5(b).  The Motion is hereby GRANTED, and American Savings is to prepare the order by no later than July 3, 2006 for the Court's review and signature.

IT IS SO ORDERED.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager