# ORIGINAL

374497.1
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI        2498-0
GREGG M. USHIRODA      5868-0
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. 544-8300
Facsimile No. 544-8399
E-Mail: jkomeiji@wik.com
        gushiroda@wik.com

Attorneys for Defendant
AMERICAN GENERAL FINANCIAL SERVICES, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 22 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>            Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>            Defendants. | Civil No. CV 04-00692 HG LEK<br>(Fair Credit Reporting Act)<br><br>**DEFENDANT AMERICAN GENERAL FINANCIAL SERVICES, INC.'S STATEMENT OF NO OPPOSITION AND NON-APPEARANCE TO PLAINTIFF RICKY G. GARCIA'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HRS SECTION 663-15.5 FILED ON 5/22/06;;** and **CERTIFICATE OF SERVICE**<br><br>DATE:  June 23, 2006<br>TIME:  9:30 P.M.<br>JUDGE: Leslie E. Kobayashi |

DEFENDANT AMERICAN GENERAL FINANCIAL
SERVICES, INC.'S STATEMENT OF NO OPPOSITION AND NON-APPEARANCE
TO PLAINTIFF RICKY G. GARCIA'S MOTION FOR FINDING OF GOOD FAITH
SETTLEMENT UNDER HRS SECTION 663-15.5 FILED ON 5/22/06

COMES NOW Defendant AMERICAN GENERAL FINANCIAL SERVICES, INC. ("Defendant AMERICAN GENERAL"), by and through its attorneys, WATANABE, ING & KOMEIJI, LLP, and hereby states that it has no opposition with respect to Plaintiff Ricky G. Garcia's Motion for Finding of Good Faith Settlement Under Hawaii Revised Statutes Section 663-15.5 filed on May 22, 2006, which is scheduled to be heard on Friday, June 23, 2006 at 9:30 a.m., before the Honorable Leslie E. Kobayashi.

Defendant AMERICAN GENERAL further gives notice that it will not appear at the hearing on said Motion but requests the opportunity to review, prior to submittal to the Court, any order entered with respect to said Motion.

DATED: Honolulu, Hawaii, _____.

_____
JOHN KOMEIJI
GREGG M. USHIRODA
Attorneys for Defendant
AMERICAN GENERAL FINANCIAL
SERVICES, INC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>          Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>          Defendants.<br>_____ | Civil No. CV 04-00692 HG LEK<br>(Fair Credit Reporting Act)<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br><br><br><br><br>TRIAL: November 7, 2006<br>JUDGE: Samuel P. King |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was duly served on the following attorneys by mailing same on this date to their last known address:

  **MARK D. CLEMENT, ESQ.**
  Lawyers Building, Suite 102
  550 Halekauwila Street
  Honolulu, Hawaii 96813

  Attorney for Plaintiff
  RICKY G. GARCIA

**DEBORAH K. WRIGHT, ESQ.**
**KEITH D. KIRSCHBRAUN, ESQ.**
Wright & Kirschbraun LLLC
1885 Main Street, Suite 108
Wailuku, Maui, Hawaii 96793

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

**KENNETH T. OKAMOTO, ESQ.**
**ROBERT M. KOHN, ESQ.**
Price Okamoto Himeno & Lum
Ocean View Center
707 Richards Street, Suite 728
Honolulu, Hawaii 96813

    and

**DONALD E. BRADLEY, ESQ.**
Musick, Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626

Attorneys for Defendant
TRANS UNION LLC

**JESS H. GRIFFITHS, ESQ.**
**CHAD M. IIDA, ESQ.**
Godbey Griffiths Reiss Chong
Pauahi Tower
1001 Bishop Street; Suite 2300
Honolulu, Hawaii 96813

    and

**AMY GREENSTEIN, ESQ.**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

---

Ricky G. Garcia, Plaintiff vs. Experian Information Solutions, Inc., et al,. Defendants; Civil No. CV01-00692 HG LEK; Certificate of Service

- 2 -

**PATRICIA J. McHENRY, ESQ.**
Cades Schutte
1000 Bishop Street, 12th Floor
Honolulu, Hawaii 96813-4216

Attorney for Defendant
AMERICAN SAVINGS BANK

**CHARLES A. PRICE, ESQ.**
**LISA ANNE GRUEBNER, ESQ.**
Koshiba Agena & Kubota
Pauahi Tower
1001 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Attorneys for Defendant
BENEFICIAL/HOUSEHOLD FINANCE CORPORATION;
DIRECT MERCHANTS CREDIT CARD BANK

**JOHN P. MANAUT, ESQ.**
**MELISSA H. LAMBERT, ESQ.**
Carlsmith Ball LLP
American Savings Bank Tower
1001 Bishop Street, Suite 2200
Honolulu, Hawaii 96813

Attorneys for Defendant
CITIFINANCIAL, INC.

**MITZI ANN LEE, ESQ.**
Hisaka Yoshida Cosgrove & Ching
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 3000
Honolulu, Hawaii 96813

Attorney for CAPITAL ONE BANK a/k/a
CAPITAL ONE FINANCIAL CORPORATION

---

Ricky G. Garcia, Plaintiff vs. Experian Information Solutions, Inc., et al,. Defendants; Civil No. CV01-00692 HG LEK; Certificate of Service

**THOMAS R. SYLVESTER, ESQ.**
**JENNIFER S. VICENTE, ESQ.**
Bender Fidell Sakai & Lee
Davies Pacific Center
841 Bishop Street; Suite 1500
Honolulu, Hawaii 96813

Attorneys for Defendant
GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA

DATED:  Honolulu, Hawaii, _____JUN 2 2 2006_____.

_____
**JOHN  T.  KOMEIJI**
**GREGG M. USHIRODA**
Attorneys for Defendant
AMERICAN GENERAL FINANCIAL
SERVICES, INC.

---

Ricky G. Garcia, Plaintiff vs. Experian Information Solutions, Inc., et al,. Defendants; Civil No. CV01-00692 HG LEK; Certificate of Service

- 4 -