

ORIGINAL

KOSHIBA AGENA & KUBOTA

CHARLES A. PRICE         5098-0
LISA ANNE GRUEBNER       5516-0
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: 523-3900
cprice@koshibalaw.com
lgruebner@koshibalaw.com

Attorneys for Defendant
BENEFICIAL/HOUSEHOLD FINANCE CORPORATION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 23 2006

at ___ o'clock and ___ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA ) | CIVIL NO. CV 04-0692 SPK LEK |
| ) | (FAIR CREDIT REPORTING ACT) |
| Plaintiff, ) | |
| ) | DEFENDANT |
| vs. ) | BENEFICIAL/HOUSEHOLD |
| ) | FINANCE CORPORATION'S |
| EXPERIAN INFORMATION ) | ANSWER TO SECOND AMENDED |
| SOLUTIONS, INC.; TRANS ) | COMPLAINT FILED ON MAY 31, |
| UNION, LLC; EQUIFAX ) | 2006; CERTIFICATE OF SERVICE |
| INFORMATION SERVICES, LLC; ) | |
| AMERICAN SAVINGS BANK; ) | |
| AMERICAN GENERAL ) | |
| FINANCIAL SERVICES, INC.; ) | |
| BENEFICIAL/HOUSEHOLD ) | |
| FINANCE CORPORATION; ) | |
| CITIFINANCIAL, INC.; GE ) | |
| CAPITAL/MONOGRAM CREDIT ) | |
| CARD BANK OF GEORGIA; ) | |
| CAPITAL ONE BANK a/k/a ) | |
| CAPITAL ONE FINANCIAL ) | |
| CORPORATION; DIRECT ) | |

```
MERCHANTS CREDIT CARD        )
BANK; CREDIT INFORMATION     )
SERVICES COMPANY;            )
LANDSAFE CREDIT, INC.,       )
                             )
         Defendants.         )
                             )
_____)
```

DEFENDANT BENEFICIAL/HOUSEHOLD FINANCE CORPORATION'S
ANSWER TO SECOND AMENDED COMPLAINT FILED ON MAY 31, 2006

Defendant BENEFICIAL/HOUSEHOLD FINANCE CORPORATION (improperly identified as this entity does not exist) ("Beneficial"), by and through its attorneys, KOSHIBA AGENA & KUBOTA, answers the Second Amended Complaint, filed May 31, 2006, as follows:

FIRST DEFENSE

1.     Plaintiff's Second Amended Complaint fails to state a claim against Beneficial upon which relief can be granted.

SECOND DEFENSE

2.     Beneficial is without knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraphs 1, 2, 3a-3e, 3g-3k, 4-128, and 139-171 of Plaintiff's Second Amended Complaint and, therefore, denies the same.

3.     Beneficial denies the allegations contained in Paragraph 3f of Plaintiff's Second Amended Complaint in that neither "Beneficial/Household Finance Corporation" nor "Beneficial" nor "Household Finance Corporation" is a legal entity.

2

4.  Beneficial denies the allegations contained in Paragraphs 129-138 of Plaintiff's Second Amended Complaint.

5.  Beneficial denies all other allegations contained in Plaintiff's Second Amended Complaint not specifically admitted herein.

### THIRD DEFENSE

6.  Beneficial intends to rely on the defenses of lack of personal jurisdiction and insufficiency of service of process.

### FOURTH DEFENSE

Beneficial intends to rely on the following affirmative defenses:

7.  The claims asserted by Plaintiff are barred by the applicable statute of limitations and all other time limitations provided by 15 U.S.C. §§ 1681, et. seq.

8.  The claims asserted by Plaintiff are barred by the doctrine of preemption.

9.  The claims asserted by Plaintiff are barred in that Beneficial was not provided with any notice.

10. The claims asserted by Plaintiff are barred by the doctrines of estoppel, laches, waiver, unclean hands and bad faith.

11. The claims asserted by Plaintiff are barred in that Plaintiff has not satisfied all conditions precedent.

12. The claims asserted by Plaintiff are barred by the doctrine of contributory negligence.

13. The claims asserted by Plaintiff are barred in that Plaintiff has failed to mitigate damages.

14. The damages, if any, claimed by Plaintiff were caused by others, not Beneficial.

WHEREFORE, Beneficial prays as follows:

1. That Plaintiff's Second Amended Complaint against Beneficial be dismissed with prejudice and judgment be entered in Beneficial's favor;

2. That Beneficial be awarded its attorneys' fees and costs incurred herein;

3. That the Court award Beneficial such other and further equitable relief as shall be reasonable and appropriate under the circumstances.

DATED at Honolulu, Hawaii, June 23, 2006.

_____
CHARLES A. PRICE
LISA ANNE GRUEBNER
Attorneys for Defendant
BENEFICIAL/HOUSEHOLD FINANCE
CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA | CIVIL NO. CV 04-0692 SPK LEK |
| Plaintiff, | (FAIR CREDIT REPORTING ACT) |
| vs. | CERTIFICATE OF SERVICE |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK; CREDIT INFORMATION SERVICES COMPANY, LANDSAFE CREDIT, INC., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing was duly served on the following parties at their last known address, by depositing the

same in the U.S. Mail, postage prepaid.

>MARK D. CLEMENT, ESQ.
>Lawyers Building
>550 Halekauwila Street, Suite 102
>Honolulu, Hawaii 96813
>
>>Attorney for Plaintiff
>>RICKY G. GARCIA
>
>DEBORAH K. WRIGHT, ESQ.
>Wright & Kirschbraun
>1885 Main Street, Suite 108
>Wailuku, Hawaii 96793
>
>>Attorney for Defendant
>>EXPERIAN INFORMATION SOLUTIONS, INC.
>
>KENNETH T. OKAMOTO, ESQ.
>ROBERT M. KOHN, ESQ.
>Price Okamoto Himeno & Lum
>707 Richards Street, Suite 728
>Honolulu, Hawaii 96813
>
>DONALD E. BRADLEY, ESQ.
>Musick, Peeler & Garrett LLP
>650 Town Center Drive, Suite 1200
>Costa Mesa, California 92626
>
>>Attorneys for Defendant
>>TRANS UNION, LLC
>
>JESS GRIFFITHS, ESQ.
>CHAD M. IIDA, ESQ.
>Godbey Griffiths Reiss Chong
>1001 Bishop Street
>2300 Pauahi Tower
>Honolulu, Hawaii 96813

C. JOHN CENTO, ESQ.
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

    Attorneys for Defendant
    EQUIFAX INFORMATION SERVICES, LLC

PATRICIA J. McHENRY, ESQ.
Cades Schutte
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

    Attorney for Defendant
    AMERICAN SAVINGS BANK

WAYNE K. T. MAU, ESQ.
GREGG M. USHIRODA, ESQ.
Watanabe Ing Kawashima & Komeiji, LLP
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

    Attorney Defendant
    AMERICAN GENERAL FINANCIAL SERVICES, INC.

JOHN P. MANAUT, ESQ.
Carlsmith Ball LLP
2200 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813

    Attorney for Defendant
    CITIFINANCIAL, INC.

MITZI A. LEE, ESQ.
Ching & Lee
The Merchant House
222 Merchant Street, Suite 202
Honolulu, Hawaii 96813

    Attorney for Defendant
    CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL
    CORPORATION

DATED: Honolulu, Hawaii, June 23, 2006.

KOSHIBA AGENA & KUBOTA

_____
CHARLES A. PRICE
LISA ANNE GRUEBNER
Attorneys for Defendant
DIRECT MERCHANT CREDIT CARD BANK