ORIGINAL

LAW OFFICE OF MARK D. CLEMENT
Attorney at Law

MARK D. CLEMENT     5295-0
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone No. (808) 545-2488
Facsimile No. (808) 545-2933
Email: Mark@markclementlaw.com

Attorney for Plaintiff
RICKY G. GARCIA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 6 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, | ) CIVIL NO: CV04-00692 HG LEK<br>) FAIR CREDIT REPORTING ACT)<br>) |
| Plaintiff, | ) RETURN OF SERVICE<br>) |
| vs. | )<br>) |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK; CREDIT INFORMATION SERVICES | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

COMPANY; LANDSAFE     )
CREDIT, INC.,         )
                      )
                      )
         Defendants.  )
_____)

SERVE TO:     LANDSAFE CREDIT, INC.
              c/o CSC Services of Hawaii, Inc.
              Pauahi Tower, Suite 1600
              1001 Bishop Street
              Honolulu, Hawaii

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  JUN 2 3 2006    09:20 |
| NAME OF SERVER (PRINT) JACINTO CARRASCO III  Civil Process Server | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): LANDSAFE CREDIT, INC. c/o CSC SERVICES OF HAWAII, INC  RHONDA STEINHOFF (AGENT); 1001 Bishop St, #1600 HONOLULU, HI 96813

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/23/06
           Date          Signature of Server

P. O. Box 4302
Honolulu, HI 96812
(808) 306-8342

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.