ORIGINAL

KOSHIBA AGENA & KUBOTA

CHARLES A. PRICE          5098-0
LISA ANNE GRUEBNER        5516-0
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: 523-3900
cprice@koshibalaw.com
lgruebner@koshibalaw.com

Attorneys for Defendant
DIRECT MERCHANTS CREDIT CARD BANK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 3 0 2006

at 3 o'clock and 35 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT | CIVIL NO. CV 04-0692 SPK LEK <br> (FAIR CREDIT REPORTING ACT) <br><br> CERTIFICATE OF SERVICE RE: DEFENDANT BENEFICIAL/HOUSEHOLD FINANCE CORPORATION'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADSMISSIONS |

| | |
|---|---|
| MERCHANTS CREDIT CARD BANK, | ) ) ) |
| Defendants. | ) ) ) |

## CERTIFICATE OF SERVICE RE: DEFENDANT BENEFICIAL/HOUSEHOLD FINANCE CORPORATION'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS TO DEFENDANT DIRECT MERCAHNTS CREDIT CARD BANK

I hereby certify that on the date noted below, the original and one copy of DEFENDANT BENEFICIAL/HOUSEHOLD FINANCE CORPORATION'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS, dated June 30, 2006, will be duly served on the following party at their last known address, by hand delivery.

MARK D. CLEMENT, ESQ.
Lawyers Building
550 Halekauwila Street, Suite 102
Honolulu, Hawaii 96813

Attorney for Plaintiff
RICKY G. GARCIA

DATED: Honolulu, Hawaii, June 30, 2006.

_____
CHARLES A. PRICE
LISA ANNE GRUEBNER
Attorneys for Defendant
DIRECT MERCHANTS CREDIT CARD BANK