McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN                    #3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  (808) 529-7300
Facsimile:  (808) 524-8293
Email:  minkin@m4law.com

Attorney for Defendant
CITIFINANCIAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,             ) | CIVIL NO. CV04-00692 SPK LEK |
| )                                              | |
| Plaintiff,              ) | WITHDRAWAL AND |
| )                                              | SUBSTITUTION OF COUNSEL |
| vs.              ) | FOR DEFENDANT |
| )                                              | CITIFINANCIAL, INC. AND |
| EXPERIAN INFORMATION     ) | ORDER |
| SOLUTIONS, INC.; TRANS UNION  ) | |
| LLC; EQUIFAX INFORMATION   ) | |
| SERVICES, LLC; AMERICAN    ) | |
| SAVINGS BANK; AMERICAN    ) | |
| GENERAL FINANCIAL            ) | |
| SERVICES, INC.;                       ) | |
| BENEFICIAL/HOUSEHOLD      ) | TRIAL:  NOVEMBER 7, 2006 |
| FINANCE CORPORATION;       ) | |
| CITIFINANCIAL, INC.; CAPITAL   ) | |
| ONE BANK aka CAPITAL ONE    ) | |
| FINANCIAL CORPORATION;      ) | |
| DIRECT MERCHANTS CREDIT    ) | |
| CARD BANK; CREDIT                ) | |

| | |
|---|---|
| INFORMATION SERVICES | ) |
| | ) |
| | ) |
| COMPANY; LANDSAFE CREDIT, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

WITHDRAWAL AND SUBSTITUTION OF
COUNSEL FOR DEFENDANT CITIFINANCIAL, INC.

Pursuant to LR 83.6(b), the law firm of CARLSMITH BALL LLP hereby withdraws as counsel for Defendant Citifinancial, Inc., and the law firm of McCORRISTON MILLER MUKAI MacKINNON LLP hereby substitutes and enters its appearance as counsel for Defendant Citifinancial, Inc.

                              CARLSMITH BALL LLP

Date: 6/22/06                 /s/ John P. Manaut
                              JOHN P. MANAUT
                              MELISSA H. LAMBERT
                              Withdrawing Counsel for Defendant
                              CITIFINANCIAL, INC.


                              McCORRISTON MILLER MUKAI
                              MacKINNON LLP

Date: 7/6/06                  /s/ David J. Minkin
                              DAVID J. MINKIN
                              Appearing Counsel for Defendant
                              CITIFINANCIAL, INC.

APPROVED:

CITIFINANCIAL, INC.


By/s/ Melissa Baal
   Its Vice President


APPROVED AND SO ORDERED:

DATED:  July 7, 2006.



                                                    Samuel P. King
                                                    Senior United States District Judge

---

*Garcia vs. Experian Information Solutions, Inc., et al.,* Civil No. 04-00692 SPK/LEK; WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT CITIFINANCIAL, INC. AND ORDER