Of Counsel:
**PRICE OKAMOTO HIMENO & LUM**
KENNETH T. OKAMOTO, ESQ. 2068
ROBERT M. KOHN, ESQ.      6291
707 Richards Street, Suite 728
Honolulu, Hawaii 96814
Telephone: (808) 538-1113
Facsimile: (808) 533-0549
Email: kokamoto@pohlhawaii.com
Email: rkohn@pohlhawaii.com

**MUSICK, PEELER & GARRETT LLP**
DONALD E. BRADLEY, ESQ. (Admitted *Pro Hac Vice*)
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626
Telephone: (714) 668-2447
Facsimile: (714) 668-2490
Email: D.Bradley@MPGLAW.com

Attorneys for Defendant
TRANS UNION LLC

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| RICKY G. GARCIA, | CIVIL NO. CV-04-00692 (SPK LEK) |
| | (FAIR CREDIT REPORTING ACT) |
| Plaintiff, | |
| | DEFENDANT TRANS UNION LLC'S |
| vs. | OBJECTION TO PLAINTIFF RICKY G. |
| | GARCIA'S MOTION FOR FINDING OF |
| EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK, | GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 FILED ON JUNE 14, 2006; CERTIFICATE OF SERVICE |
| | HEARING: |
| | DATE:  July 27, 2006 |
| | TIME:  9:00 a.m. |
| | JUDGE: Hon. Leslie Kobayashi |
| Defendants. | |

**DEFENDANT TRANS UNION LLC'S OBJECTION TO PLAINTIFF RICKY G. GARCIA'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 FILED ON JUNE 14, 2006**

Defendant Trans Union LLC, by and through its attorneys, PRICE OKAMOTO HIMENO & LUM, objects to Plaintiff Ricky G. Garcia's Motion For Finding of Good Faith Settlement Under Hawaii Revised Statutes Section 663-15.5, filed on June 14, 2006.  Trans Union opposes the motion on the ground that unless the terms of settlement, including, without limitation, the settlement amount, any tax consequence and any other pertinent information is disclosed, neither Trans Union nor this Court may fairly determine whether the settlement is made in good faith.  Trans Union cannot determine whether to oppose the motion on its merits, when it is impossible to determine whether the settlement was made in good faith, in the absence of such necessary information.  Trans Union is willing to receive the settlement information confidentially, or under seal, and may well decide not to oppose the motion, based on its analysis of that information.  However, without any settlement information, Trans Union and this Court are operating in a vacuum.

Trans Union therefore requests that the Court deny plaintiff's motion, unless and until plaintiff and/or Experian divulge to Trans Union the amount and terms of the settlement.  Trans Union reserves its rights to oppose the motion on its

merits, or withdraw its opposition, depending on its analysis of the settlement information.

Dated:  Honolulu, Hawaii, July 10, 2006.

PRICE, OKAMOTO, HIMENO & LUM


By:   /s/Terence S. Yamamoto
        for KENNETH T. OKAMOTO, ESQ.
        ROBERT M. KOHN, ESQ.
        DONALD E. BRADLEY, ESQ.
        Attorneys for Defendant
        TRANS UNION LLC

Case 1:04-cv-00692-SPK-LEK   Document 174   Filed 07/10/2006   Page 3 of 5

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| RICKY G. GARCIA,<br><br>                Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>                Defendants. | CIVIL NO. CV-04-00692 (SPK LEK)<br>(FAIR CREDIT REPORTING ACT)<br><br>**CERTIFICATE OF SERVICE**<br>(RE: DEFENDANT TRANS UNION LLC'S OBJECTION TO PLAINTIFF RICKY G. GARCIA'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 FILED ON JUNE 14, 2006) |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

**Served Electronically through CM/ECF:**

| | |
|---|---|
| Jess H. Griffiths | jgriffiths@lawhi.com |
| Lisa Anne Gruebner | lgruebner@koshibalaw.com |
| Chad M. Iida | eiida@lawhi.com |
| Keith D. Kirschbraun | WrightKirsch@aol.com |
| Melissa Hall Lambert | mlambert@carlsmith.com, |
| | tvitolo@carlsmith.com |
| Mitzi A. Lee | mitzilee@hawaii.rr.com |

| | |
|---|---|
| John P. Manaut | Jpm@carlsmith.com, |
| | bsaunders@carlsmith.com |
| Wayne K.T. Mau | wmau@wik.com |
| Patricia J. McHenry | pmchenry@cades.com, |
| | loshiro@cades.com |
| Charles A. Price | cprice@koshibalaw.com, |
| | troylo@koshibalaw.com |
| Deborah K. Wright | wrightkirsch@aol.com |

**Served by First Class Mail:**

Mark D. Clement, Esq.
Law Office of Mark D. Clement
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813

G. John Cento, Esq.
Amy Greenstein, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

John T. Komeiji, Esq.
Watanabe Ing Kawashima & Komeiji
First Hawaiian Center
999Bishop Street, 23rd Floor
Honolulu, Hawaii 96813


Dated:   Honolulu, Hawaii  July 10, 2006.


                                                  /S/ Terence S. Yamamoto
                                         for KENNETH T. OKAMOTO, ESQ.
                                         ROBERT M. KOHN, ESQ.
                                         DONALD E. BRADLEY, ESQ.
                                         Attorneys for Defendant
                                         TRANS UNION LLC