ORIGINAL

Of Counsel:
CHING & LEE

MITZI A. LEE    6059-0
The Merchant House
222 Merchant Street, Suite 202
Honolulu, Hawaii 96813
Telephone: (808) 275-0200
Facsimile: (808) 275-0222
E-mail: mitzi.lee@hawaiiantel.net

Attorney for Defendant
CAPITAL ONE BANK
C:\MyFiles\CAPITAL ONE\GARCIA\order.joinder.settlement.wpd



FILED IN THE
UNITED STATES DISTRICT
DISTRICT OF HAWAII

JUL 0 5 2006

at ___ o'clock and ___ ___
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>        Plaintiff,<br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>        Defendants. | CIVIL NO. CV 04-00692 HG LEK<br>(FAIR CREDIT REPORTING ACT)<br><br>ORDER GRANTING PLAINTIFF RICKY G. GARCIA'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 FILED ON MAY 22, 2006; CERTIFICATE OF SERVICE<br><br>SCHEDULED HEARING<br>Date: June 23, 2006<br>Time: 9:30 a.m.<br>Judge: The Hon. Leslie E. Kobayashi<br><br>Trial Date: November 7, 2006 |

ORDER GRANTING PLAINTIFF RICKY G. GARCIA'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 FILED ON MAY 22, 2006

Plaintiff RICKY G. GARCIA's Motion For Finding Of Good Faith Settlement Under Hawaii Revised Statutes § 663-15.5 filed herein on May 22, 2006 and Defendant CAPITAL ONE BANK's, a wholly owned subsidiary of Capital One Financial Corporation (incorrectly identified as "Capital One Bank a/k/a Capital One Financial Corporation") Joinder thereto filed herein on May 24, 2006 having been found suitable for disposition without a hearing pursuant to LR7.2(d) of the Local Rules of Practice of the United States District Court for the District of Hawaii and considered by the Honorable Leslie E. Kobayashi; and, with only Defendant Experian Information Solutions, Inc. filing an objection and subsequently withdrawing the same;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Plaintiff Ricky G. Garcia's Motion For Finding Of Good Faith Settlement Under Hawaii Revised Statutes § 663-15.5 filed herein on May 22, 2006 is hereby GRANTED.

DATED:   Honolulu, Hawaii, _7/2/06_____.

APPROVED AND SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

---

Ricky G. Garcia v. Experian Information Solutions, Inc., et al.; Civil No. 04-00692SPK-LEK; ORDER GRANTING PLAINTIFF RICKY G. GARCIA'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 FILED ON MAY 22, 2006