ORIGINAL

Of Counsel:
CHING & LEE

MITZI A. LEE      6059-0
The Merchant House
222 Merchant Street, Suite 202
Honolulu, Hawaii 96813
Telephone: (808) 275-0200
Facsimile: (808) 275-0222
E-mail: mitzi.lee@hawaiiantel.net

Attorney for Defendant
CAPITAL ONE BANK
C:\MyFiles\CAPITAL ONE\GARCIA\cos.order.wpd

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 07 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>Defendants. | CIVIL NO. CV 04-00692 HG LEK<br>(FAIR CREDIT REPORTING ACT)<br><br>CERTIFICATE OF SERVICE (RE ORDER GRANTING PLAINTIFF RICKY GARCIA'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 FILED ON MAY 22, 2006) |

CERTIFICATE OF SERVICE (RE ORDER GRANTING PLAINTIFF RICKY G. GARCIA'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 FILED ON MAY 22, 2006)

I hereby certify that on July 7, 2006, a true and correct copy of the Order Granting Plaintiff Ricky G. Garcia's Motion For Finding Of Good Faith Settlement Under Hawaii Revised Statutes Section 663-15.5 Filed On May 22, 2006 was duly served on the following by depositing a copy of the same in the U.S. mail, with first class postage prepaid, upon the following parties at their last known address as reflected below:

MARK D. CLEMENT, ESQ.
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
    Attorney for Plaintiff
    RICKY G. GARCIA

JOHN T. KOMEIJI, ESQ.
WAYNE K. T. MAU, ESQ.
Watanabe Ing Kawashima & Komeiji LLP
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
    Attorneys for Defendant
    AMERICAN GENERAL FINANCIAL SERVICES, INC.

DEBORAH K. WRIGHT, ESQ.
KEITH D. KIRSCHBRAUN, ESQ.
Wright & Kirschbraun
1885 Main St., Suite 108
Wailuku, Hawaii 96793

>Attorneys for Defendant
>EXPERIAN INFORMATION SOLUTIONS, INC.

KENNETH T. OKAMOTO, ESQ.
ROBERT M. KOHN, ESQ.
Price Okamoto Himeno & Lum
Ocean View Center
707 Richards St., Suite 728
Honolulu, Hawaii 96813
>Attorneys for Defendant
>TRANS UNION, LLC

DONALD E. BRADLEY, ESQ.
Crowell & Moring, LLP
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
>Attorney for Defendant
>TRANS UNION, LLC

JESS H. GRIFFITHS, ESQ.
CHAD M. IIDA, ESQ.
Godbey Griffiths Reiss Chong
Pauahi Tower
1001 Bishop St., Suite 2300
Honolulu, Hawaii 96813
>Attorneys for Defendant
>EQUIFAX INFORMATION SERVICES, LLC

C. JOHN CENTO, ESQ.
AMY GREENSTEIN, ESQ.
Kilpatrick Stockton LLP
1100 Peachtree St., Suite 2800
Atlanta, Georgia 30309-4530
>Attorney for Defendant
>EQUIFAX INFORMATION SERVICES, LLC

PATRICIA J. MCHENRY, ESQ.
Cades Schutte
1000 Bishop St., 12th Floor
Honolulu, Hawaii 96813
    Attorney for Defendant
    AMERICAN SAVINGS BANK

CHARLES A. PRICE, ESQ.
LISA ANNE GRUEBER
Koshiba Agena & Kubota
Pauahi Tower
1001 Bishop St., Suite 2600
Honolulu, Hawaii 96813
    Attorneys for Defendant
    BENEFICIAL/HOUSEHOLD FINANCE CORPORATION

JOHN P. MANAUT, ESQ.
Carlsmith Ball
American Savings Bank Tower
1001 Bishop St., Suite 2200
Honolulu, Hawaii 96813
    Attorney for Defendant
    CITIFINANCIAL, INC.

DATED: Honolulu, Hawaii, _____July 7, 2006_____.

_____
MITZI A. LEE
Attorney for Defendant
CAPITAL ONE BANK