CADES SCHUTTE LLP

PATRICIA J. MCHENRY   4267-0
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4216
Telephone:  (808) 521-9200
Fax:  (808) 540-5057
E-mail:  pmchenry@cades.com

Attorney for Defendant
AMERICAN SAVINGS BANK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| RICKY G. GARCIA,<br><br>        Plaintiff,<br><br>   vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>        Defendants. | CIVIL NO. CV 04-692 HG LEK<br>(Fair Credit Reporting Act)<br><br>ORDER GRANTING PLAINTIFF RICKY G. GARCIA'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAI`I REVISED STATUTES SECTION 663-15.5, FILED ON MAY 25, 2006 |

ORDER GRANTING PLAINTIFF RICKY G. GARCIA'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAI`I REVISED STATUTES SECTION 663-15.5, FILED ON MAY 25, 2006

On May 25, 2006, Plaintiff Ricky G. Garcia filed a Motion for Finding of Good Faith Settlement Under Hawai`i Revised Statutes Section 663-15.5 ("Motion") regarding Plaintiff's settlement with Defendant American Savings Bank.  No opposition to the Motion was filed.

The Court, finding that the motion was suitable for disposition without a hearing pursuant to LR 7.2(d) and Haw. Rev. Stat. SS 663-15.5(b):

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion is GRANTED.**  The Settlement is approved pursuant to Hawai`i Revised Statutes § 663-15.5.

DATED:  Honolulu, Hawai`i, July 10, 2006.

_/s/ Leslie E. Kobayashi_
Leslie E. Kobayashi
United States Magistrate Judge