McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN                    #3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  (808) 529-7300
Facsimile:  (808) 524-8293
Email:  minkin@m4law.com

Attorney for Defendant
CITIFINANCIAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| RICKY G. GARCIA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; CAPITAL ONE BANK aka CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK; CREDIT INFORMATION SERVICES | CIVIL NO. CV04-00692 SPK LEK<br><br>**CERTIFICATE OF SERVICE RE:** WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT CITIFINANCIAL, INC. AND ORDER |

140921.1

COMPANY; LANDSAFE CREDIT, )
INC.,                     )
                          )
                          )
        Defendants.       )
_____  )

**CERTIFICATE OF SERVICE RE:**
<u>WITHDRAWAL AND SUBSTITUTION OF COUNSEL
FOR DEFENDANT CITIFINANCIAL, INC. AND ORDER</u>

The undersigned hereby certifies that a copy of the

WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR

DEFENDANT CITIFINANCIAL, INC. AND ORDER was duly served on

the following on this date as indicated below:

|  | **Electronically Via CM/ECF** | **U.S. Mail** |
|---|---|---|
| MARK D. CLEMENT, ESQ.<br>Lawyers Building, Suite 102<br>550 Halekauwila St.<br>Honolulu, HI  96813<br><br>Attorney for Plaintiff |  | X |
| GALE L.F. CHING, ESQ.<br>MITZI A. LEE, ESQ.<br>222 Merchant St., Suite 202<br>Honolulu, HI  96813<br><br>Attorneys for Defendant<br>CAPITAL ONE BANK aka CAPITAL<br>ONE FINANCIAL CORPORATION | X |  |

140921.1

|  | **Electronically Via CM/ECF** | **U.S. Mail** |
|---|---|---|
| JESS H. GRIFFITHS, ESQ.<br>CHAD M. IIDA, ESQ.<br>2300 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, HI  96813<br><br>Attorneys for Defendant<br>EQUIFAX INFORMATION SERVICES | X |  |
| DEBORAH K. WRIGHT, ESQ.<br>KEITH D. KIRSCHBRAUN, ESQ.<br>1885 Main St., Suite 108<br>Wailuku, HI  96793<br><br>Attorneys for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. | X |  |
| KENNETH T. OKAMOTO, ESQ.<br>ROBERT M. KOHN, ESQ.<br>707 Richards St., Suite 728<br>Honolulu, HI  96813<br>          and | X |  |
| DONALD E. BRADLEY, ESQ.<br>650 Town Center Drive, suite 1200<br>Costa Mesa, CA  92626<br><br>Attorneys for Defendant<br>TRANS UNION LLC |  | X |

140921.1

|  | Electronically Via CM/ECF | U.S. Mail |
|---|---|---|
| CHARLES A. PRICE, ESQ.<br>LISA ANNE GRUEBNER, ESQ.<br>2600 Pauahi Tower<br>1001 Bishop St.<br>Honolulu, HI 96813<br><br>Attorneys for Defendants<br>BENEFICIAL/HOUSEHOLD FINANCE CORPORATION and DIRECT MERCHANTS CREDIT CARD BANK | X |  |
| JOHN T. KOMEIJI, ESQ.<br>WAYNE K.T. MAU, ESQ.<br>GREGG USHIRODA, ESQ.<br>999 Bishop St., 23rd Floor<br>Honolulu, Hi 96813<br><br>Attorneys for Defendant<br>AMERICAN GENERAL FINANCIAL SERVICES, INC. | X |  |
| PATRICIA J. MCHENRY, ESQ.<br>1000 Bishop St., Suite 1200<br>Honolulu, HI 96813<br><br>Attorney for Defendant<br>AMERICAN SAVINGS BANK | X |  |

DATED:  Honolulu, Hawai`i, July 12, 2006.

/s/ David J. Minkin
DAVID J. MINKIN
Attorney for Defendant
CITIFINANCIAL, INC.

140921.1