Jess H. Griffiths #6658
GODBEY GRIFFITHS REISS CHONG
A Limited Liability Law Partnership
Suite 2300, Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 523-8894
Facsimile:   (808) 523-8899
jgriffiths@lawhi.com

Of Counsel:

G. John Cento
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309
Telephone:  (404) 815-6447
Facsimile:   (404) 541-4632
jcento@kilpatrickstockton.com

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY GARCIA,<br><br>         Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES LLC, AMERICAN SAVINGS BANKS; AMERICAN GENERAL FINANCIAL SERVICES, INC.; | Civil No. CV04-00692 HG LEK<br>(FAIR CREDIT REPORTING ACT)<br><br>NOTICE OF MOTION: DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION |

| | |
|---|---|
| BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK aka CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK, <br><br>                    Defendants, | ) OF JESS H. GRIFFITHS; <br> ) [PROPOSED] ORDER; <br> ) CERTIFICATE OF SERVICE <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Trial Date:  November 7, 2006 <br> ) <br> ) HEARING: <br> ) Date: <br> ) Time: <br> ) Judge:  The Honorable Leslie E. <br> ) Kobayashi |

## NOTICE OF MOTION

TO:

NOTICE IS HEREBY GIVEN that pursuant to Hawaii Revised Statutes Section 663-15.5(b), each party given notice herein has twenty-five (25) days from the mailing or emailing of this Notice to file an objection to contest the good faith of the settlement.  If no party files an objection within the twenty-five days, the court may approve the settlement without a hearing.  If any party objects to the settlement, DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5; shall come for hearing before the Honorable Leslie E. Kobayashi _____ in her courtroom located in the PJKK Federal Building, 300 Ala Moana Blvd, Honolulu,

Hawaii 96813 on _____, at _____,

or as soon thereafter as counsel may be heard.

    Dated: Honolulu, Hawaii, July 12, 2006.

                                      /s/ Jess H. Griffiths
                                      JESS H. GRIFFITHS
                                      CHAD M. IIDA
                                      Attorney for Defendant Equifax
                                      Information Services, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY GARCIA, ) | Civil No. CV04-00692 HG LEK |
| ) | (FAIR CREDIT REPORTING ACT) |
| Plaintiff, ) | |
| ) | |
| vs. ) | DEFENDANT EQUIFAX |
| ) | INFORMATION SERVICES LLC'S |
| EXPERIAN INFORMATION ) | MOTION FOR FINDING OF GOOD |
| SOLUTIONS, INC.; TRANS ) | FAITH SETTLEMENT UNDER |
| UNION, LLC; EQUIFAX ) | HAWAII REVISED STATUTES |
| INFORMATION SERVICES LLC, ) | SECTION 663-15.5 |
| AMERICAN SAVINGS BANKS; ) | |
| AMERICAN GENERAL ) | |
| FINANCIAL SERVICES, INC.; ) | |
| BENEFICIAL/HOUSEHOLD ) | |
| FINANCE CORPORATION; ) | |
| CITIFINANCIAL, INC.; GE ) | |
| CAPITAL/MONOGRAM ) | |
| CREDIT CARD BANK OF ) | |
| GEORGIA; CAPITAL ONE ) | |
| BANK aka CAPITAL ONE ) | |
| FINANCIAL CORPORATION; ) | |
| DIRECT MERCHANTS CREDIT ) | |
| CARD BANK, ) | |
| ) | |
| Defendants, ) | |
| _____ ) | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5**

Defendant EQUIFAX INFORMATION SERVICES, LLC ("Defendant Equifax"), by and through its undersigned counsel, Jess H. Griffiths, hereby moves

this Court to enter an Order for Good Faith Settlement pursuant to Hawaii Revised Statutes §663-15.5 regarding Defendant Equifax's settlement with Plaintiff Garcia. This Motion is based upon the attached Memorandum of Law, Declaration of Jess H. Griffiths, the pleadings and files herein, the arguments of counsel and such other matters as may be adduced by this Honorable Court.

DATED: Honolulu, Hawaii, July 12, 2006.

/s/ Jess H. Griffiths
JESS H. GRIFFITHS
CHAD M. IIDA
Attorney for Defendant Equifax
Information Services, LLC