IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY GARCIA, ) | Civil No. CV04-00692 HG LEK |
| ) | (FAIR CREDIT REPORTING ACT) |
| Plaintiff, ) | |
| ) | |
| vs. ) | DECLARATION OF JESS H. |
| ) | GRIFFITHS |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC.; TRANS ) | |
| UNION, LLC; EQUIFAX ) | |
| INFORMATION SERVICES LLC, ) | |
| AMERICAN SAVINGS BANKS; ) | |
| AMERICAN GENERAL ) | |
| FINANCIAL SERVICES, INC.; ) | |
| BENEFICIAL/HOUSEHOLD ) | |
| FINANCE CORPORATION; ) | |
| CITIFINANCIAL, INC.; GE ) | |
| CAPITAL/MONOGRAM ) | |
| CREDIT CARD BANK OF ) | |
| GEORGIA; CAPITAL ONE ) | |
| BANK aka CAPITAL ONE ) | |
| FINANCIAL CORPORATION; ) | |
| DIRECT MERCHANTS CREDIT ) | |
| CARD BANK, ) | |
| ) | |
| Defendants, ) | |
| ) | |

**<u>DECLARATION OF JESS H. GRIFFITHS</u>**

JESS H. GRIFFITHS, declares as follows:

1. I am an attorney licensed before all of the courts in the State of

Hawaii and am one of the attorneys representing Defendant EQUIFAX

INFORMATION SERVICES, LLC ("Defendant Equifax") in the above-captioned matter.

    2.    I submit this Declaration in support of DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES §663-15.5 ("Defendant's Motion").

    3.    I have personal knowledge of the following statements of fact.

    4.    Defendant Equifax has entered into settlement with Plaintiff Garcia.

    5.    Defendant Equifax's settlement with Plaintiff Garcia is subject to an agreement of confidentiality, but can disclose for the purpose of assessing good faith that, (1) Defendant Equifax has agreed, without admission of any fault, to pay a sum certain compensation to Plaintiff Garcia, and (2) upon a finding of good faith settlement, the parties will effectuate by stipulation dismissals with prejudice of all claims asserted in this matter.

DATED: Honolulu, Hawaii, July 12, 2006.

                                        /s/ Jess H. Griffiths
                                        JESS H. GRIFFITHS
                                        Attorney for Defendant Equifax
                                        Information Services, LLC