IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY GARCIA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES LLC, AMERICAN SAVINGS BANKS; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK aka CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>　　　　Defendants, | Civil No. CV04-00692 HG LEK<br>(FAIR CREDIT REPORTING ACT)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5<br><br><br>Trial Date: November 7, 2006<br><br><br>HEARING:<br>Date:<br>Time:<br>Judge: The Honorable Leslie E. Kobayashi |

**ORDER GRANTING DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5**

Defendant Equifax's Motion for Finding of Good Faith Settlement

Under Hawaii Revised Statutes §663-15.5 filed July 12, 2006, having given

the parties twenty-five (25) days to file an objection to contest the good faith of the settlement and having been found suitable for disposition without a hearing pursuant to LR7.2(d) of the Local Rules of Practice of the United States District Court for the District of Hawaii and considered by the Honorable Leslie K. Kobayashi;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Defendant Equifax Information Services, LLC's Motion for Finding of Good Faith Settlement Under Hawaii Revised Statutes §663-15.5 filed herein on July 12, 2006 is hereby GRANTED.

DATED:  Honolulu, Hawaii, _____.

APPROVED AND SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

---

*Ricky Garcia v. Experian Information Solutions, Inc., et al*; Civil No. 04-00692SPK; ORDER GRANTING DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 FILED ON JULY 12, 2006.