IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY GARCIA, ) | Civil No. CV04-00692 HG LEK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | (RE: DEFENDANT EQUIFAX |
| ) | INFORMATION SERVICES, |
| EXPERIAN INFORMATION ) | LLC'S MOTION FOR FINDING |
| SOLUTIONS, INC.; TRANS ) | OF GOOD FAITH SETTLEMENT |
| UNION, LLC; EQUIFAX ) | UNDER HAWAII REVISED |
| INFORMATION SERVICES LLC, ) | STATUTES SECTION 663-15.5; |
| AMERICAN SAVINGS BANKS; ) | MEMORANDUM IN SUPPORT |
| AMERICAN GENERAL ) | OF MOTION; DECLARATION |
| FINANCIAL SERVICES, INC.; ) | OF JESS H. GRIFFITHS; AND |
| BENEFICIAL/HOUSEHOLD ) | [PROPOSED] ORDER) |
| FINANCE CORPORATION; ) | |
| CITIFINANCIAL, INC.; GE ) | |
| CAPITAL/MONOGRAM ) | |
| CREDIT CARD BANK OF ) | |
| GEORGIA; CAPITAL ONE ) | |
| BANK aka CAPITAL ONE ) | |
| FINANCIAL CORPORATION; ) | |
| DIRECT MERCHANTS CREDIT ) | |
| CARD BANK, ) | |
| ) | |
| Defendants, ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

- **Lisa Anne Gruebner**
  lgruebner@koshibalaw.com
- **Keith D. Kirschbraun**
  WrightKirsch@aol.com
- **Robert M. Kohn**
  rkohn@pohlhawaii.com
- **Mitzi A. Lee**
  mitzilee@hawaii.rr.com
- **Wayne K.T. Mau**
  wmau@wik.com
- **Patricia J. McHenry**
  pmchenry@cades.com loshiro@cades.com
- **David J. Minkin**
  minkin@m4law.com saguibo@m4law.com
- **Charles A. Price**
  cprice@koshibalaw.com troylo@koshibalaw.com
- **Gregg M. Ushiroda**
  gushiroda@wik.com
- **Deborah K. Wright**
  wrightkirsch@aol.com

|  | U.S. Mail Postage Paid | Hand Delivery |
|---|---|---|
| MARK D. CLEMENT, ESQ.<br>Lawyers Building, Suite 102<br>550 Halekauwila Street<br>Honolulu, Hawaii 96813<br><br>**Attorney for Plaintiff** | X | |
| WAYNE K.T. MAU, ESQ.<br>JOHN T. KOMEIJI, ESQ.<br>GREGG M. USHIRODA, ESQ.<br>Watanabe Ing Kawashima &<br>Komeiji<br>First Hawaiian Center<br>999 Bishop Street, 23rd Floor | X | |

2

Honolulu, Hawaii 96813

Attorneys for Defendant
**AMERICAN GENERAL
FINANCIAL SERVICES, INC**

|  | U.S. Mail Postage Paid | Hand Delivery |
|---|---|---|
| KENNETH T. OKAMOTO, ESQ.<br>ROBERT M. KOHN, ESQ.<br>Price Okamoto Himeno & Lum<br>707 Richards Street, Suite 728<br>Honolulu, Hawaii 96813 | X |  |
| and |  |  |
| DONALD E. BRADLEY, ESQ.<br>Musick, Peeler & Garrett LLP<br>650 Town Center Drive, Suite 1200<br>Costa Mesa, CA  92626 | X |  |

Attorneys for Defendant
**TRANS UNION LLC**

Dated:  Honolulu, Hawaii, July 12, 2006.

/s/ Jess H. Griffiths
JESS H. GRIFFITHS
CHAD M. IIDA
Attorneys for Defendant Equifax
Information Services LLC

3