LAW OFFICE OF MARK D. CLEMENT
Attorney at Law

MARK D. CLEMENT    5295-0
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone No. (808) 545-2488
Facsimile No. (808) 545-2933
Email: Mark@markclementlaw.com

Attorney for Plaintiff
RICKY G. GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, | ) CIVIL NO: CV04-00692 HG LEK (SPK) |
| | ) (FAIR CREDIT REPORTING ACT) |
| | ) |
| Plaintiff, | ) STIPULATION FOR DISMISSAL |
| | ) WITH PREJUDICE AS TO |
| vs. | ) PLAINTIFF RICKY G. GARCIA'S |
| | ) CLAIMS AGAINST DEFENDANT |
| EXPERIAN INFORMATION | ) AMERICAN SAVINGS BANK AND |
| SOLUTIONS, INC.; TRANS | ) ORDER |
| UNION, LLC; EQUIFAX | ) |
| INFORMATION SERVICES, LLC; | ) |
| AMERICAN SAVINGS BANK; | ) |
| AMERICAN GENERAL | ) |
| FINANCIAL SERVICES, INC; | ) |
| BENEFICIAL/HOUSEHOLD | ) |
| FINANCE CORPORATION; | ) |
| CITIFINANCIAL, INC; CAPITAL | ) |
| ONE BANK a/k/a CAPITAL ONE | ) |
| FINANCIAL CORPORATION; | ) |
| DIRECT MERCHANTS CREDIT | ) |
| CARD BANK; CREDIT | ) |

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 14 2006

at 2 o'clock and 30 min. P M
SUE BEITIA, CLERK

LODGED

JUL 12 2006
9:05 AM
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

```
INFORMATION SERVICES      )
COMPANY; LANDSAFE         )
CREDIT, INC.,             )
                          )
            Defendants.   )
_____)
```

### STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF RICKY G. GARCIA'S CLAIMS AGAINST DEFENDANT AMERICAN SAVINGS BANK AND ORDER

It is hereby stipulated by and between Plaintiff RICKY G. GARICA ("Plaintiff"); and, Defendant AMERICAN SAVINGS BANK ("Defendant ASB"), through their undersigned counsel, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, that any and all claims by and between Plaintiff and Defendant ASB arising out of Plaintiffs' Second Amended Complaint, filed herein on May 31, 2006, are hereby dismissed with prejudice.

Each party is to bear its own attorney's fees and costs.

Plaintiff's claims in the Second Amended Complaint remain as to all other Defendants.

DATED: Honolulu, Hawaii, June 30, 2006

_____
MARK D. CLEMENT

Attorneys for Plaintiff
RICKY G. GARCIA

_____
PATRICIA J. McHENRY

Attorneys for Defendant
AMERICAN SAVINGS BANK

APPROVED AND SO ORDERED:

_____
UNITED STATES JUDGE

3