Of Counsel:
PRICE, OKAMOTO HIMENO & LUM
Kenneth T. Okamoto, Esq.   2068
Robert M. Kohn, Esq.          6291
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Facsimile : (808) 533-0549
E-mail: kokamoto@pohlhawaii.com
E-mail: rkohn@pohlhawaii.com

MUSICK, PEELER & GARRETT LLP
Donald E. Bradley, Esq. (Admitted *Pro Hac Vice*)
650 Town Center Drive, Suite 1200
Costa Mesa, California  92626
Telephone: (714) 668-2400
Facsimile : (714) 668-2490
E-mail: d.bradley@mpglaw.com

Attorneys for Defendant TRANS UNION LLC

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| RICKY G. GARCIA,   )<br>  )<br>    Plaintiff,   )<br>  )<br>vs.   )<br>  )<br>EXPERIAN INFORMATION   )<br>SOLUTIONS, INC; TRANS UNION LLC; )<br>EQUIFAX INFORMATION SERVICES,  )<br>LLC; AMERICAN SAVINGS BANK;   )<br>AMERICAN GENERAL FINANCIAL    )<br>SERVICES, INC; BENEFICIAL/   )<br>HOUSEHOLD FINANCE    )<br>CORPORATION; CITIFINANCIAL, INC; )<br>CAPITAL ONE BANK a/k/a CAPITAL    ) | CIVIL NO. CV-04-00692 (SPK LEK)<br>(FAIR CREDIT REPORTING ACT)<br><br>**CERTIFICATE OF SERVICE**<br>(RE: Defendant Trans Union LLC's Response To Plaintiff's First Request For Admissions To Trans Union LLC, Dated June 6, 2006) |

ONE FINANCIAL CORPORATION;           )
DIRECT MERCHANTS CREDIT CARD  )
BANK; CREDIT INFORMATION             )
SERVICES COMPANY; LANDSAFE     )
CREDIT, INC.,                                            )
                                                                  )
          Defendants.                                    )

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Trans Union LLC's Response To Plaintiff's First Request For Admissions to Trans Union LLC was served via U.S. Mail, postage prepaid, to the following persons at their last known address:

    Mark Clement, Esq.
    Lawyers Building, Suite 102
    550 Halekauwila Street
    Honolulu, Hawaii  96813

        Attorney for Plaintiff
        Ricky G. Garcia

    Deborah K. Wright, Esq.
    Keith D. Kirschbraun, Esq.
    Wright & Kirschbraun
    1885 Main Street, Suite 108
    Wailuku, Hawaii  96793

        Attorneys for Defendant
        Experian Information Solutions, Inc.

    Jess H. Griffiths, Esq.
    Chad M. Iida, Esq.
    Godbey Griffiths Reiss Chong
    Pauahi Tower, Suite 2300
    1001 Bishop Street
    Honolulu, Hawaii 96813
        and

Amy Greenstein, Esq.
G. John Cento, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309

    Attorneys for Defendant
    Equifax Information Services, LLC

Charles A. Price, Esq.
Lisa Anne Gruebner, Esq.
Koshiba Agena & Kubota
Pauahi Tower, Suite 2600
1001 Bishop Street
Honolulu, Hawaii  96813

    Attorneys for Defendants
    Beneficial/Household Finance Corporation; and
    Direct Merchants Credit Card Bank

Mitzi A. Lee, Esq.
Ching & Lee
222 Queen Street, Suite 202
Honolulu, Hawaii  96813

    Attorneys for Defendant
    Capital One Bank a/k/a Capital One Financial Corporation

David J. Minkin, Esq.
McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza, Suite 400
500 Ala Moana Boulevard
Honolulu, Hawaii  96813

    Attorney for Defendant
    Citifinancial, Inc.

**This Certificate of Service is being Served Electronically through CM/ECF as follows:**

| | |
|---|---|
| Jess H. Griffiths | jgriffiths@lawhi.com, cyerxa@lawhi.com |
| Chad M. Iida | ciida@lawhi.com |
| Mitzi A. Lee | mitzilee@hawaii.rr.com |
| Lisa Anne Gruebner | lgruebner@koshibalaw.com |
| Charles A. Price | cprice@koshibalaw.com, troylo@koshibalaw.com |
| Deborah K. Wright | wrightkirsch@aol.com |
| Keith D. Kirschbraun | WrightKirsch@aol.com |
| David J. Minkin | minkin@m4law.com |

**Served by First Class Mail:**

Mark D. Clement, Esq.
Lawyers Building
550 Halekauwila Street, Suite 102
Honolulu, Hawaii  96813

Amy Greenstein, Esq.
G. John Cento, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309

Dated:  Costa Mesa, California, July 20, 2006.

KENNETH T. OKAMOTO, ESQ.
ROBERT M. KOHN, ESQ.
DONALD E. BRADLEY, ESQ.
Attorneys for Defendant
TRANS UNION LLC