# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00692SPK-LEK |
| CASE NAME: | Ricky G. Garcia vs. Experian Information Solutions, Inc., et al. |
| ATTYS FOR PLA: | Mark D. Clement |
| ATTYS FOR DEFT: | Deborah K. Wright<br>Donald. E. Bradley |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 07/27/2006 | TIME: | 9:10-9:19 |

COURT ACTION:  EP: Plaintiff Ricky G. Garcia's Motion for Finding of Good Faith Settlement Under Hawaii Revised Statutes Section 663-15.5 [as to Defendant Experian Information Solutions, Inc.];

Deborah K. Wright participated by phone.

Counsel Mark D. Clement to submit declaration or affidavit regarding settlement amounts under seal by 7/28/06.

Plaintiff Ricky G. Garcia's Motion for Finding of Good Faith Settlement Under Hawaii Revised Statutes Section 663-15.5 [as to Defendant Experian Information Solutions, Inc.] taken under Advisement by the Court. Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager