# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00692SPK-LEK |
| CASE NAME: | Ricky G. Garcia vs. Experian Information Solutions, Inc., et al. |
| ATTYS FOR PLA: | Mark D. Clement |
| ATTYS FOR DEFT: | Deborah K. Wright<br>Donald. E. Bradley<br>Patricia J. McHenry<br>Charles A. Price<br>David J. Minkin |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 07/27/2006 | TIME: | 9:20-11:10 |

COURT ACTION:  EP: Further Settlement Conference held.

Further Settlement Conference set for 9:00 8/3/06, LEK.

Submitted by: Warren N. Nakamura, Courtroom Manager