ORIGINAL

LAW OFFICE OF MARK D. CLEMENT
Attorney at Law

MARK D. CLEMENT    5295-0
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone No. 808-545-2488
Facsimile No. 808-545-2933
Email: Mark@markclementlaw.com

Attorney for Plaintiff
RICKY G. GARCIA



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 19 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC.; TRANS UNION,)<br>LLC; EQUIFAX INFORMATION )<br>SERVICES, LLC; AMERICAN )<br>SAVINGS BANK; AMERICAN )<br>GENERAL FINANCIAL SERVICES,)<br>INC., BENEFICIAL/ HOUSEHOLD )<br>FINANCE CORPORATON; )<br>CITIFINANCIAL, INC.; GE )<br>CAPITAL/MONOGRAM CREDIT )<br>CARD BANK OF GEORGIA; )<br>CAPITAL ONE BANK a/k/a )<br>CAPITAL ONE FINANCIAL )<br>CORPORATION; DIRECT )<br>MERCHANTS CREDIT CARD )<br>BANK, ) | CIVIL NO.: CV04-00692 SPK LEK<br>(FAIR CREDIT REPORTING ACT)<br><br>CERTIFICATE OF SERVICE<br>(RE: STIPULATION FOR<br>DISMISSAL WITH PREJUDICE AS<br>TO PLAINTIFF RICKY G.<br>GARCIA'S CLAIMS AGAINST<br>DEFENDANT AMERICAN<br>SAVINGS BANK AND ORDER) |

|  |  )  |
|---|---|
| Defendants. | ) |
|  | ) |

CERTIFICATE OF SERVICE (RE: STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF RICKY G. GARCIA'S CLAIMS AGAINST DEFENDANT AMERICAN SAVINGS BANK AND ORDER)

The undersigned hereby certifies that a copy of the Stipulation for Dismissal with Prejudice as to Plaintiff Ricky G. Garcia's Claims Against Defendant American Savings Bank and Order was duly served upon the following parties at their last known address indicated below, by depositing same with the U.S. Postal Service, postage prepaid, first class or hand-delivery, on July 19, 2006.

|  | Hand Delivery | Mail |
|---|---|---|
| DEBORAH K. WRIGHT, ESQ.<br>Wright & Kirschbraun<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96793<br><br>Attorney for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |  | X |
| KENNETH T. OKAMOTO, ESQ.<br>ROBERT M. KOHN, ESQ.<br>Price Okamoto Himeno & Lum<br>707 Richards Street; Suite 728<br>Honolulu, Hawaii 96813 | X |  |

2

DONALD E. BRADLEY, ESQ.                                    X
Musick, Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626

Attorneys for Defendant
TRANS UNION, LLC

JESS GRIFITHS, ESQ.                       X
CHAD M. IIDA, ESQ.
Godbey Griffiths Reiss Chong
1001 Bishop Street
2300 Pauahi Tower
Honolulu, Hawaii 96813

C. JOHN CENTO, ESQ.                                        X
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

PATRICIA J. McHENRY, ESQ.                 X
Cades Schutte
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

Attorney for Defendant
AMERICAN SAVINGS BANK

GREGG USHIRODA, ESQ.                      X
Watanabe Ing Kawashima & Komeijo, LLP
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

Attorney for Defendant
AMERICAN GENERAL FINANCIAL SERVICES, INC.

CHARLES A. PRICE, ESQ.                                                      X
LISA ANNE GRUEBNER, ESQ.
Koshiba Agena & Kubota
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendants
BENEFICIAL/HOUSEHOLD FINANCE CORPORATION
and DIRECT MERCHANTS CREDIT CARD BANK

DAVID J. MINKIN, ESQ.                                                       X
McCorriston Miller Mukai MacKinnon, LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorney for Defendant
CITIFINANCIAL, INC.

MITZI A. LEE, ESQ.                                                          X
Ching & Lee
The Merchant House
222 Merchant Street, Suite 202
Honolulu, Hawaii 96813

Attorney for Defendant
CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL
CORPORATION

Dated:     Honolulu, Hawaii, July 19, 2006.

_/s/ Mark D. Clement_
MARK D. CLEMENT

Attorney for Plaintiff
RICKY G. GARCIA