ORIGINAL

Case No.:   CV04-00692 HG LEK

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)]   DATE: 7-7-06   TIME: 12:57 pm

NAME OF SERVER: JEFF SHOWEN   TITLE: PROCESS SERVER

*Check one box below to indicate appropriate method of service*

NAME OF DEFENDANT SERVED: **Credit Information Services Company**

☐ Served personally upon the defendant. Place where served: _____

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 21 2006
at 3 o'clock and 30 min P M
SUE BEITIA, CLERK

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable Age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
Address: _____

☐ Returned unexecuted. (Reason):

☒ Other (specify): Served upon (Company): Credit Information Services Company
by serving upon (Name): JOHN PETHIGAL
who is the (Title): IT MANAGER
Address of service: 2915 South Alma School Rd #109 Mesa, AZ 85210

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information Contained in the Return of Service is true and correct.

Executed on _____        _____
(Date)                                (Signature of Server)

c/o:   Process Servers Exclusive LLC
550 Halekauwila Street, Suite 302
Honolulu, Hawaii 96813

ACKNOWLEDGMENT OF SERVICE:   (Signature of Person accepting documents):

_____   JOHN PETHIGAL   IT MANAGER
(Signature)             (Print Name)        (Title)

**Documents Served**:   Second Amended Complaint; Demand for Jury Trial; Summons

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

LAW OFFICE OF MARK D. CLEMENT
Attorney at Law

MARK D. CLEMENT    5295-0
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone No. (808) 545-2488
Facsimile No. (808) 545-2933
Email: Mark@markclementlaw.com

Attorney for Plaintiff
RICKY G. GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, | ) CIVIL NO: CV04-00692 HG LEK<br>) FAIR CREDIT REPORTING ACT)<br>) |
| Plaintiff, | ) RETURN OF SERVICE<br>) |
| vs. | )<br>) |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK; CREDIT INFORMATION SERVICES | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

```
COMPANY; LANDSAFE      )
CREDIT, INC.,          )
                       )
          Defendants.  )
_____)
```

SERVE TO:    CREDIT INFORMATION SERVICES COMPANY
2815 S. Alma School Road, Suite 109
Mesa, Arizona 85210