# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/31/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL NO. 04-00692SPK-LEK

CASE NAME:     Ricky G. Garcia vs. Experian Information Solutions, Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:     Leslie E. Kobayashi          REPORTER:

DATE:     07/31/2006               TIME:

---

COURT ACTION:   EO: On June 14, 2006, Plaintiff Ricky G. Garcia's ("Plaintiff") filed a Motion for Finding of Good Faith Settlement under Hawaii Revised Statutes § 663-15.5 ("Motion") regarding his settlement with Defendant Experian Information Solutions, Inc. Defendant Trans Union LLC filed an objection to the Motion on July 10, 2006 and Plaintiff filed a supplemental declaration of counsel on July 27, 2006.  This matter came on for hearing on July 27, 2006.  After careful consideration of the parties' submissions and the arguments of counsel, the Court HEREBY GRANTS the Motion and instructs Plaintiff's counsel to prepare the order by no later than August 15, 2006 for the Court's review and signature.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager