ORIGINAL

LAW OFFICE OF MARK D. CLEMENT
Attorney at Law

MARK D. CLEMENT   5295-0
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone No. (808) 545-2488
Facsimile No. (808) 545-2933
Email: Mark@markclementlaw.com

Attorney for Plaintiff
RICKY G. GARCIA

LODGED

JUL 2 4 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 5 2006

at 2 o'clock and 45 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, | ) CIVIL NO: CV04-00692 SPK LEK |
| | ) (FAIR CREDIT REPORTING ACT) |
| | ) |
| Plaintiff, | ) STIPULATION FOR DISMISSAL |
| | ) WITH PREJUDICE AS TO |
| vs. | ) PLAINTIFF RICKY G. GARCIA'S |
| | ) CLAIMS AGAINST DEFENDANT |
| EXPERIAN INFORMATION | ) CAPITAL ONE BANK a/k/a CAPITAL |
| SOLUTIONS, INC.; TRANS | ) ONE FINANCIAL CORPORATION |
| UNION, LLC; EQUIFAX | ) AND ORDER |
| INFORMATION SERVICES, LLC; ) | |
| AMERICAN SAVINGS BANK; | ) |
| AMERICAN GENERAL | ) |
| FINANCIAL SERVICES, INC; | ) |
| BENEFICIAL/HOUSEHOLD | ) |
| FINANCE CORPORATION; | ) |
| CITIFINANCIAL, INC; CAPITAL | ) |
| ONE BANK a/k/a CAPITAL ONE | ) |
| FINANCIAL CORPORATION; | ) |
| DIRECT MERCHANTS CREDIT | ) |
| CARD BANK; CREDIT | ) |

|  |  |
|---|---|
| INFORMATION SERVICES COMPANY; LANDSAFE CREDIT, INC., | ) ) ) ) |
| Defendants. | ) ) ) |

STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF RICKY G. GARCIA'S CLAIMS AGAINST DEFENDANT CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION AND ORDER

It is hereby stipulated by and between Plaintiff RICKY G. GARICA ("Plaintiff"); and, Defendant CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION ("Defendant Capital One"), through their undersigned counsel, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, that any and all claims by and between Plaintiff and Defendant Capital One arising out of Plaintiffs' Second Amended Complaint, filed herein on May 31, 2006, are hereby dismissed with prejudice.

Each party is to bear its own attorney's fees and costs.

Plaintiff's claims in the Second Amended Complaint remain as to all other Defendants.

DATED:   Honolulu, Hawaii, July 19, 2006

_____
MARK D. CLEMENT

Attorneys for Plaintiff
RICKY G. GARCIA

_____
MITZI A. LEE

Attorneys for Defendant
CAPITAL ONE BANK a/ka/
CAPITAL ONE FINANCIAL
CORPORATION

APPROVED AND SO ORDERED:

_____
UNITED STATES JUDGE