LAW OFFICE OF MARK D. CLEMENT
Attorney at Law

July 21, 2006

RECEIVED
U.S. MAGISTRATE

JUL 2 4 2006

at ___ o'clock and ___ min. ___ M.
DISTRICT OF HAWAII

Honorable Leslie E. Kobayashi
Magistrate Judge
United States District Court
United States Courthouse
300 Ala Moana Boulevard, Rm C-353
Honolulu, Hawaii 96813

    Re: Ricky G. Garcia vs. Experian Information Solutions, Inc., et al
      Civil No. CV04-000692 SPK LEK

Dear Judge Kobayashi:

  Enclosed for your consideration in the above-referenced matter, please find an original and copies of a Stipulation for Dismissal with Prejudice as to Plaintiff Ricky G. Garcia's Claims Against Defendant Capital One Bank a/k/a Capital One Financial Corporation and Order. We would request that you approve the enclosed Stipulation and Order and forward it to the Clerk for filing and to return certified, file-stamped copies of the Stipulation and Order to our office in the enclosed envelope.

  Please do not hesitate to contact our office if you should have any questions. Thank you in advance for your attention in this matter.

              Kindest regards,

              LAW OFFICE OF MARK D. CLEMENT

              *Wendy Schourek*
              Wendy Schourek, Legal Assistant
              to Mark D. Clement

Enclosures

Honorable Leslie E. Kobayashi
Magistrate Judge, United States District Court

July 21, 2006
Page 2 of 2

cc (w/encls.):  Client
                Deborah K. Wright, Esq.
                Robert M. Kohn, Esq.
                Donald E. Bradley, Esq.
                Jess Griffiths, Esq.
                C. John Cento, Esq.
                Charles A. Price, Esq.
                David J. Minkin, Esq.
                Mitzi A. Lee, Esq.