LAW OFFICE OF MARK D. CLEMENT
Attorney at Law

MARK D. CLEMENT    5295-0
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone No. 808-545-2488
Facsimile No.  808-545-2933
Email: Mark@markclementlaw.com

Attorney for Plaintiff
RICKY G. GARCIA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 6 2006

at __/__ o'clock and _45_min, _P_M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, ) | CIVIL NO.:  CV04-00692 SPK LEK |
| ) | (FAIR CREDIT REPORTING ACT) |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | (RE: STIPULATION FOR |
| ) | DISMISSAL WITH PREJUDICE AS |
| EXPERIAN INFORMATION ) | TO PLAINTIFF RICKY G. |
| SOLUTIONS, INC.; TRANS UNION,) | GARCIA'S CLAIMS AGAINST |
| LLC; EQUIFAX INFORMATION ) | DEFENDANT CAPITAL ONE |
| SERVICES, LLC; AMERICAN ) | BANK a/k/a CAPITAL ONE |
| SAVINGS BANK; AMERICAN ) | FINANCIAL CORPORATION AND |
| GENERAL FINANCIAL SERVICES,) | ORDER) |
| INC., BENEFICIAL/ HOUSEHOLD ) | |
| FINANCE CORPORATON; ) | |
| CITIFINANCIAL, INC.; GE ) | |
| CAPITAL/MONOGRAM CREDIT ) | |
| CARD BANK OF GEORGIA; ) | |
| CAPITAL ONE BANK a/k/a ) | |
| CAPITAL ONE FINANCIAL ) | |
| CORPORATION; DIRECT ) | |
| MERCHANTS CREDIT CARD ) | |
| BANK, ) | |

                                    )
          Defendants.              )
                                    )
_____)

## CERTIFICATE OF SERVICE (RE: STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF RICKY G. GARCIA'S CLAIMS AGAINST DEFENDANT CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION AND ORDER)

The undersigned hereby certifies that a copy of the Stipulation for Dismissal with Prejudice as to Plaintiff Ricky G. Garcia's Claims Against Defendant Capital One Bank a/k/a Capital One Financial Corporation and Order was duly served upon the following parties at their last known address indicated below, by depositing same with the U.S. Postal Service, postage prepaid, first class or hand-delivery, on July 26, 2006.

|                                                                                                                          | Hand Delivery | Mail |
|--------------------------------------------------------------------------------------------------------------------------|---------------|------|
| DEBORAH K. WRIGHT, ESQ.<br>Wright & Kirschbraun<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96793                   |               | X    |
| Attorney for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC.                                                           |               |      |
| KENNETH T. OKAMOTO, ESQ.<br>ROBERT M. KOHN, ESQ.<br>Price Okamoto Himeno & Lum<br>707 Richards Street; Suite 728<br>Honolulu, Hawaii 96813 | X             |      |

DONALD E. BRADLEY, ESQ.                                          X
Musick, Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626

Attorneys for Defendant
TRANS UNION, LLC

JESS GRIFITHS, ESQ.                      X
CHAD M. IIDA, ESQ.
Godbey Griffiths Reiss Chong
1001 Bishop Street
2300 Pauahi Tower
Honolulu, Hawaii 96813

G. JOHN CENTO, ESQ.                                            X
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

CHARLES A. PRICE, ESQ.                        X
LISA ANNE GRUEBNER, ESQ.
Koshiba Agena & Kubota
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendants
BENEFICIAL/HOUSEHOLD FINANCE CORPORATION
and DIRECT MERCHANTS CREDIT CARD BANK

DAVID J. MINKIN, ESQ.                                    X
    McCorriston Miller Mukai MacKinnon, LLP
    Five Waterfront Plaza, 4th Floor
    500 Ala Moana Boulevard
    Honolulu, Hawaii 96813

    Attorney for Defendant
    CITIFINANCIAL, INC.

MITZI A. LEE, ESQ.                                       X
Ching & Lee
The Merchant House
222 Merchant Street, Suite 202
Honolulu, Hawaii 96813

Attorney for Defendant
CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL
CORPORATION


Dated:      Honolulu, Hawaii, July 26, 2006.


                         _Mark D. Clement_
                         MARK D. CLEMENT

                         Attorney for Plaintiff
                         RICKY G. GARCIA