# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/08/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00692SPK-LEK |
| CASE NAME: | Ricky D. Garcia vs. Experian Information Solutions, Inc., et al. |
| ATTYS FOR PLA: | Mark D. Clement |
| ATTYS FOR DEFT: | Chad M. Iida<br>Patricia J. McHenry<br>Charles A. Price<br>David J. Minkin<br>Donald E. Bradley |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 08/08/2006 | TIME: | 9:06-9:15 |

COURT ACTION:  EP: Status Conference Re: Trial Date and Deadlines held.  Donald E. Bradley participated by phone.

1. Jury trial on March 6, 2007 at 9:00 a.m. before SPK
2. Final Pretrial Conference on January 23, 2007 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by January 16, 2007
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by December 6, 2006
7. **File Dispositive Motions by** October 4, 2006 **[as to Defendant Landsafe Credit, Inc. ONLY]**
8a. File Motions in Limine by February 13, 2007
8b. File opposition memo to a Motion in Limine by February 20, 2007
11a. Plaintiff's Expert Witness Disclosures by **N/A**
11b. Defendant's Expert Witness Disclosures by **N/A**
12. Discovery deadline January 5, 2007
13. **Further** Settlement Conference **as set** for August 23, 2006 at 10:30 a.m. before LEK

14. **Updated** Settlement Conference statements by August 16, 2006
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by February 20, 2007
21. File Final witness list by February 13, 2007
24. Exchange Exhibit and Demonstrative aids by February 6, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by February 13, 2007
26. File objections to the Exhibits by February 20, 2007
28a. File Deposition Excerpt Designations by February 13, 2007
28b. File Deposition Counter Designations and Objections by February 20, 2007
29. File Trial Brief by February 20, 2007
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 04-00692SPK-LEK;
Ricky D. Garcia vs. Experian Information Solutions, Inc., et al.;
Rule 16 Scheduling Conference Minutes
08/08/2006