ORIGINAL

LAW OFFICE OF MARK D. CLEMENT
Attorney at Law

MARK D. CLEMENT    5295-0
Suite 102, Lawyer's Building
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone: (808) 545-2488
Facsimile: (808) 545-2933

Attorneys for Plaintiff
RICKY G. GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, | ) CIVIL NO: CV04-00692 SPK LEK |
| | ) (FAIR CREDIT REPORTING ACT) |
| | ) |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF |
| | ) RICKY G. GARCIA'S MOTION FOR |
| vs. | ) FINDING OF GOOD FAITH |
| | ) SETTLEMENT UNDER HAWAII |
| EXPERIAN INFORMATION | ) REVISED STATUTES SECTION 663- |
| SOLUTIONS, INC.; TRANS | ) 15.5 FILED JUNE 14, 2006 |
| UNION, LLC; EQUIFAX | ) |
| INFORMATION SERVICES, LLC; | ) HEARING: |
| AMERICAN SAVINGS BANK; | ) Date: July 27, 2006 |
| AMERICAN GENERAL | ) Time: 9:00 a.m. |
| FINANCIAL SERVICES, INC; | ) Judge: Honorable Leslie E. Kobayashi |
| BENEFICIAL/HOUSEHOLD | ) |
| FINANCE CORPORATION; | ) |
| CITIFINANCIAL, INC; CAPITAL | ) |
| ONE BANK a/k/a CAPITAL ONE | ) |
| FINANCIAL CORPORATION; | ) |
| DIRECT MERCHANTS CREDIT | ) |
| CARD BANK; CREDIT | ) |
| INFORMATION SERVICES | ) |

```
COMPANY; LANDSAFE      )
CREDIT, INC.,          )
                       )
          Defendants.  )
                       )
_____)
```

### ORDER GRANTING PLAINTIFF RICKY G. GARCIA'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 FILED JUNE 14, 2006

Plaintiff RICKY G. GARCIA's ("Plaintiff") Motion for Finding of Good Faith Settlement Under Hawaii Revised Statutes Section 663-15.5 ("Motion") regarding his settlement with Defendant Experian Information Solutions, Inc. having been filed June 14, 2006; and, Defendant Trans Union LLC having filed an objection to the Motion on July 10, 2006; and, Plaintiff having filed a supplemental declaration of counsel on July 27, 2006; and, the Motion having come on for hearing before the Honorable Leslie E. Kobayashi on July 27, 2006; and, based on the parties' submissions and the arguments of counsel;

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT Plaintiff's Motion for Finding of Good Faith Settlement Under Hawaii Revised Statutes Section 663-15.5 filed herein on June 14, 2006 is hereby GRANTED.

---

Garcia v. Experian Information Solutions, Inc., et al.; Civil No. CV04-00692 SPK-LEK (Fair Credit Reporting Act); ORDER GRANTING PLAINTIFF RICKY G. GARCIA'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 FILED JUNE 14, 2006

DATED: Honolulu, Hawaii, _____8/8/06_____.

APPROVED AND SO ORDERED:

_____
UNITED STATES JUDGE

Garcia v. Experian Information Solutions, Inc., et al.; Civil No. CV04-00692 SPK-LEK (Fair Credit Reporting Act); ORDER GRANTING PLAINTIFF RICKY G. GARCIA'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 FILED JUNE 14, 2006

3