

LAW OFFICE OF MARK D. CLEMENT
Attorney at Law

MARK D. CLEMENT    5295-0
Suite 102, Lawyers Building
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone:  (808) 545-2488
Facsimile:  (808) 545-2933

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 0 2006

at ___1___ o'clock and __5⁰__ min. __P__ M
SUE BEITIA, CLERK

Attorneys for Plaintiff
RICKY G. GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, | ) CIVIL NO: CV04-00692 SPK LEK |
| | ) (FAIR CREDIT REPORTING ACT) |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE (RE: |
| | ) ORDER GRANTING PLAINTIFF |
| vs. | ) RICKY G. GARCIA'S MOTINO FOR |
| | ) FINDING OF GOOD FAITH |
| EXPERIAN INFORMATION | ) SETTLEMENT UNDER HAWAII |
| SOLUTIONS, INC.; TRANS | ) REVISED STATUTES SECTION 663- |
| UNION, LLC; EQUIFAX | ) 15.5 FILED JUNE 14, 2006) |
| INFORMATION SERVICES, LLC; | ) |
| AMERICAN SAVINGS BANK; | ) HEARING: |
| AMERICAN GENERAL | ) Date:  July 27, 2006 |
| FINANCIAL SERVICES, INC; | ) Time:  9:00 a.m. |
| BENEFICIAL/HOUSEHOLD | ) Judge:  Honorable Leslie E. Kobayashi |
| FINANCE CORPORATION; | ) |
| CITIFINANCIAL, INC; CAPITAL | ) |
| ONE BANK a/k/a CAPITAL ONE | ) |
| FINANCIAL CORPORATION; | ) |
| DIRECT MERCHANTS CREDIT | ) |
| CARD BANK; CREDIT | ) |
| INFORMATION SERVICES | ) |
| COMPANY; LANDSAFE | ) |

CREDIT, INC.,                    )
                                 )
                  Defendants.    )
_____ )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Order Granting Plaintiff Ricky G. Garcia's Motion for Finding of Good Faith Settlement under Hawaii Revised Statutes Section 663-15.5 filed June 14, 2006 was duly served upon the following parties at their last known address indicated below, by depositing same with the U.S. Postal Service, postage prepaid, first class or hand-delivery, on August 10, 2006.

|  | Hand Delivery | Mail |
|---|---|---|
| DEBORAH K. WRIGHT, ESQ.<br>Wright & Kirschbraun<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96793 |  | X |
| Attorney for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |  |  |
| KENNETH T. OKAMOTO, ESQ.<br>ROBERT M. KOHN, ESQ.<br>Price Okamoto Himeno & Lum<br>707 Richards Street; Suite 728<br>Honolulu, Hawaii 96813 | X |  |

DONALD E. BRADLEY, ESQ.                                           X
Musick, Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626

Attorneys for Defendant
TRANS UNION, LLC

JESS GRIFITHS, ESQ.                           X
CHAD M. IIDA, ESQ.
Godbey Griffiths Reiss Chong
1001 Bishop Street
2300 Pauahi Tower
Honolulu, Hawaii 96813

G. JOHN CENTO, ESQ.                                              X
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

CHARLES A. PRICE, ESQ.                        X
LISA ANNE GRUEBNER, ESQ.
Koshiba Agena & Kubota
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendants
BENEFICIAL/HOUSEHOLD FINANCE CORPORATION
and DIRECT MERCHANTS CREDIT CARD BANK

DAVID J. MINKIN, ESQ.                              X
McCorriston Miller Mukai MacKinnon, LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorney for Defendant
CITIFINANCIAL, INC.

Dated:          Honolulu, Hawaii, August 10, 2006.


                        _____
                        MARK D. CLEMENT

                        Attorney for Plaintiff
                        RICKY G. GARCIA