IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| RICKY G. GARCIA,<br><br>      Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK, CREDIT INFORMATION SERVICES COMPANY, LANDSAFE CREDIT, INC.<br><br>      Defendants. | CIVIL NO. CV 04-692<br>(Fair Credit Reporting Act)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

      I hereby certify that, on this date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

ImanageDB:664910.1

**Served Electronically through CM/EDF:**

| | |
|---|---|
| Lisa Anne Gruebner | lgruebner@koshibalaw.com |
| Chad M. Iida | ciida@lawhi.com |
| Keith D. Kirschbraun | WrightKirsch@aol.com |
| Robert M. Kohn | rkohn@pohlhawaii.com |
| Mitzi A. Lee | mlee@objectionsustained.com |
| Wayne K.T. Mau | wmau@wik.com |
| Deborah K. Wright | wrightkirsch@aol.com |
| Jess H. Griffiths | jgriffiths@lawhi.com, cyerxa@lawhi.com |
| David J. Minkin | minkin@m4law.com, saguibo@m4law.com |
| Charles A. Price | cprice@koshibalaw.com, troylo@koshibalaw.com |
| Terence S. Yamamoto | tyamamoto@pohlhawaii.com |

**Served by First Class Mail:**

**Mark D. Clement, Esq.**
550 Halekauwila Street, Suite 102
Honolulu, HI 96813

Attorney for Plaintiff
RICKY G. GARCIA

**Thomas R. Sylvester, Esq.**
**Jennifer S. Vicente, Esq.**
Bendet Fidell Sakai & Lee
841 Bishop Street, Suite 1500
Honolulu, HI 96813

Attorneys for Defendants
GE CAPITAL/MONOGRAM CREDIT
CARD BANK OF GEORGIA

**Donald E. Bradley**
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505

Attorney for Defendant
TRANS UNION, LLC.

**Kenneth T. Okamoto, Esq.**
**Robert M. Kohn, Esq.**
Price Okamoto Himeno & Lum
707 Richards Street, Sutie 728
Honolulu, HI 96813

Attorneys for Defendant
TRANS UNION LLC

DATED: Honolulu, Hawai`i, August 15, 2006.

CADES SCHUTTE LLP

/s/ Patricia J. McHenry
PATRICIA J. MCHENRY
Attorney for Defendant
LANDSAFE CREDIT INC.

ImanageDB:664910.1