Of Counsel:
**PRICE OKAMOTO HIMENO & LUM**
KENNETH T. OKAMOTO, ESQ. 2068
ROBERT M. KOHN, ESQ.      6291
707 Richards Street, Suite 728
Honolulu, Hawaii 96814
Telephone: (808) 538-1113
Facsimile: (808) 533-0549
Email: kokamoto@pohlhawaii.com
Email: rkohn@pohlhawaii.com

**MUSICK, PEELER & GARRETT LLP**
DONALD E. BRADLEY, ESQ. (Admitted *Pro Hac Vice*)
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626
Telephone: (714) 668-2447
Facsimile: (714) 668-2490
Email: D.Bradley@MPGLAW.com

Attorneys for Defendant
TRANS UNION LLC

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| RICKY G. GARCIA, ) | CIVIL NO. CV-04-00692 (SPK LEK) |
| ) | (FAIR CREDIT REPORTING ACT) |
| Plaintiff, ) | |
| ) | DEFENDANT TRANS UNION LLC'S |
| vs. ) | STATEMENT OF NO POSITION AND |
| ) | NON APPEARANCE TO DEFENDANT |
| EXPERIAN INFORMATION SOLUTIONS, ) | EQUIFAX INFORMATION SERVICES, |
| INC; TRANS UNION LLC; EQUIFAX ) | LLC'S MOTION FOR FINDING OF |
| INFORMATION SERVICES, LLC; ) | GOOD FAITH SETTLEMENT UNDER |
| AMERICAN SAVINGS BANK; AMERICAN ) | HAWAII REVISED STATUTES SECTION |
| GENERAL FINANCIAL SERVICES, INC; ) | 663-15.5 FILED ON JULY 12, |
| BENEFICIAL/HOUSEHOLD FINANCE ) | 2006; CERTIFICATE OF SERVICE |
| CORPORATION; CITIFINANCIAL, INC; ) | |
| GE CAPITAL/MONOGRAM CREDIT CARD ) | |
| BANK OF GEORGIA; CAPITAL ONE BANK ) | Hearing Date: |
| a/k/a CAPITAL ONE FINANCIAL ) | Date: 8/23/06 |
| CORPORATION; DIRECT MERCHANTS ) | Time: 10:00 am |
| CREDIT CARD BANK, ) | Judge: Leslie Kobayashi |
| ) | |
| ) | |
| Defendants. ) | |

TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE BE ADVISED OF Defendant Trans Union LLC'S Statement of No Position and Non Appearance to DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 FILED ON JULY 12, 2006.

Dated:   Honolulu, Hawaii, August 17, 2006.

PRICE, OKAMOTO, HIMENO & LUM

By:   /s/Robert M. Kohn
   KENNETH T. OKAMOTO, ESQ.
   ROBERT M. KOHN, ESQ.
   DONALD E. BRADLEY, ESQ.
   Attorneys for Defendant
   TRANS UNION LLC

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| RICKY G. GARCIA, ) | CIVIL NO. CV-04-00692 (SPK LEK) |
| ) | (FAIR CREDIT REPORTING ACT) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| EXPERIAN INFORMATION SOLUTIONS, ) | (RE: DEFENDANT TRANS UNION |
| INC; TRANS UNION LLC; EQUIFAX ) | LLC'S STATEMENT OF NO POSITION |
| INFORMATION SERVICES, LLC; ) | AND NON APPEARANCE RE: |
| AMERICAN SAVINGS BANK; AMERICAN ) | DEFENDANT EQUIFAX INFORMATION |
| GENERAL FINANCIAL SERVICES, INC; ) | SERVICES, LLC'S MOTION FOR |
| BENEFICIAL/HOUSEHOLD FINANCE ) | FINDING OF GOOD FAITH |
| CORPORATION; CITIFINANCIAL, INC; ) | SETTLEMENT UNDER HAWAII REVISED |
| GE CAPITAL/MONOGRAM CREDIT CARD ) | STATUTES SECTION 663-15.5 FILED |
| BANK OF GEORGIA; CAPITAL ONE BANK ) | ON JULY 12, 2006) |
| a/k/a CAPITAL ONE FINANCIAL ) | |
| CORPORATION; DIRECT MERCHANTS ) | |
| CREDIT CARD BANK, ) | |
| ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

**Served Electronically through CM/ECF:**

| | |
|---|---|
| Jess H. Griffiths | jgriffiths@lawhi.com |
| Lisa Anne Gruebner | lgruebner@koshibalaw.com |
| Chad M. Iida | eiida@lawhi.com |
| Keith D. Kirschbraun | WrightKirsch@aol.com |
| Melissa Hall Lambert | mlambert@carlsmith.com, |
| | tvitolo@carlsmith.com |
| Mitzi A. Lee | mitzilee@hawaii.rr.com |

| | |
|---|---|
| John P. Manaut | [Jpm@carlsmith.com](mailto:Jpm@carlsmith.com), |
| | [bsaunders@carlsmith.com](mailto:bsaunders@carlsmith.com) |
| Wayne K.T. Mau | [wmau@wik.com](mailto:wmau@wik.com) |
| Patricia J. McHenry | [pmchenry@cades.com](mailto:pmchenry@cades.com), |
| | [loshiro@cades.com](mailto:loshiro@cades.com) |
| Charles A. Price | [cprice@koshibalaw.com](mailto:cprice@koshibalaw.com), |
| | [troylo@koshibalaw.com](mailto:troylo@koshibalaw.com) |
| Deborah K. Wright | [wrightkirsch@aol.com](mailto:wrightkirsch@aol.com) |

**Served by First Class Mail:**

Mark D. Clement, Esq.
Law Office of Mark D. Clement
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813

G. John Cento, Esq.
Amy Greenstein, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

John T. Komeiji, Esq.
Watanabe Ing Kawashima & Komeiji
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

Dated:  Honolulu, Hawaii August 17, 2006.

                                          /S/ Robert M. Kohn
                                    KENNETH T. OKAMOTO, ESQ.
                                    ROBERT M. KOHN, ESQ.
                                    DONALD E. BRADLEY, ESQ.
                                    Attorneys for Defendant
                                    TRANS UNION LLC