# MINUTES

                                                FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/22/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CIVIL NO. 04-00692SPK-LEK

CASE NAME:      Ricky G. Garcia vs. Experian Information Solutions, Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

    JUDGE:   Leslie E. Kobayashi          REPORTER:

    DATE:    08/22/2006                    TIME:

COURT ACTION:  EO: On July 12, 2006, Defendant Equifax Information Services, LLC ("Equifax") filed a Motion for Finding of Good Faith Settlement under Hawaii Revised Statutes Section 663-15.5 ("Motion") regarding its settlement with Plaintiff Ricky G. Garcia.  Equifax also submitted a declaration under seal on August 21, 2006.  No opposition to the Motion has been filed.  The Court finds this matter suitable for disposition without a hearing pursuant to LR7.2(d) and Haw. Rev. Stat. § 663-15.5(b).  The Motion is hereby GRANTED, and Equifax is to prepare the order by no later than September 6, 2006 for the Court's review and signature.

    IT IS SO ORDERED.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager