# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/23/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CIVIL NO. 04-00692SPK-LEK

CASE NAME:        Ricky G. Garcia vs. Experian Information Solutions, Inc., et al.

ATTYS FOR PLA:    Mark D. Clement

ATTYS FOR DEFT:   Patricia J. McHenry
                  David J. Minkin
                  Charles A. Price

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 08/23/2006 | TIME: | 10:30-12:00 |

COURT ACTION:  EP: Further Settlement Conference held.

Submitted by: Warren N. Nakamura, Courtroom Manager