ORIGINAL

Jess H. Griffiths #6658
GODBEY GRIFFITHS REISS CHONG
A Limited Liability Law Partnership
Suite 2300, Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-8894
Facsimile: (808) 523-8899
jgriffiths@lawhi.com

Of Counsel:

G. John Cento
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6447
Facsimile: (404) 541-4632
jcento@kilpatrickstockton.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 5 2006

at 3 o'clock and 40 min P M
SUE BEITIA, CLERK

LODGED

AUG 2 3 2006  3:40 pm

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RICKY GARCIA, | ) | Civil No. CV04-00692 HG LEK |
| | ) | (FAIR CREDIT REPORTING |
| Plaintiff, | ) | ACT) |
| | ) | |
| vs. | ) | ORDER GRANTING |
| | ) | DEFENDANT EQUIFAX |
| EXPERIAN INFORMATION | ) | INFORMATION SERVICES, |
| SOLUTIONS, INC.; TRANS | ) | LLC'S MOTION FOR FINDING |
| UNION, LLC; EQUIFAX | ) | OF GOOD FAITH SETTLEMENT |
| INFORMATION SERVICES LLC, | ) | UNDER HAWAII REVISED |
| AMERICAN SAVINGS BANKS; | ) | STATUTES SECTION 663-15.5 |
| AMERICAN GENERAL | ) | FILED ON JULY 12, 2006 |
| FINANCIAL SERVICES, INC.; | ) | |

| | |
|---|---|
| BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK aka CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants, | ) ) |

## ORDER GRANTING DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 FILED ON JULY 12, 2006

On July 12, 2006, Defendant Equifax Information Services, LLC ("Equifax") filed a Motion for Finding of Good Faith Settlement under Hawai`i Revised Statutes §663-15.5 regarding Defendant Equifax's settlement with Plaintiff Ricky G. Garcia. Defendant Equifax also submitted a declaration of counsel, sealed, in support of the Motion. No opposition to the Motion was filed.

The Court, finding that the motion was suitable for disposition without a hearing pursuant to LR 7.2(d) and Hawai`i Revised Statutes §663-15.5 (b):

2

## IT IS HEREBY ORDERED, ADJUDGED AND DECREED

THAT Defendant Equifax's Motion is hereby GRANTED.

DATED: Honolulu, Hawaii, __AUG 2 4 2006__.

APPROVED AND SO ORDERED:

_/s/ Leslie E. Kobayashi_
Leslie E. Kobayashi
UNITED STATES MAGISTRATE JUDGE

---

*Ricky Garcia v. Experian Information Solutions, Inc., et al*; Civil No. 04-00692 SPK-LEK; ORDER GRANTING DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 FILED ON JULY 12, 2006.