ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 1 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

KOSHIBA AGENA & KUBOTA

CHARLES A. PRICE         5098-0
LISA ANNE GRUEBNER       5516-0
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: 523-3900
cprice@koshibalaw.com
lgruebner@koshibalaw.com

Attorneys for Defendants
BENEFICIAL/HOUSEHOLD FINANCE CORPORATION
and DIRECT MERCHANT CREDIT CARD BANK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA ) | CIVIL NO. CV 04-0692 SPK LEK |
| ) | (FAIR CREDIT REPORTING ACT) |
| Plaintiff, ) | |
| ) | NOTICE OF MOTION: |
| vs. ) | DEFENDANTS BENEFICIAL/ |
| ) | HOUSEHOLD FINANCE |
| EXPERIAN INFORMATION ) | CORPORATION AND DIRECT |
| SOLUTIONS, INC.; TRANS ) | MERCHANT CREDIT CARD |
| UNION, LLC; EQUIFAX ) | BANK'S MOTION FOR FINDING |
| INFORMATION SERVICES, LLC; ) | OF GOOD FAITH SETTLEMENT |
| AMERICAN SAVINGS BANK; ) | UNDER HAWAII REVISED |
| AMERICAN GENERAL ) | STATUTES SECTION 663-15.5; |
| FINANCIAL SERVICES, INC.; ) | MEMORANDUM IN SUPPORT OF |
| BENEFICIAL/HOUSEHOLD ) | MOTION; DECLARATION OF |
| FINANCE CORPORATION; ) | COUNSEL; [PROPOSED] ORDER; |
| CITIFINANCIAL, INC.; GE ) | CERTIFICATE OF SERVICE |
| CAPITAL/MONOGRAM CREDIT ) | |
| CARD BANK OF GEORGIA; ) | HEARING: |
| CAPITAL ONE BANK a/k/a ) | Date: |
| CAPITAL ONE FINANCIAL ) | Time: |
| CORPORATION; DIRECT ) | Judge: The Honorable Leslie E. |

| | | |
|---|---|---|
| MERCHANTS CREDIT CARD BANK; CREDIT INFORMATION SERVICES COMPANY; LANDSAFE CREDIT, INC., | ) ) ) ) ) | Kobayashi<br><br>TRIAL DATE:   November 7, 2006 |
| Defendants. | ) ) | |

## NOTICE OF MOTION

TO:   PARTIES LISTED IN CERTIFICATE OF SERVICE ATTACHED.

NOTICE IS HEREBY GIVEN that pursuant to Hawaii Revised Statues Section 663-15.5(b), each party given notice herein has twenty-five (25) days from the mailing or emailing of this Notice to file an objection to contest the good faith of the settlement. If no party files an objection within the twenty-five days, the court may approve the settlement without a hearing. If any party objects to the settlement, DEFENDANT BENEFICIAL/HOUSEHOLD FINANCE CORPORATION AND DIRECT MERCHANT CREDIT CARD BANK'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 shall come for hearing before the Honorable Leslie E. Kobayashi in her courtroom located in the PJKK Federal Building, 300 Ala Moana Blvd., Honolulu, Hawaii 96813 on _____, at _____, or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, September 1, 2006.

KOSHIBA AGENA & KUBOTA

_____
CHARLES A. PRICE
LISA ANNE GRUEBNER
Attorneys for Defendants
BENEFICIAL/HOUSEHOLD FINANCE
CORPORATION and DIRECT
MERCHANT CREDIT CARD BANK