IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC.; TRANS )<br>UNION, LLC; EQUIFAX )<br>INFORMATION SERVICES, LLC; )<br>AMERICAN SAVINGS BANK; )<br>AMERICAN GENERAL )<br>FINANCIAL SERVICES, INC.; )<br>BENEFICIAL/HOUSEHOLD )<br>FINANCE CORPORATION; )<br>CITIFINANCIAL, INC.; GE )<br>CAPITAL/MONOGRAM CREDIT )<br>CARD BANK OF GEORGIA; )<br>CAPITAL ONE BANK a/k/a )<br>CAPITAL ONE FINANCIAL )<br>CORPORATION; DIRECT )<br>MERCHANTS CREDIT CARD )<br>BANK; CREDIT INFORMATION )<br>SERVICES COMPANY, )<br>LANDSAFE CREDIT, INC., )<br>)<br>Defendants. )<br>) | CIVIL NO. CV 04-0692 SPK LEK<br>(FAIR CREDIT REPORTING ACT)<br><br>DEFENDANTS BENEFICIAL/<br>HOUSEHOLD FINANCE<br>CORPORATION AND DIRECT<br>MERCHANT CREDIT CARD<br>BANK'S MOTION FOR FINDING<br>OF GOOD FAITH SETTLEMENT<br>UNDER HAWAII REVISED<br>STATUTES SECTION 663-15.5 |

DEFENDANTS BENEFICIAL/HOUSEHOLD FINANCE CORPORATION
AND DIRECT MERCHANT CREDIT CARD BANK'S
MOTION FOR FINDING OF GOOD FAITH SETTLEMENT
<u>UNDER HAWAII REVISED STATUTES SECTION 663.15.5</u>

Defendants BENEFICIAL/HOUSEHOLD FINANCE CORPORATION ("Beneficial") and DIRECT MERCHANT CREDIT CARD BANK ("Direct Merchant") move this Court to enter an Order of Good Faith Settlement pursuant to Hawaii Revised Statutes §663-15.5 regarding Beneficial's and Direct Merchant's settlement with Plaintiff Garcia. This Motion is based upon the attached memorandum, declaration, the pleadings and files herein, and the arguments of counsel at any hearing hereon.

DATED: Honolulu, Hawaii, September 1, 2006.

KOSHIBA AGENA & KUBOTA       _____
                             CHARLES A. PRICE
                             LISA ANNE GRUEBNER
                             Attorneys for Defendants
                             BENEFICIAL/HOUSEHOLD FINANCE
                             CORPORATION and DIRECT
                             MERCHANT CREDIT CARD BANK