IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC.; TRANS )<br>UNION, LLC; EQUIFAX )<br>INFORMATION SERVICES, LLC; )<br>AMERICAN SAVINGS BANK; )<br>AMERICAN GENERAL )<br>FINANCIAL SERVICES, INC.; )<br>BENEFICIAL/HOUSEHOLD )<br>FINANCE CORPORATION; )<br>CITIFINANCIAL, INC.; GE )<br>CAPITAL/MONOGRAM CREDIT )<br>CARD BANK OF GEORGIA; )<br>CAPITAL ONE BANK a/k/a )<br>CAPITAL ONE FINANCIAL )<br>CORPORATION; DIRECT )<br>MERCHANTS CREDIT CARD )<br>BANK; CREDIT INFORMATION )<br>SERVICES COMPANY, )<br>LANDSAFE CREDIT, INC., )<br>)<br>Defendants. )<br>_____ ) | CIVIL NO. CV 04-0692 SPK LEK<br>(FAIR CREDIT REPORTING ACT)<br><br>DECLARATION OF COUNSEL |

DECLARATION OF COUNSEL

I, CHARLES A. PRICE, declares as follows:

1.     I am an attorney licensed before all of the courts in the State of Hawaii and am one of the attorneys representing Defendants BENEFICIAL/HOUSEHOLD

FINANCE CORPORATION ("Beneficial") and DIRECT MERCHANT CREDIT CARD BANK ("Direct Merchant") in the above-captioned matter, and have personal knowledge of the following statements of fact.

2. Beneficial and Direct Merchant have entered into a confidential settlement with Plaintiff Garcia at the same amount discussed with and agreed to before the Court at the last settlement conference. For the purpose of disclosure to others, Beneficial and Direct Merchant have agreed, without admission of any fault, to pay a sum certain to Plaintiff Garcia, and upon a finding of good faith settlement, the parties will enter a stipulation of dismissal with prejudice of all claims asserted in this matter relating to Beneficial and Direct Merchant.

DATED: Honolulu, Hawaii, September 1, 2006.

KOSHIBA AGENA & KUBOTA

_____
CHARLES A. PRICE
LISA ANNE GRUEBNER
Attorneys for Defendants
BENEFICIAL/HOUSEHOLD FINANCE
CORPORATION and DIRECT
MERCHANT CREDIT CARD BANK