IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK; CREDIT INFORMATION SERVICES COMPANY, LANDSAFE CREDIT, INC.,<br><br>　　　　Defendants. | CIVIL NO. CV 04-0692 SPK LEK<br>(FAIR CREDIT REPORTING ACT)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS BENEFICIAL/ HOUSEHOLD FINANCE CORPORATION AND DIRECT MERCHANT CREDIT CARD BANK'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5<br><br>HEARING:<br>Date:<br>Time:<br>Judge:　　The Honorable Leslie E. Kobayashi<br><br>TRIAL DATE:　　November 7, 2006 |

ORDER GRANTING DEFENDANTS BENEFICIAL/HOUSEHOLD FINANCE CORPORATION AND DIRECT MERCHANT CREDIT CARD BANK'S MOTION FOR FINDING OF GOOD FAITH <u>SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5</u>

Having considered Defendants Beneficial/Household Finance Corporation and Direct Merchant Credit Card Bank's Motion for Finding of Good Faith Settlement Under Hawaii Revised Statutes §663-15.5, filed September ____, 2006, having given the parties twenty-five (25) days to file an objection to contest the good faith of the settlement, and having been found the Motion suitable for disposition without a hearing pursuant to LR7.2(d) of the Local Rules of Practice of the United States District Court for the District of Hawaii,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Defendant Beneficial/Household Finance Corporation and Direct Merchant Credit Card Bank's Motion for Finding of Good Faith Settlement Under Hawaii Revised Statutes §663-15.5, filed September ____, 2006 is hereby GRANTED.

DATED: Honolulu, Hawaii, _____.

APPROVED AND SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

<u>Ricky Garcia v. Experian Information Solutions, Inc., et al.</u>; Civil No. 014-00692SPK; ORDER GRANTING DEFENDANTS BENEFICIAL/HOUSEHOLD FINANCE CORPORATION AND DIRECT MERCHANT CREDIT CARD BANK'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5, FILED ON SEPTEMBER ____, 2006

2