IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA ) | CIVIL NO. CV 04-0692 SPK LEK |
| ) | (FAIR CREDIT REPORTING ACT) |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC.; TRANS ) | |
| UNION, LLC; EQUIFAX ) | |
| INFORMATION SERVICES, LLC; ) | |
| AMERICAN SAVINGS BANK; ) | |
| AMERICAN GENERAL ) | |
| FINANCIAL SERVICES, INC.; ) | |
| BENEFICIAL/HOUSEHOLD ) | |
| FINANCE CORPORATION; ) | |
| CITIFINANCIAL, INC.; GE ) | |
| CAPITAL/MONOGRAM CREDIT ) | |
| CARD BANK OF GEORGIA; ) | |
| CAPITAL ONE BANK a/k/a ) | |
| CAPITAL ONE FINANCIAL ) | |
| CORPORATION; DIRECT ) | |
| MERCHANTS CREDIT CARD ) | |
| BANK; CREDIT INFORMATION ) | |
| SERVICES COMPANY, ) | |
| LANDSAFE CREDIT, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing was duly served on the following parties at their last known address, by depositing the same in the U.S. Mail, postage prepaid.

MARK D. CLEMENT, ESQ.
Lawyers Building
550 Halekauwila Street, Suite 102
Honolulu, Hawaii 96813

    Attorney for Plaintiff
    RICKY G. GARCIA

DEBORAH K. WRIGHT, ESQ.
Wright & Kirschbraun
1885 Main Street, Suite 108
Wailuku, Hawaii 96793

    Attorney for Defendant
    EXPERIAN INFORMATION SOLUTIONS, INC.

KENNETH T. OKAMOTO, ESQ.
ROBERT M. KOHN, ESQ.
Price Okamoto Himeno & Lum
707 Richards Street, Suite 728
Honolulu, Hawaii 96813

DONALD E. BRADLEY, ESQ.
Musick, Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626

    Attorneys for Defendant
    TRANS UNION, LLC

JESS GRIFFITHS, ESQ.
CHAD M. IIDA, ESQ.
Godbey Griffiths Reiss Chong
1001 Bishop Street
2300 Pauahi Tower
Honolulu, Hawaii 96813

C. JOHN CENTO, ESQ.
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

    Attorneys for Defendant
    EQUIFAX INFORMATION SERVICES, LLC

PATRICIA J. McHENRY, ESQ.
Cades Schutte
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

    Attorney for Defendant
    AMERICAN SAVINGS BANK
    and LANDSAFE CREDIT, INC.

WAYNE K. T. MAU, ESQ.
GREGG M. USHIRODA, ESQ.
Watanabe Ing Kawashima & Komeiji, LLP
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

    Attorney Defendant
    AMERICAN GENERAL FINANCIAL SERVICES, INC.

DAVID J. MINKIN, ESQ.
McCorriston Miller Mukai MacKinnon
P.O. Box 2800
Honolulu, Hawaii 96813

    Attorney for Defendant
    CITIFINANCIAL, INC.

MITZI A. LEE, ESQ.
Ching & Lee
The Merchant House
222 Merchant Street, Suite 202
Honolulu, Hawaii 96813

    Attorney for Defendant
    CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL
    CORPORATION

DEBORAH K. WRIGHT, ESQ.
KEITH D. KIRSCHBRAUN, ESQ.
1885 Main Street, Suite 108
Wailuku, Hawaii 96753

    Attorneys for Defendant
    EXPERIAN INFORMATION SOLUTIONS, INC.

DATED: Honolulu, Hawaii, September 1, 2006.

KOSHIBA AGENA & KUBOTA

_____
CHARLES A. PRICE
LISA ANNE GRUEBNER
Attorneys for Defendants
BENEFICIAL/HOUSEHOLD FINANCE
CORPORATION and DIRECT
MERCHANT CREDIT CARD BANK