LAW OFFICE OF MARK D. CLEMENT
Attorney at Law

MARK D. CLEMENT    5295-0
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone No. (808) 545-2488
Facsimile No. (808) 545-2933
Email: Mark@markclementlaw.com

Attorney for Plaintiff
RICKY G. GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, | ) CIVIL NO: CV04-00692 SPK LEK<br>) (FAIR CREDIT REPORTING ACT)<br>) |
| Plaintiff, | ) NOTICE OF DISMISSAL WITH<br>) PREJUDICE AS TO PLAINTIFF |
| vs. | ) RICKY G. GARCIA'S CLAIMS<br>) AGAINST DEFENDANT CREDIT |
| EXPERIAN INFORMATION<br>SOLUTIONS, INC.; TRANS<br>UNION, LLC; EQUIFAX<br>INFORMATION SERVICES, LLC;<br>AMERICAN SAVINGS BANK;<br>AMERICAN GENERAL<br>FINANCIAL SERVICES, INC;<br>BENEFICIAL/HOUSEHOLD<br>FINANCE CORPORATION;<br>CITIFINANCIAL, INC; CAPITAL<br>ONE BANK a/k/a CAPITAL ONE<br>FINANCIAL CORPORATION;<br>DIRECT MERCHANTS CREDIT<br>CARD BANK; CREDIT | ) INFORMATION SERVICES<br>) COMPANY; CERTIFICATE OF<br>) SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| INFORMATION SERVICES COMPANY; LANDSAFE CREDIT, INC., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

### NOTICE OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF RICKY G. GARCIA'S CLAIMS AGAINST DEFENDANT CREDIT INFORMATION SERVICES COMPANY

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff RICKY G. GARCIA ("Plaintiff Garcia"), through his attorney Mark D. Clement, hereby gives notice of dismissal **with** prejudice of all claims asserted against Defendant CREDIT INFORMATION SERVICES COMPANY ("Defendant CISCO"). Defendant CISCO has served neither an answer nor a motion for summary judgment.

DATED: Honolulu, Hawaii, August 31, 2006.

_____
MARK D. CLEMENT

Attorneys for Plaintiff
RICKY G. GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, | ) CIVIL NO: CV04-00692 SPK LEK<br>) (FAIR CREDIT REPORTING ACT)<br>) |
| Plaintiff, | ) CERTIFICATE OF SERVICE<br>) |
| vs. | )<br>) |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK; CREDIT INFORMATION SERVICES COMPANY; LANDSAFE CREDIT, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was duly served upon the following parties at their last known address indicated below,

by depositing same with the U.S. Postal Service, postage prepaid, first class or hand-delivery, on August 31, 2006.

|  | Hand Delivery | Mail |
|---|---|---|
| DEBORAH K. WRIGHT, ESQ.<br>Wright & Kirschbraun<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96793<br><br>Attorney for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |  | X |
| KENNETH T. OKAMOTO, ESQ.<br>ROBERT M. KOHN, ESQ.<br>Price Okamoto Himeno & Lum<br>707 Richards Street; Suite 728<br>Honolulu, Hawaii 96813 | X |  |
| DONALD E. BRADLEY, ESQ.<br>Musick, Peeler & Garrett LLP<br>650 Town Center Drive, Suite 1200<br>Costa Mesa, California 92626<br><br>Attorneys for Defendant<br>TRANS UNION, LLC |  | X |
| JESS GRIFITHS, ESQ.<br>CHAD M. IIDA, ESQ.<br>Godbey Griffiths Reiss Chong<br>1001 Bishop Street<br>2300 Pauahi Tower<br>Honolulu, Hawaii 96813 | X |  |

G. JOHN CENTO, ESQ.                                                X
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

CHARLES A. PRICE, ESQ.                                             X
LISA ANNE GRUEBNER, ESQ.
Koshiba Agena & Kubota
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendants
BENEFICIAL/HOUSEHOLD FINANCE CORPORATION
and DIRECT MERCHANTS CREDIT CARD BANK

DAVID J. MINKIN, ESQ.                                              X
McCorriston Miller Mukai MacKinnon, LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorney for Defendant
CITIFINANCIAL, INC.

Dated:    Honolulu, Hawaii, August __31__, 2006.

_____
MARK D. CLEMENT

Attorney for Plaintiff
RICKY G. GARCIA

3