ORIGINAL

LAW OFFICE OF MARK D. CLEMENT
Attorney at Law

MARK D. CLEMENT    5295-0
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone No. (808) 545-2488
Facsimile No. (808) 545-2933
Email: Mark@markclementlaw.com

Attorney for Plaintiff
RICKY G. GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, | ) CIVIL NO: CV04-00692 SPK LEK |
| | ) (FAIR CREDIT REPORTING ACT) |
| | ) |
| Plaintiff, | ) STIPULATION FOR DISMISSAL |
| | ) WITH PREJUDICE AS TO |
| vs. | ) PLAINTIFF RICKY G. GARCIA'S |
| | ) CLAIMS AGAINST DEFENDANT |
| EXPERIAN INFORMATION | ) EXPERIAN INFORMATION |
| SOLUTIONS, INC.; TRANS | ) SOLUTIONS, INC. AND ORDER |
| UNION, LLC; EQUIFAX | ) |
| INFORMATION SERVICES, LLC; | ) |
| AMERICAN SAVINGS BANK; | ) |
| AMERICAN GENERAL | ) |
| FINANCIAL SERVICES, INC; | ) |
| BENEFICIAL/HOUSEHOLD | ) |
| FINANCE CORPORATION; | ) |
| CITIFINANCIAL, INC; CAPITAL | ) |
| ONE BANK a/k/a CAPITAL ONE | ) |
| FINANCIAL CORPORATION; | ) |
| DIRECT MERCHANTS CREDIT | ) |
| CARD BANK; CREDIT | ) |

LODGED
AUG 2 8 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 29 2006
at 3 o'clock and __ min __ M
SUE BEITIA, CLERK

| | |
|---|---|
| INFORMATION SERVICES COMPANY; LANDSAFE CREDIT, INC., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF RICKY G. GARCIA'S CLAIMS AGAINST DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND ORDER

It is hereby stipulated by and between Plaintiff RICKY G. GARICA ("Plaintiff"); and, Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Defendant Experian"), through their undersigned counsel, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, that Plaintiff dismisses his Second Amended Complaint, filed herein on May 31, 2006, as to Defendant Experian with prejudice.

Each party is to bear its own attorney's fees and costs.

Plaintiff's claims in the Second Amended Complaint remain as to all non-settling Defendants.

DATED: Honolulu, Hawaii, August 16, 2006

_____
MARK D. CLEMENT

Attorneys for Plaintiff
RICKY G. GARCIA

_____
DEBORAH K. WRIGHT

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

APPROVED AND SO ORDERED:

_____
UNITED STATES JUDGE

CIVIL 04-00692 SPK-LEK Ricky G. Garcia vs. Experian Information Solutions, Inc., et al
Stipulation for Dismissal with Prejudice

3