

```
WATANABE ING & KOMEIJI LLP       ORIGINAL
A Limited Liability Law Partnership

JOHN T. KOMEIJI       #2498-0
GREGG M. USHIRODA     #5868-0
CORIN M. KORENAGA     #8421-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
gushiroda@wik.com
```

                                    FILED IN THE
                            UNITED STATES DISTRICT COURT
                                 DISTRICT OF HAWAII

                                    SEP 07
                            at ___ o'clock and ___ min. ___ M
                                  SUE BEITIA, CLERK

Attorneys for Defendant
AMERICAN GENERAL FINANCIAL SERVICES, INC.


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| RICKY G. GARCIA,<br><br>        Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>        Defendants. | CIVIL NO. CV 04-00692 HG LEK<br>(Fair Credit Reporting Act)<br><br>NOTICE OF MOTION; DEFENDANT AMERICAN GENERAL FINANCIAL SERVICES, INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF GREGG M. USHIRODA; AND [PROPOSED]ORDER; CERTIFICATE OF SERVICE<br><br><br>TRIAL DATE:  November 7, 2006 |

## NOTICE OF MOTION

TO: PARTIES LISTED IN CERTIFICATE OF SERVICE ATTACHED

NOTICE IS HEREBY GIVEN that pursuant to Hawaii Revised Statutes Section 663-15.5, each party given notice herein has twenty-five (25) days from the mailing or emailing of this Notice to file an objection to contest the good faith of the settlement. If no party files an objection within the twenty-five days, the court may approve the settlement without a hearing. If any party objects to the settlement, DEFENDANT AMERICAN GENERAL FINANCIAL SERVICES, INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 shall come for hearing before the Honorable Leslie E. Kobayashi in her courtroom located in the PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96813 on _____, at _____, or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, SEP 0 7 2006 _____.

JOHN T. KOMEIJI
GREGG M. USHIRODA
CORIN M. KORENAGA
Attorneys for Defendant
AMERICAN GENERAL FINANCIAL
SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| RICKY G. GARCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>    Defendants. | CIVIL NO. CV 04-00692 HG LEK<br>(Fair Credit Reporting Act)<br><br>DEFENDANT AMERICAN GENERAL FINANCIAL SERVICES, INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5<br><br><br>TRIAL DATE:  November 7, 2006 |

### DEFENDANT AMERICAN GENERAL FINANCIAL SERVICES, INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5

Comes now DEFENDANT AMERICAN GENERAL FINANCIAL SERVICES, INC. ("American General"), by and through its attorneys, WATANABE ING & KOMEIJI, LLP, and hereby respectfully moves this Honorable Court for an Order finding that the settlement agreement between Plaintiff RICKY GARCIA ("Plaintiff") and American General was entered

into in good faith under Section 663-15.5, Hawaii Revised Statutes ("HRS").

This motion is brought pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and HRS Section 663-15.5 and is based on the attached memorandum in support of motion, the affidavit of counsel and exhibit and the entire record and files herein.

DATED: Honolulu, Hawaii, SEP 0 7 2006 _____.

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
CORIN M. KORENAGA
Attorneys for Defendant
AMERICAN GENERAL FINANCIAL SERVICES, INC.

2