IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| RICKY G. GARCIA,<br><br>            Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>            Defendants. | CIVIL NO. CV 04-00692 HG LEK<br>(Fair Credit Reporting Act)<br><br>DECLARATION OF GREGG M. USHIRODA<br><br><br><br><br>TRIAL DATE:  November 7, 2006 |

## **DECLARATION OF GREGG M. USHIRODA**

GREGG M. USHIRODA, declares as follows:

1. I am an attorney licensed before all of the courts in the State of Hawaii and am one of the attorneys representing Defendant AMERICAN GENERAL FINANCIAL SERVICES, INC. ("American General") in the above captioned matter.

2. I submit this Declaration in support of DEFENDANT AMERICAN GENERAL FINANCIAL SERVICES, INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 ("Defendant's Motion").

3. I have personal knowledge of the following statements of fact.

4. American General has entered into confidential settlement with Plaintiff Ricky Garcia ("Plaintiff Garcia").

5. American General's settlement with Plaintiff Garcia is subject to an agreement of confidentiality, but I can disclose for the purpose of assessing good faith that, (1) American General has, without admission of any fault, paid a sum certain compensation to Plaintiff Garcia, and (2) the parties have effectuated by stipulation, filed July 14, 2006, dismissals with prejudice of all claims asserted in this matter.

DATED: Honolulu, Hawaii, SEP 0 7 2006 _____.

_____
GREGG M. USHIRODA
Attorney for Defendant
AMERICAN GENERAL FINANCIAL SERVICES, INC.