IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| RICKY G. GARCIA,<br><br>              Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>              Defendants. | CIVIL NO. CV 04-00692 HG LEK<br>(Fair Credit Reporting Act)<br><br>[PROPOSED]ORDER GRANTING DEFENDANT AMERICAN GENERAL FINANCIAL SERVICES, INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5<br><br><br><br><br><br>TRIAL DATE:  November 7, 2006 |

## ORDER GRANTING DEFENDANT AMERICAN GENERAL FINANCIAL SERVICES, INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5

Defendant American General's Motion for Determination of Good Faith Settlement Under Hawaii Revised Statutes Section 663-15.5 filed _____, having given the parties twenty-five (25) days to file an objection to contest the good faith of the settlement and having been found suitable for disposition without a hearing pursuant to LR7.2(d) of the Local Rules of Practice of the United States District Court for the District of Hawaii and considered by the Honorable Leslie K. Kobayashi;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Defendant American General's Motion for Determination of Good Faith Settlement Under Hawaii Revised Statutes Section 663-15.5 filed herein is hereby GRANTED.

DATED: Honolulu, Hawaii, _____.

APPROVED AND SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

---

Ricky Garcia v. Experian Information Solutions, Inc., et al; Civil No. 041-00692SPK; ORDER GRANTING AMERICAN GENERAL FINANCIAL SERVICES, INC.'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 FILED ON _____.