IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| RICKY G. GARCIA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>                    Defendants. | CIVIL NO. CV 04-00692 HG LEK<br>(Fair Credit Reporting Act)<br><br>CERTIFICATE OF SERVICE<br><br>(RE: DEFENDANT AMERICAN GENERAL FINANCIAL SERVICES, INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF GREGG M. USHIRODA; AND [PROPOSED]ORDER)<br><br><br>TRIAL DATE:  November 7, 2006 |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served upon the following parties at their last known address indicated below, by depositing the same with the U.S. Postal Service, postage prepaid, first class or hand-delivered:

|  | Hand Delivery | Mail |
|---|---|---|
| MARK D. CLEMENT, ESQ.<br>Lawyers Building, Suite 102<br>550 Halekauwila Street<br>Honolulu, Hawaii 96813<br><br>Attorney for Plaintiff<br>RICKY G. GARCIA |  | X |
| DEBORAH K. WRIGHT, ESQ.<br>KEITH D. KIRSCHBRAUN, ESQ.<br>Wright & Kirschbraun<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96793<br><br>Attorneys for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |  | X |
| KENNTH T. OKAMOTO, ESQ.<br>ROBERT M. KOHN, ESQ.<br>Price Okamoto Himeno & Lum<br>707 Richards Street, Suite 728<br>Honolulu, Hawaii 96813<br><br>    and |  | X |
| DONALD E. BRADLEY, ESQ.<br>Musick, Peeler & Garrett LLP<br>650 Town Center Drive, Suite 1200<br>Costa Mesa, California 92626<br><br>Attorneys for Defendant<br>TRANS UNION, LLC |  | X |
| JESS GRIFFITHS, ESQ.<br>CHAD M. IIDA, ESQ.<br>Godbey Griffiths Reiss Chong<br>1001 Bishop Street<br>2300 Pauahi Tower<br>Honolulu, Hawaii 96813<br><br>    and |  | X |

|  | Hand Delivery | Mail |
|---|---|---|
| C. JOHN CENTO, ESQ.<br>AMY GREENSTEIN, ESQ.<br>Kilpatrick Stockton, LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia  30309<br><br>Attorneys for Defendant<br>EQUIFAX INFORMATION SERVICES, LLC |  | X |
| PATRICIA J. McHENRY, ESQ.<br>Cades Schutte<br>Cades Schutte Building<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii  96813<br><br>Attorney for Defendant<br>AMERICAN SAVINGS BANK and<br>LANDSAFE CREDIT, INC. |  | X |
| CHARLES A. PRICE, ESQ.<br>LISA ANNE GRUEBNER, ESQ.<br>Koshiba Agena & Kubota<br>2600 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii  96813<br><br>Attorney for Defendants<br>BENEFICIAL/HOUSEHOLD FINANCE CORPORATION<br>And DIRECT MERCHANTS CREDIT CARD BANK |  | X |
| JOHN P. MANAUT, ESQ.<br>MELISSA H. LAMBERT, ESQ.<br>Carlsmith Ball LLP<br>American Savings Bank Tower<br>1001 Bishop Street, Suite 2200<br>Honolulu, Hawaii  96813<br><br>Attorney for Defendant<br>CITIFINANCIAL, INC. |  | X |

|  | Hand Delivery | Mail |
|---|---|---|
| MITZI ANN LEE, ESQ.<br>Hisaka Yoshida Cosgrove & Ching<br>Pacific Guardian Center, Mauka Tower<br>737 Bishop Street, Suite 3000<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>CAPITAL ONE BANK a/k/a CAPITAL ONE<br>FINANCIAL CORPORATION | | X |
| THOMAS R. SYLVESTER, ESQ.<br>JENNIFER S. VINCENTE, ESQ.<br>Bender Fidell Sakai & Lee<br>Davies Pacific Center<br>841 Bishop Street, Suite 1500<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>GE CAPITAL/MONOGRAM CREDIT CARD BANK OF AMERICA | | X |

DATED: Honolulu, Hawaii, SEP 0 7 2006.

_____
GREGG M. USHIRODA
CORIN M. KORENAGA
Attorney for Defendant
AMERICAN GENERAL FINANCIAL
SERVICES, INC.