McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN                    #3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, HI 96813
Telephone: (808) 529-7300
Fax:           (808) 524-8293
Email address: minkin@m4law.com

Attorney for Defendant
CITIFINANCIAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>        Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; CAPITAL ONE BANK aka CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK; CREDIT INFORMATION SERVICES COMPANY; LANDSAFE CREDIT, INC.,<br><br>        Defendants. | CIVIL NO. CV04-00692 SPK LEK<br><br>NOTICE OF MOTION; DEFENDANT CITIFINANCIAL, INC.'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF DAVID J. MINKIN; [PROPOSED] ORDER];CERTIFICATE OF SERVICE<br><br>Hearing:<br>Date: _____<br>Time: _____<br>Judge: Hon. Leslie E. Kobayashi<br><br><br>Trial Date: November 7, 2006 |

## NOTION OF MOTION

TO: PARTIES LISTED IN CERTIFICATE OF SERVICE

ATTACHED NOTICE IS HEREBY GIVEN that pursuant to Hawaii Revised Statues Section 663-15.5(b), each party given notice herein has twenty-five (25) days from the mailing or emailing of this Notice to file an objection to contest the good faith of the settlement. If no party files an objection within the twenty-five days, the court may approve the settlement without a hearing. If any party objects to the settlement, DEFENDANT CITIFINANCIAL, INC.'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTE SECTION 663-15.5 shall come for hearing before the Honorable Leslie E. Kobayashi in her courtroom located in the PJKK Federal Building, 300 Ala Moana Blvd., Honolulu, Hawaii 96813 on _____, at _____, or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawai`i, September 8, 2006.

/s/ David J. Minkin
DAVID J. MINKIN
Attorney for Defendant
CITIFINANCIAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, | ) CIVIL NO. CV04-00692 SPK LEK |
| | ) |
| Plaintiff, | ) DEFENDANT CITIFINANCIAL, |
| | ) INC.'S MOTION FOR FINDING OF |
| vs. | ) GOOD FAITH SETTLEMENT |
| | ) UNDER HAWAII REVISED |
| EXPERIAN INFORMATION | ) STATUTES SECTION 663-15.5 |
| SOLUTIONS, INC.; TRANS UNION | ) |
| LLC; EQUIFAX INFORMATION | ) |
| SERVICES, LLC; AMERICAN | ) |
| SAVINGS BANK; AMERICAN | ) |
| GENERAL FINANCIAL SERVICES, | ) |
| INC.; BENEFICIAL/HOUSEHOLD | ) |
| FINANCE CORPORATION; | ) |
| CITIFINANCIAL, INC.; CAPITAL | ) |
| ONE BANK aka CAPITAL ONE | ) |
| FINANCIAL CORPORATION; | ) |
| DIRECT MERCHANTS CREDIT | ) |
| CARD BANK; CREDIT | ) |
| INFORMATION SERVICES | ) |
| COMPANY; LANDSAFE CREDIT, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

DEFENDANT CITIFINANCIAL, INC.'S MOTION
FOR FINDING OF GOOD FAITH SETTLEMENT UNDER
<u>HAWAII REVISED STATUTES SECTION 663-15.5</u>

Defendant CITIFINANCIAL, INC. ("CitiFinancial") move this Court to enter an Order of Good Faith Settlement pursuant to Hawaii Revised Statutes §663-15.5 regarding CitiFinancial's settlement with Plaintiff Garcia. This Motion is based

upon the attached memorandum, declaration, the pleadings and files herein, and the arguments of counsel at any hearing hereon.

DATED: Honolulu, Hawai`i, September 8, 2006.

/s/ David J. Minkin
DAVID J. MINKIN
Attorney for Defendant
CITIFINANCIAL, INC.