IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, ) | CIVIL NO. CV04-00692 SPK LEK |
| ) | |
| Plaintiff, ) | DECLARATION OF DAVID J. |
| ) | MINKIN |
| vs. ) | |
| ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC.; TRANS UNION ) | |
| LLC; EQUIFAX INFORMATION ) | |
| SERVICES, LLC; AMERICAN ) | |
| SAVINGS BANK; AMERICAN ) | |
| GENERAL FINANCIAL SERVICES, ) | |
| INC.; BENEFICIAL/HOUSEHOLD ) | |
| FINANCE CORPORATION; ) | |
| CITIFINANCIAL, INC.; CAPITAL ) | |
| ONE BANK aka CAPITAL ONE ) | |
| FINANCIAL CORPORATION; ) | |
| DIRECT MERCHANTS CREDIT ) | |
| CARD BANK; CREDIT ) | |
| INFORMATION SERVICES ) | |
| COMPANY; LANDSAFE CREDIT, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

DECLARATION OF DAVID J. MINKIN

I, DAVID J. MINKIN, declares as follows:

1. I am an attorney licensed before all of the courts in the State of Hawaii and am one of the attorneys representing Defendant CitiFinancial ("CitiFinancial") in the above-captioned matter, and have p[ersonal knowledge of the following statement of fact.

2. CitiFinancial has entered into a confidential settlement with Plaintiff Garcia of which the provision regarding confidentiality are a key element and term of the settlement agreement at the same amount discussed with and agreed to before the Court at the last settlement conference.  For the purpose of disclosure to others, CitiFinancial has agreed, without admission of any fault, to a sum certain to Garcia, and upon a finding of good faith settlement, the parties will enter a stipulation of dismissal with prejudice of all claims asserted in this matter relating to Beneficial and Direct Merchant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of September 2006 at Honolulu, Hawaii.

/s/David J. Minkin
DAVID J. MINKIN