IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, | ) CIVIL NO. CV04-00692 SPK LEK |
| | ) |
| Plaintiff, | ) [PROPOSED] ORDER GRANTING |
| | ) DEFENDANT CITIFINANCIAL, |
| vs. | ) INC.'S MOTION FOR FINDING OF |
| | ) GOOD FAITH SETTLEMENT |
| EXPERIAN INFORMATION | ) UNDER HAWAII REVISED |
| SOLUTIONS, INC.; TRANS UNION | ) STATUES SECTION 663-15.5 |
| LLC; EQUIFAX INFORMATION | ) |
| SERVICES, LLC; AMERICAN | ) |
| SAVINGS BANK; AMERICAN | ) Hearing: |
| GENERAL FINANCIAL SERVICES, | ) Date: _____ |
| INC.; BENEFICIAL/HOUSEHOLD | ) Time: _____ |
| FINANCE CORPORATION; | ) Judge:  Hon. Leslie E. Kobayashi |
| CITIFINANCIAL, INC.; CAPITAL | ) |
| ONE BANK aka CAPITAL ONE | ) |
| FINANCIAL CORPORATION; | ) |
| DIRECT MERCHANTS CREDIT | ) |
| CARD BANK; CREDIT | ) Trial Date:  November 7, 2006 |
| INFORMATION SERVICES | ) |
| COMPANY; LANDSAFE CREDIT, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

ORDER GRANTING DEFENDANTS CITIFINANCIAL, INC'S
MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER
HAWAII REVISED STATUTES SECTION 663-15.5

Having considered Defendant CitiFinancial, Inc.'s Motion for Finding of

Good Faith Settlement Under Hawaii Revised Statutes §663-15.5, filed September__,

2006, having given the parties twenty-five (25) days to file an objection to contest

the good faith of the settlement, and having been found the Motion suitable for disposition without a hearing pursuant to LR7.2( d) of the Local Rules of Practice of the United States District Court for the District of Hawaii,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Defendant CitiFinancial Inc.'s Motion for Finding of Good Faith Settlement Under Hawaii Revised Statutes §663- 15.5, filed September __, 2006 is hereby GRANTED.

---

Ricky G. Garcia v. Experian Information Solutions, Inc., et al; Civil No. 04-00692SPK; Order Granting Defendant Citifinancial, Inc.'s Motion For Finding Of Good Faith Settlement Under Hawaii Revised Statues Section 663-15.5