IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| RICKY G. GARCIA, ) | CIVIL NO. CV04-00692 SPK LEK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC.; TRANS UNION ) | |
| LLC; EQUIFAX INFORMATION ) | |
| SERVICES, LLC; AMERICAN ) | |
| SAVINGS BANK; AMERICAN ) | |
| GENERAL FINANCIAL SERVICES, ) | |
| INC.; BENEFICIAL/HOUSEHOLD ) | |
| FINANCE CORPORATION; ) | |
| CITIFINANCIAL, INC.; CAPITAL ) | |
| ONE BANK aka CAPITAL ONE ) | |
| FINANCIAL CORPORATION; ) | |
| DIRECT MERCHANTS CREDIT ) | |
| CARD BANK; CREDIT ) | |
| INFORMATION SERVICES ) | |
| COMPANY; LANDSAFE CREDIT, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within document was duly served on the following on this date as indicated below:

|  | Electronically Via CM/ECF | U.S. Mail |
|---|---|---|
| MARK D. CLEMENT, ESQ.<br>Lawyers Building, Suite 102<br>550 Halekauwila St.<br>Honolulu, HI 96813<br><br>Attorney for Plaintiff |  | X |
| G. JOHN CENTO, ESQ.<br>1100 Peachtree St., Suite 2800<br>Atlanta, GA 30309<br>    and |  | X |
| JESS H. GRIFFITHS, ESQ.<br>CHAD M. IIDA, ESQ.<br>2300 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, HI 96813<br><br>Attorneys for Defendant<br>EQUIFAX INFORMATION SERVICES | X |  |
| KENNETH T. OKAMOTO, ESQ.<br>ROBERT M. KOHN, ESQ.<br>707 Richards St., Suite 728<br>Honolulu, HI 96813<br>    and | X |  |
| DONALD E. BRADLEY, ESQ.<br>650 Town Center Drive, suite 1200<br>Costa Mesa, CA 92626<br><br>Attorneys for Defendant<br>TRANS UNION LLC |  | X |

| | |
|---|---|
| CHARLES A. PRICE, ESQ.<br>LISA ANNE GRUEBNER, ESQ.<br>2600 Pauahi Tower<br>1001 Bishop St.<br>Honolulu, HI 96813<br><br>Attorneys for Defendants<br>BENEFICIAL/HOUSEHOLD FINANCE<br>CORPORATION and DIRECT<br>MERCHANTS CREDIT CARD BANK | X |
| PATRICIA J. MCHENRY, ESQ.<br>1000 Bishop Street, Suite 1200<br>Honolulu, HI 96813<br><br>Attorney for Defendant<br>LANDSAFE CREDIT, INC. | X |
| JOHN T. KOMEIJI, ESQ.<br>Watanabe Ing Kawashima & Komeiji<br>First Hawaiian Center<br>999 Bishop Street 23rd Floor<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>AMERICAN GENERAL FINANCIAL<br>SERVICES, INC. | X |

DATED: Honolulu, Hawai`i, September 8, 2006.

/s/ David J. Minkin
DAVID J. MINKIN
Attorney for Defendant
CITIFINANCIAL, INC.