ORIGINAL

LAW OFFICE OF MARK D. CLEMENT
Attorney at Law

MARK D. CLEMENT    5295-0
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone No.  (808) 545-2488
Facsimile No.   (808) 545-2933
Email:  Mark@markclementlaw.com

Attorney for Plaintiff
RICKY G. GARCIA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 1 2006

at _____ o'clock and _____ min _____ M
SUE BEITIA, CLERK

LODGED

[SEP 7 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, | ) CIVIL NO: CV04-00692 SPK LEK |
| | ) (FAIR CREDIT REPORTING ACT) |
| | ) |
| Plaintiff, | ) STIPULATION FOR DISMISSAL |
| | ) WITH PREJUDICE AS TO |
| vs. | ) PLAINTIFF RICKY G. GARCIA'S |
| | ) CLAIMS AGAINST DEFENDANT |
| EXPERIAN INFORMATION | ) TRANS UNION, LLC AND ORDER |
| SOLUTIONS, INC.; TRANS | ) |
| UNION, LLC; EQUIFAX | ) |
| INFORMATION SERVICES, LLC; | ) |
| AMERICAN SAVINGS BANK; | ) |
| AMERICAN GENERAL | ) |
| FINANCIAL SERVICES, INC; | ) |
| BENEFICIAL/HOUSEHOLD | ) |
| FINANCE CORPORATION; | ) |
| CITIFINANCIAL, INC; CAPITAL | ) |
| ONE BANK a/k/a CAPITAL ONE | ) |
| FINANCIAL CORPORATION; | ) |
| DIRECT MERCHANTS CREDIT | ) |
| CARD BANK; CREDIT | ) |

INFORMATION SERVICES )
COMPANY; LANDSAFE )
CREDIT, INC., )
)
           Defendants. )
)
_____ )

## STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF RICKY G. GARCIA'S CLAIMS AGAINST DEFENDANT TRANS UNION, LLC AND ORDER

It is hereby stipulated by and between Plaintiff RICKY G. GARICA

("Plaintiff"); and, Defendant TRANS UNION, LLC ("Defendant Trans Union"),

through their undersigned counsel, pursuant to Rule 41(a)(2), Federal Rules of Civil

Procedure, that any and all claims by and between Plaintiff and Defendant Trans

Union arising out of Plaintiffs' Second Amended Complaint, filed herein on May

31, 2006, are hereby dismissed with prejudice.

Each party is to bear its own attorney's fees and costs.

Plaintiff's claims in the Second Amended Complaint remain as to all

non-settling Defendants.

DATED:   Honolulu, Hawaii, August 30, 2006.

_____
MARK D. CLEMENT

Attorneys for Plaintiff
RICKY G. GARCIA

_____
ROBERT M. KOHN

Attorneys for Defendant
TRANS UNION, LLC

APPROVED AND SO ORDERED:

_____
UNITED STATES JUDGE

3