ORIGINAL

LAW OFFICE OF MARK D. CLEMENT
Attorney at Law

MARK D. CLEMENT   5295-0
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone No. (808) 545-2488
Facsimile No. (808) 545-2933
Email: Mark@markclementlaw.com

Attorney for Plaintiff
RICKY G. GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, | ) CIVIL NO: CV04-00692 SPK LEK |
| | ) (FAIR CREDIT REPORTING ACT) |
| | ) |
| Plaintiff, | ) PLAINTIFF RICKY G. GARCIA'S |
| | ) STATEMENT OF NO OBJECTION |
| vs. | ) AND NOTICE OF NON- |
| | ) APPEARANCE RE: DEFENDANT |
| EXPERIAN INFORMATION | ) AMERICAN GENERAL FINANCIAL |
| SOLUTIONS, INC.; TRANS | ) SERVICES, INC.'S MOTION FOR |
| UNION, LLC; EQUIFAX | ) FINDING OF GOOD FAITH |
| INFORMATION SERVICES, LLC; | ) SETTLEMENT UNDER HAWAII |
| AMERICAN SAVINGS BANK; | ) REVISED STATUTES SECTION 663- |
| AMERICAN GENERAL | ) 15.5 FILED ON SEPTEMBER 7, 2006; |
| FINANCIAL SERVICES, INC; | ) CERTIFICATE OF SERVICE |
| BENEFICIAL/HOUSEHOLD | ) |
| FINANCE CORPORATION; | ) HEARING: |
| CITIFINANCIAL, INC; CAPITAL | ) Date: October 6, 2006 |
| ONE BANK a/k/a CAPITAL ONE | ) Time: 9:30 a.m. |
| FINANCIAL CORPORATION; | ) Judge: Honorable Leslie E. Kobayashi |
| DIRECT MERCHANTS CREDIT | ) |
| CARD BANK; CREDIT | ) |
| INFORMATION SERVICES | ) |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 11 2006

at 2 o'clock and 15 min. P M
SUE BEITIA, CLERK

|  |  |
|---|---|
| COMPANY; LANDSAFE CREDIT, INC., | ) ) ) |
| Defendants. | ) ) ) |

PLAINTIFF RICKY G. GARCIA'S STATEMENT OF NO OBJECTION AND NOTICE OF NON-APPEARANCE RE: DEFENDANT AMERICAN GENERAL FINANCIAL SERVICES, INC.'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 FILED ON SEPTEMBER 7, 2006

Plaintiff RICKY G. GARCIA ("Plaintiff"), by and through his attorney, MARK D. CLEMENT, hereby states that he has no objection to the granting of Defendant AMERICAN GENERAL FINANCIALS SERVICES, INC.'S ("Defendant AMGEN") Motion for Finding of Good Faith Settlement Under Hawaii Revised Statutes Section 663-15.5 filed on September 7, 2006 (hereinafter "Motion").

Based on Defendant's representations, Plaintiff has no objection to the limited purpose of Defendant's Motion and will not make an appearance at the hearing on Defendant's Motion. Plaintiff requests the opportunity to review any proposed Order prior to submission to the Court

DATED: Honolulu, Hawaii, September 11, 2006.

_____
MARK D. CLEMENT

Attorney for Plaintiff
RICKY G. GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, | ) CIVIL NO: CV04-00692 SPK LEK<br>) (FAIR CREDIT REPORTING ACT)<br>) |
| Plaintiff, | ) CERTIFICATE OF SERVICE<br>) |
| vs. | )<br>) |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK; CREDIT INFORMATION SERVICES COMPANY; LANDSAFE CREDIT, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was duly served upon the following parties at their last known address indicated below,

by depositing same with the U.S. Postal Service, postage prepaid, first class or hand-delivery, on September 11, 2006

|  | Hand Delivery | Mail |
|---|---|---|
| KENNETH T. OKAMOTO, ESQ.<br>ROBERT M. KOHN, ESQ.<br>Price Okamoto Himeno & Lum<br>707 Richards Street; Suite 728<br>Honolulu, Hawaii 96813 | X |  |
| DONALD E. BRADLEY, ESQ.<br>Musick, Peeler & Garrett LLP<br>650 Town Center Drive, Suite 1200<br>Costa Mesa, California 92626<br><br>Attorneys for Defendant<br>TRANS UNION, LLC |  | X |
| JESS GRIFITHS, ESQ.<br>CHAD M. IIDA, ESQ.<br>Godbey Griffiths Reiss Chong<br>1001 Bishop Street<br>2300 Pauahi Tower<br>Honolulu, Hawaii 96813 | X |  |
| G. JOHN CENTO, ESQ.<br>Kilpatrick Stockton, LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309<br><br>Attorneys for Defendant<br>EQUIFAX INFORMATION SERVICES, LLC |  | X |

CHARLES A. PRICE, ESQ.                                    X
LISA ANNE GRUEBNER, ESQ.
Koshiba Agena & Kubota
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendants
BENEFICIAL/HOUSEHOLD FINANCE CORPORATION
and DIRECT MERCHANTS CREDIT CARD BANK

DAVID J. MINKIN, ESQ.                                      X
McCorriston Miller Mukai MacKinnon, LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorney for Defendant
CITIFINANCIAL, INC.

PATRICIA J. McHENRY, ESQ.                                  X
Cades Schutte LLP
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

Attorney for Defendant
LANDSAFE CREDIT, INC.

Dated:    Honolulu, Hawaii, September 11, 2006.

_____
MARK D. CLEMENT

Attorney for Plaintiff
RICKY G. GARCIA

3