ORIGINAL

LAW OFFICE OF MARK D. CLEMENT
Attorney at Law

MARK D. CLEMENT   5295-0
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone No. (808) 545-2488
Facsimile No. (808) 545-2933
Email: Mark@markclementlaw.com

Attorney for Plaintiff
RICKY G. GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, | ) CIVIL NO: CV04-00692 SPK LEK<br>) (FAIR CREDIT REPORTING ACT)<br>) |
| Plaintiff, | ) STIPULATION FOR DISMISSAL<br>) WITH PREJUDICE AS TO |
| vs. | ) PLAINTIFF RICKY G. GARCIA'S<br>) CLAIMS AGAINST DEFENDANT |
| EXPERIAN INFORMATION<br>SOLUTIONS, INC.; TRANS<br>UNION, LLC; EQUIFAX<br>INFORMATION SERVICES, LLC;<br>AMERICAN SAVINGS BANK;<br>AMERICAN GENERAL<br>FINANCIAL SERVICES, INC;<br>BENEFICIAL/HOUSEHOLD<br>FINANCE CORPORATION;<br>CITIFINANCIAL, INC; CAPITAL<br>ONE BANK a/k/a CAPITAL ONE<br>FINANCIAL CORPORATION;<br>DIRECT MERCHANTS CREDIT<br>CARD BANK; CREDIT | ) EQUIFAX INFORMATION<br>) SERVICES, LLC AND ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 11 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

LODGED

SEP 06 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| INFORMATION SERVICES COMPANY; LANDSAFE CREDIT, INC., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF RICKY G. GARCIA'S CLAIMS AGAINST DEFENDANT EQUIFAX INFORMATION SERVICES, LLC AND ORDER

It is hereby stipulated by and between Plaintiff RICKY G. GARICA ("Plaintiff"); and, Defendant EQUIFAX INFORMATIN SERVICES, LLC ("Defendant Equifax"), through their undersigned counsel, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, that any and all claims by and between Plaintiff and Defendant American General arising out of Plaintiffs' Second Amended Complaint, filed herein on May 31, 2006, are hereby dismissed with prejudice.

Each party is to bear its own attorney's fees and costs.

Plaintiff's claims in the Second Amended Complaint remain as to all other Defendants.

2

DATED: Honolulu, Hawaii, September 1, 2006

_____
MARK D. CLEMENT

Attorneys for Plaintiff
RICKY G. GARCIA

_____
JESS H. GRIFFITHS
CHAD M. IIDA

Attorneys for Defendant
EQUIFAX INFORMATION
SERVICES, LLC

APPROVED AND SO ORDERED:

_____
UNITED STATES JUDGE

