ORIGINAL

LAW OFFICE OF MARK D. CLEMENT
Attorney at Law

MARK D. CLEMENT    5295-0
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone No. (808) 545-2488
Facsimile No. (808) 545-2933
Email: Mark@markclementlaw.com

Attorney for Plaintiff
RICKY G. GARCIA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 11 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

LODGED

SEP 0 8 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>            Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK; CREDIT | ) CIVIL NO: CV04-00692 SPK LEK<br>) (FAIR CREDIT REPORTING ACT)<br>)<br>) STIPULATION FOR DISMISSAL<br>) WITH PREJUDICE AS TO<br>) PLAINTIFF RICKY G. GARCIA'S<br>) CLAIMS AGAINST DEFENDANT<br>) LANDSAFE CREDIT, INC. AND<br>) ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

```
INFORMATION SERVICES      )
COMPANY; LANDSAFE         )
CREDIT, INC.,             )
                          )
            Defendants.   )
_____)
```

STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF
RICKY G. GARCIA'S CLAIMS AGAINST DEFENDANT
LANDSAFE CREDIT, INC. AND ORDER

It is hereby stipulated by and between Plaintiff RICKY G. GARICA ("Plaintiff"); and, Defendant LANDSAFE CREDIT, INC. ("Defendant Landsafe"), through their undersigned counsel, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, that any and all claims by and between Plaintiff and Defendant Landsafe arising out of Plaintiffs' Second Amended Complaint, filed herein on May 31, 2006, are hereby dismissed with prejudice.

Each party is to bear its own attorney's fees and costs.

Plaintiff's claims in the Second Amended Complaint remain as to all non-settling Defendants.

DATED:   Honolulu, Hawaii, September 6, 2006.

_/s/ Mark D. Clement_
MARK D. CLEMENT

Attorneys for Plaintiff
RICKY G. GARCIA

_/s/ Patricia J. McHenry_
PATRICIA J. McHENRY

Attorneys for Defendant
LANDSAFE CREDIT, INC.

APPROVED AND SO ORDERED:

_/s/ Samuel P. King_
UNITED STATES JUDGE