ORIGINAL

LAW OFFICE OF MARK D. CLEMENT
Attorney at Law

MARK D. CLEMENT    5295-0
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone No. (808) 545-2488
Facsimile No. (808) 545-2933
Email: Mark@markclementlaw.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 2 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Attorney for Plaintiff
RICKY G. GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, | ) CIVIL NO: CV04-00692 SPK LEK<br>) (FAIR CREDIT REPORTING ACT)<br>) |
| Plaintiff, | ) PLAINTIFF RICKY G. GARCIA'S<br>) STATEMENT OF NO OBJECTION |
| vs. | ) AND NOTICE OF NON-<br>) APPEARANCE RE: DEFENDANTS |
| EXPERIAN INFORMATION<br>SOLUTIONS, INC.; TRANS<br>UNION, LLC; EQUIFAX<br>INFORMATION SERVICES, LLC;<br>AMERICAN SAVINGS BANK;<br>AMERICAN GENERAL<br>FINANCIAL SERVICES, INC;<br>BENEFICIAL/HOUSEHOLD<br>FINANCE CORPORATION;<br>CITIFINANCIAL, INC; CAPITAL<br>ONE BANK a/k/a CAPITAL ONE<br>FINANCIAL CORPORATION;<br>DIRECT MERCHANTS CREDIT<br>CARD BANK; CREDIT<br>INFORMATION SERVICES | ) BENEFICIAL/HOUSEHOLD<br>) FINANCE CORPORATION AND<br>) DIRECT MERCHANT CREDIT CARD<br>) BANK'S MOTION FOR FINDING OF<br>) GOOD FAITH SETTLEMENT<br>) UNDER HAWAII REVISED<br>) STATUTES SECTION 663-15.5 FILED<br>) ON SEPTEMBER 1, 2006;<br>) CERTIFICATE OF SERVICE<br>)<br>) HEARING:<br>) Date: October 6, 2006<br>) Time: 9:30 a.m.<br>) Judge: Honorable Leslie E. Kobayashi<br>) |

```
COMPANY; LANDSAFE      )
CREDIT, INC.,          )
                       )
                       )
        Defendants.    )
_____)
```

PLAINTIFF RICKY G. GARCIA'S STATEMENT OF NO OBJECTION AND NOTICE OF NON-APPEARANCE RE: DEFENDANTS BENEFICIAL/ HOUSEHOLD FINANCE CORPORATION AND DIRECT MERCHANT CREDIT CARD BANK'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 FILED ON SEPTEMBER 1, 2006

Plaintiff RICKY G. GARCIA ("Plaintiff"), by and through his attorney, MARK D. CLEMENT, hereby states that he has no objection to the granting of Defendants BENEFICIAL/HOUSEHODL FINANCE CORPORATION ("Defendant Beneficial/HFC") and DIRECT MERCHANT CREDIT CARD BANK'S ("Defendant DMCCB") (hereinafter collectively referred to as "Defendants") Motion for Finding of Good Faith Settlement Under Hawaii Revised Statutes Section 663-15.5 filed on September 1, 2006 (hereinafter "Motion").

Based on Defendants' representations, Plaintiff has no objection to the limited purpose of Defendants' Motion and will not make an appearance at the hearing on Defendants' Motion. Plaintiff requests the opportunity to review any proposed Order prior to submission to the Court

DATED: Honolulu, Hawaii, September __12__, 2006.

_____
MARK D. CLEMENT

Attorney for Plaintiff
RICKY G. GARCIA