ORIGINAL

LAW OFFICE OF MARK D. CLEMENT
Attorney at Law

MARK D. CLEMENT   5295-0
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone No.  (808) 545-2488
Facsimile No.   (808) 545-2933
Email:  Mark@markclementlaw.com

Attorney for Plaintiff
RICKY G. GARCIA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 2 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK; CREDIT INFORMATION SERVICES | ) CIVIL NO: CV04-00692 SPK LEK<br>) (FAIR CREDIT REPORTING ACT)<br>)<br>) CERTIFICATE OF SERVICE (RE:<br>) STIPULATION FOR DISMISSAL<br>) WITH PREJUDICE AS TO<br>) PLAINTIFF RICKY G. GARCIA'S<br>) CLAIMS AGAINST DEFENDANT<br>) EQUIFAX INFORMATION<br>) SERVICES, LLC AND ORDER)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

```
COMPANY; LANDSAFE        )
CREDIT, INC.,            )
                         )
                         )
         Defendants.     )
_____  )
```

CERTIFICATE OF SERVICE (RE: STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF RICKY G. GARCIA'S CLAIMS AGAINST EQUIFAX INFORMATION SERVICES, LLC AND ORDER

The undersigned hereby certifies that a copy of the Stipulation for Dismissal with Prejudice as to Plaintiff Ricky G. Garcia's Claims Against Equifax Information Services, LLC and Order was duly served upon the following parties at their last known address indicated below, by depositing same with the U.S. Postal Service, postage prepaid, first class or hand-delivery, on September 12, 2006

|  | Hand Delivery | Mail |
|---|---|---|
| KENNETH T. OKAMOTO, ESQ.<br>ROBERT M. KOHN, ESQ.<br>Price Okamoto Himeno & Lum<br>707 Richards Street; Suite 728<br>Honolulu, Hawaii 96813 | X |  |
| DONALD E. BRADLEY, ESQ.<br>Musick, Peeler & Garrett LLP<br>650 Town Center Drive, Suite 1200<br>Costa Mesa, California 92626<br><br>Attorneys for Defendant<br>TRANS UNION, LLC |  | X |

2

JESS GRIFITHS, ESQ.                    X
CHAD M. IIDA, ESQ.
Godbey Griffiths Reiss Chong
1001 Bishop Street
2300 Pauahi Tower
Honolulu, Hawaii 96813

G. JOHN CENTO, ESQ.                                             X
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

CHARLES A. PRICE, ESQ.                 X
LISA ANNE GRUEBNER, ESQ.
Koshiba Agena & Kubota
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendants
BENEFICIAL/HOUSEHOLD FINANCE CORPORATION
and DIRECT MERCHANTS CREDIT CARD BANK

DAVID J. MINKIN, ESQ.                  X
McCorriston Miller Mukai MacKinnon, LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorney for Defendant
CITIFINANCIAL, INC.

PATRICIA J. McHENRY, ESQ.                    X
Cades Schutte LLP
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

Attorney for Defendant
LANDSAFE CREDIT, INC.

Dated:    Honolulu, Hawaii, September 12, 2006.


_____
MARK D. CLEMENT

Attorney for Plaintiff
RICKY G. GARCIA