ORIGINAL

LAW OFFICE OF MARK D. CLEMENT
Attorney at Law

MARK D. CLEMENT    5295-0
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone No. (808) 545-2488
Facsimile No. (808) 545-2933
Email: Mark@markclementlaw.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 12 2006

at 2 o'clock and 10 min. P M
SUE BEITIA, CLERK

Attorney for Plaintiff
RICKY G. GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, | ) CIVIL NO: CV04-00692 SPK LEK |
| | ) (FAIR CREDIT REPORTING ACT) |
| | ) |
| Plaintiff, | ) PLAINTIFF RICKY G. GARCIA'S |
| | ) STATEMENT OF NO OBJECTION |
| vs. | ) AND NOTICE OF NON- |
| | ) APPEARANCE RE: DEFENDANT |
| EXPERIAN INFORMATION | ) CITIFINANCIAL, INC.'S MOTION |
| SOLUTIONS, INC.; TRANS | ) FOR FINDING OF GOOD FAITH |
| UNION, LLC; EQUIFAX | ) SETTLEMENT UNDER HAWAII |
| INFORMATION SERVICES, LLC; | ) REVISED STATUTES SECTION 663- |
| AMERICAN SAVINGS BANK; | ) 15.5 FILED ON SEPTEMBER 8, 2006; |
| AMERICAN GENERAL | ) CERTIFICATE OF SERVICE |
| FINANCIAL SERVICES, INC; | ) |
| BENEFICIAL/HOUSEHOLD | ) HEARING: |
| FINANCE CORPORATION; | ) Date: October 6, 2006 |
| CITIFINANCIAL, INC; CAPITAL | ) Time: 9:30 a.m. |
| ONE BANK a/k/a CAPITAL ONE | ) Judge: Honorable Leslie E. Kobayashi |
| FINANCIAL CORPORATION; | ) |
| DIRECT MERCHANTS CREDIT | ) |
| CARD BANK; CREDIT | ) |
| INFORMATION SERVICES | ) |

```
COMPANY; LANDSAFE        )
CREDIT, INC.,            )
                         )
                         )
         Defendants.     )
_____)
```

PLAINTIFF RICKY G. GARCIA'S STATEMENT OF NO OBJECTION AND NOTICE OF NON-APPEARANCE RE: DEFENDANT CITIFINANCIAL, INC.'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5
FILED ON SEPTEMBER 8, 2006

Plaintiff RICKY G. GARCIA ("Plaintiff"), by and through his attorney, MARK D. CLEMENT, hereby states that he has no objection to the granting of Defendant CITIFINANCIAL, INC.'S ("Defendant CitiFinancial") Motion for Finding of Good Faith Settlement Under Hawaii Revised Statutes Section 663-15.5 filed on September 8, 2006 (hereinafter "Motion").

Based on Defendant CitiFinancial's representations, Plaintiff has no objection to the limited purpose of Defendant CitiFinanacial's Motion and will not make an appearance at the hearing on Defendant CitiFinancial's Motion. Plaintiff requests the opportunity to review any proposed Order prior to submission to the Court

DATED: Honolulu, Hawaii, September 12, 2006.

/s/ Mark D. Clement
_____
MARK D. CLEMENT

Attorney for Plaintiff
RICKY G. GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, | ) CIVIL NO: CV04-00692 SPK LEK <br> ) (FAIR CREDIT REPORTING ACT) <br> ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE <br> ) |
| vs. | ) <br> ) |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK; CREDIT INFORMATION SERVICES COMPANY; LANDSAFE CREDIT, INC., | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was duly served upon the following parties at their last known address indicated below, by hand-delivery, on September 12, 2006

CHARLES A. PRICE, ESQ.
LISA ANNE GRUEBNER, ESQ.
Koshiba Agena & Kubota
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendants
BENEFICIAL/HOUSEHOLD FINANCE CORPORATION
and DIRECT MERCHANTS CREDIT CARD BANK

DAVID J. MINKIN, ESQ.
McCorriston Miller Mukai MacKinnon, LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorney for Defendant
CITIFINANCIAL, INC.

Dated:   Honolulu, Hawaii, September 12, 2006.

_____
MARK D. CLEMENT

Attorney for Plaintiff
RICKY G. GARCIA

2