McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN                    #3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  (808) 529-7300
Facsimile:  (808) 524-8293
Email:  minkin@m4law.com

Attorney for Defendant
CITIFINANCIAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| RICKY G. GARCIA, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; CAPITAL ONE BANK aka CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK; CREDIT INFORMATION SERVICES | CIVIL NO. CV04-00692 SPK LEK <br><br> DEFENDANT CITIFINANCIAL, INC.'S STATEMENT OF NO OBJECTION AND NOTICE OF NON-APPEARANCE RE: DEFENDANTS BENEFICIAL/HOUSEHOLD FINANCE CORPORATION AND DIRECT MERCHANT CREDIT CARD BANK'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 FILED ON SEPTEMBER 1, 2006; CERTIFICATE OF SERVICE <br><br> HEARING: <br> Date: October 6, 2006 <br> Time: 9:30 a.m. <br> Judge: Leslie E. Kobayashi |

146423.1

COMPANY; LANDSAFE CREDIT, )
INC., )
)
           Defendants.     )
_____ )

### DEFENDANT CITIFINANCIAL, INC.'S STATEMENT OF NO OBJECTION AND NOTICE OF NON-APPEARANCE RE: DEFENDANTS BENEFICIAL/HOUSEHOLD FINANCE CORPORATION AND DIRECT MERCHANT CREDIT CARD BANK'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5 FILED ON SEPTEMBER 1, 2006

Defendant CITIFINANCIAL, INC. ("CitiFinancial"), by and through its attorneys, McCorriston Miller Mukai MacKinnon LLP, hereby states that it has no objection to the granting of Defendants Beneficial/Household Finance Corporation and Direct Merchant Credit Card Bank's ("Beneficial and Direct Merchant") Motion for Finding of Good Faith Settlement Under Hawaii Revised Statutes Section 663-15.5 filed on September 1, 2006 (hereinafter "Motion").

Based on Beneficial and Direct Merchant's representations, CitiFinancial has no objection to the limited purpose of Beneficial and Direct Merchant's Motion and will not make an appearance at the hearing on Beneficial and Direct Merchant's Motion.  CitiFinancial requests the opportunity to review any proposed Order prior to submission to the Court.

146423.1                           2

DATED: Honolulu, Hawai`i, September 18, 2006.

        /s/ David J. Minkin
        DAVID J. MINKIN
        Attorney for Defendant
        CITIFINANCIAL, INC.

Case 1:04-cv-00692-SPK-LEK   Document 232   Filed 09/18/2006   Page 3 of 5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| RICKY G. GARCIA,<br><br>          Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; CAPITAL ONE BANK aka CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK; CREDIT INFORMATION SERVICES COMPANY; LANDSAFE CREDIT, INC.,<br><br>          Defendants. | CIVIL NO. CV04-00692 SPK LEK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within document was duly served on the following on this date as indicated below:

146423.1

|  | **Electronically Via CM/ECF** | **U.S. Mail** |
|---|---|---|
| MARK D. CLEMENT, ESQ.<br>Lawyers Building, Suite 102<br>550 Halekauwila St.<br>Honolulu, HI  96813<br><br>Attorney for Plaintiff |  | X |
| CHARLES A. PRICE, ESQ.<br>LISA ANNE GRUEBNER, ESQ.<br>2600 Pauahi Tower<br>1001 Bishop St.<br>Honolulu, HI  96813<br><br>Attorneys for Defendants<br>BENEFICIAL/HOUSEHOLD FINANCE<br>CORPORATION and DIRECT<br>MERCHANTS CREDIT CARD BANK | X |  |
| JOHN T. KOMEIJI, ESQ.<br>WAYNE K.T. MAU, ESQ.<br>GREGG USHIRODA, ESQ.<br>999 Bishop St., 23rd Floor<br>Honolulu, Hi  96813<br><br>Attorneys for Defendant<br>AMERICAN GENERAL FINANCIAL<br>SERVICES, INC. | X |  |

DATED:  Honolulu, Hawai`i, September 18, 2006.

/s/ David J. Minkin
DAVID J. MINKIN
Attorney for Defendant
CITIFINANCIAL, INC.

146423.1                                                2