# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/27/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:  CIVIL NO. 04-00692SPK-LEK

CASE NAME:  Ricky G. Garcia vs. Experian Information Solutions, Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:  Leslie E. Kobayashi                REPORTER:

DATE:   09/27/2006                          TIME:

COURT ACTION:  EO: On September 1, 2006, Defendants Beneficial/Household Finance Corporation ("Beneficial/HFC") and Direct Merchant Credit Card Bank ("Direct Merchant") filed a Motion for Finding of Good Faith Settlement under Hawaii Revised Statutes Section 663-15.5 ("Motion") regarding their settlement with Plaintiff Ricky G. Garcia ("Plaintiff").  Based on this Court's participation in the settlement discussions between the parties, this Court is familiar with the terms of the settlement.  No objection to the Motion has been filed.  Plaintiff and Defendant Citifinancial, Inc. filed statements of no opposition to the Motion on September 12, 2006 and September 18, 2006, respectively.  The Court finds this matter suitable for disposition without a hearing pursuant to LR7.2(d) and Haw. Rev. Stat. § 663-15.5(b).  The Motion is hereby GRANTED, and Beneficial/HFC and Direct Merchant are to prepare the order by no later than October 13, 2006 for the Court's review and signature.

        IT IS SO ORDERED.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager