# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/27/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CIVIL NO. 04-00692SPK-LEK

CASE NAME: Ricky G. Garcia vs. Experian Information Solutions, Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Leslie E. Kobayashi              REPORTER:

DATE: 09/27/2006                        TIME:

COURT ACTION:  EO: On September 8, 2006, Defendant Citifinancial, Inc. ("Citifinancial") filed a Motion for Finding of Good Faith Settlement under Hawaii Revised Statutes Section 663-15.5 ("Motion") regarding its settlement with Plaintiff Ricky G. Garcia ("Plaintiff").  Based on this Court's participation in the settlement discussions between the parties, this Court is familiar with the terms of the settlement. No objection to the Motion has been filed.  Plaintiff filed a statement of no opposition to the Motion on September 12, 2006.  The Court finds this matter suitable for disposition without a hearing pursuant to LR7.2(d) and Haw. Rev. Stat. § 663-15.5(b).  The Motion is hereby GRANTED, and Citifinancial is to prepare the order by no later than October 13, 2006 for the Court's review and signature.

    IT IS SO ORDERED.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager