McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN                    #3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, HI 96813
Telephone: (808) 529-7300
Fax:          (808) 524-8293
Email: minkin@m4law.com

Attorney for Defendant
CITIFINANCIAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| RICKY G. GARCIA, | ) | CIVIL NO. CV04-00692 SPK LEK |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| vs. | ) | DEFENDANT CITIFINANCIAL, |
| | ) | INC.'S MOTION FOR FINDING |
| EXPERIAN INFORMATION | ) | OF GOOD FAITH SETTLEMENT |
| SOLUTIONS, INC.; TRANS UNION | ) | UNDER HAWAI`I REVISED |
| LLC; EQUIFAX INFORMATION | ) | STATUTES SECTION 663-15.5, |
| SERVICES, LLC; AMERICAN | ) | FILED ON SEPTEMBER 8, 2006 |
| SAVINGS BANK; AMERICAN | ) | |
| GENERAL FINANCIAL SERVICES, | ) | |
| INC.; BENEFICIAL/HOUSEHOLD | ) | |
| FINANCE CORPORATION; | ) | |
| CITIFINANCIAL, INC.; CAPITAL | ) | |
| ONE BANK aka CAPITAL ONE | ) | |
| FINANCIAL CORPORATION; | ) | |
| DIRECT MERCHANTS CREDIT | ) | |
| CARD BANK; CREDIT | ) | |
| INFORMATION SERVICES | ) | |
| COMPANY; LANDSAFE CREDIT, | ) | |
| INC., | ) | Trial Date: November 7, 2006 |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

147160.1

ORDER GRANTING DEFENDANT CITIFINANCIAL, INC'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAI`I REVISED STATUTES SECTION 663-15.5, FILED ON SEPTEMBER 8, 2006

Having considered Defendant CitiFinancial, Inc.'s Motion for Finding of Good Faith Settlement Under Hawai`i Revised Statutes §663-l5.5, filed on September 8, 2006, having given the parties twenty-five (25) days to file an objection to contest the good faith of the settlement, and having found the Motion suitable for disposition without a hearing pursuant to LR7.2(d) of the Local Rules of Practice of the United States District Court for the District of Hawai`i,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Defendant CitiFinancial Inc.'s Motion for Finding of Good Faith Settlement Under Hawai`i Revised Statutes §663- 15.5, filed on September 8, 2006, is hereby GRANTED.

DATED AT HONOLULU, HAWAI`I, October 2, 2006.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

_____

Garcia v. Experian Information Solutions, Inc., et al; Civil No. 04-00692SPK; Order Granting Defendant Citifinancial, Inc.'s Motion For Finding Of Good Faith Settlement Under Hawai`i Revised Statutes Section 663-15.5, filed on September 8, 2006