American General Order.wpd

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI      #2498-0
GREGG M. USHIRODA    #5868-0
CORIN M. KORENAGA    #8421-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawai`i 96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-mail:  gushiroda@wik.com

Attorneys for Defendant
AMERICAN GENERAL FINANCIAL SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| RICKY G. GARCIA,<br><br>                    Plaintiff,<br><br>      vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN SAVINGS BANK; AMERICAN GENERAL FINANCIAL SERVICES, INC.; BENEFICIAL/HOUSEHOLD FINANCE CORPORATION; CITIFINANCIAL, INC.; GE CAPITAL/MONOGRAM CREDIT CARD BANK OF GEORGIA; CAPITAL ONE BANK a/k/a CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK,<br><br>                    Defendants. | CIVIL NO. CV 04-00692 HG LEK<br>(Fair Credit Reporting Act)<br><br>ORDER GRANTING DEFENDANT AMERICAN GENERAL FINANCIAL SERVICES, INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT UNDER HAWAI`I REVISED STATUTES SECTION 663-15.5 FILED ON SEPTEMBER 7, 2006<br><br><br><br>TRIAL DATE:  November 7, 2006 |

### ORDER GRANTING DEFENDANT AMERICAN GENERAL FINANCIAL SERVICES, INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT UNDER HAWAI`I REVISED STATUTES SECTION 663-15.5 FILED ON SEPTEMBER 7, 2006

Defendant American General's Motion for Determination of Good Faith Settlement Under Hawai`i Revised Statutes Section 663-15.5 filed September 7, 2006, having given the parties twenty-five (25) days to file an objection to contest the good faith of the settlement and having been found suitable for disposition without a hearing pursuant to LR7.2(d) of the Local Rules of Practice of the United States District Court for the District of Hawai`i and considered by the Honorable Leslie K. Kobayashi;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Defendant American General's Motion for Determination of Good Faith Settlement Under Hawai`i Revised Statutes Section 663-15.5 filed herein on September 7, 2006 is hereby GRANTED.

DATED:  Honolulu, Hawai`i, October 3, 2006.

APPROVED AND SO ORDERED:



 /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

---

Ricky Garcia v. Experian Information Solutions, Inc., et al; Civil No. 041-00692SPK; ORDER GRANTING AMERICAN GENERAL FINANCIAL SERVICES, INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT UNDER HAWAI`I REVISED STATUTES SECTION 663-15.5 FILED ON SEPTEMBER 7, 2006.