ORIGINAL

KOSHIBA AGENA & KUBOTA

CHARLES A. PRICE          5098-0
LISA ANNE GRUEBNER        5516-0
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: 523-3900
cprice@koshibalaw.com
lgruebner@koshibalaw.com

Attorneys for Defendants
BENEFICIAL/HOUSEHOLD FINANCE CORPORATION
and DIRECT MERCHANT CREDIT CARD BANK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 6 2006

at 10 o'clock and 15 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA ) | CIVIL NO. CV 04-0692 SPK LEK |
| ) | (FAIR CREDIT REPORTING ACT) |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| vs. ) | DEFENDANTS BENEFICIAL/ |
| ) | HOUSEHOLD FINANCE |
| EXPERIAN INFORMATION ) | CORPORATION AND DIRECT |
| SOLUTIONS, INC.; TRANS ) | MERCHANT CREDIT CARD |
| UNION, LLC; EQUIFAX ) | BANK'S MOTION FOR FINDING |
| INFORMATION SERVICES, LLC; ) | OF GOOD FAITH SETTLEMENT |
| AMERICAN SAVINGS BANK; ) | UNDER HAWAII REVISED |
| AMERICAN GENERAL ) | STATUTES SECTION 663-15.5, |
| FINANCIAL SERVICES, INC.; ) | FILED SEPTEMBER 1, 2006 |
| BENEFICIAL/HOUSEHOLD ) | |
| FINANCE CORPORATION; ) | |
| CITIFINANCIAL, INC.; GE ) | |
| CAPITAL/MONOGRAM CREDIT ) | TRIAL DATE:   November 7, 2007 |
| CARD BANK OF GEORGIA; ) | |
| CAPITAL ONE BANK a/k/a ) | |

| | |
|---|---|
| CAPITAL ONE FINANCIAL CORPORATION; DIRECT MERCHANTS CREDIT CARD BANK; CREDIT INFORMATION SERVICES COMPANY, LANDSAFE CREDIT, INC.,      Defendants. | ) ) ) ) ) ) ) ) ) ) |

ORDER GRANTING DEFENDANTS BENEFICIAL/HOUSEHOLD FINANCE CORPORATION AND DIRECT MERCHANT CREDIT CARD BANK'S MOTION FOR FINDING OF GOOD FAITH <u>SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5, FILED SEPTEMBER 1, 2006</u>

Having considered Defendants Beneficial/Household Finance Corporation and Direct Merchant Credit Card Bank's Motion for Finding of Good Faith Settlement Under Hawaii Revised Statutes §663-15.5, filed September 1, 2006, having given the parties twenty-five (25) days to file an objection to contest the good faith of the settlement, and having been found the Motion suitable for disposition without a hearing pursuant to LR7.2(d) of the Local Rules of Practice of the United States District Court for the District of Hawaii,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Defendant Beneficial/Household Finance Corporation and Direct Merchant Credit Card Bank's Motion for Finding of Good Faith Settlement Under Hawaii Revised Statutes §663-15.5, filed September 1, 2006 is hereby GRANTED.

DATED: Honolulu, Hawaii, 10/5/06.

/s/ Leslie E. Kobayashi
LESLIE E. KOBAYASHI
UNITED STATES MAGISTRATE JUDGE

---

Ricky Garcia v. Experian Information Solutions, Inc., et al.; Civil No. 014-00692SPK; ORDER GRANTING DEFENDANTS BENEFICIAL/HOUSEHOLD FINANCE CORPORATION AND DIRECT MERCHANT CREDIT CARD BANK'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT UNDER HAWAII REVISED STATUTES SECTION 663-15.5, FILED SEPTEMBER 1, 2006