SPK

ORIGINAL

LAW OFFICE OF MARK D. CLEMENT
Attorney at Law

MARK D. CLEMENT    5295-0
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone No.  (808) 545-2488
Facsimile No.   (808) 545-2933
Email:  Mark@markclementlaw.com

**LODGED**

OCT 1 1 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 2 0 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Attorney for Plaintiff
RICKY G. GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, | ) CIVIL NO: CV04-00692 SPK LEK |
| | ) (FAIR CREDIT REPORTING ACT) |
| | ) |
| Plaintiff, | ) STIPULATION FOR DISMISSAL |
| | ) WITH PREJUDICE AS TO |
| vs. | ) PLAINTIFF RICKY G. GARCIA'S |
| | ) CLAIMS AGAINST DEFENDANT |
| EXPERIAN INFORMATION | ) CITIFINANCIAL, INC. AND ORDER |
| SOLUTIONS, INC.; TRANS | ) |
| UNION, LLC; EQUIFAX | ) |
| INFORMATION SERVICES, LLC; | ) |
| AMERICAN SAVINGS BANK; | ) |
| AMERICAN GENERAL | ) |
| FINANCIAL SERVICES, INC; | ) |
| BENEFICIAL/HOUSEHOLD | ) |
| FINANCE CORPORATION; | ) |
| CITIFINANCIAL, INC; CAPITAL | ) |
| ONE BANK a/k/a CAPITAL ONE | ) |
| FINANCIAL CORPORATION; | ) |
| DIRECT MERCHANTS CREDIT | ) |
| CARD BANK; CREDIT | ) |

INFORMATION SERVICES          )
COMPANY; LANDSAFE            )
CREDIT, INC.,                )
                            )
          Defendants.          )
_____ )

## STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF RICKY G. GARCIA'S CLAIMS AGAINST DEFENDANT CITIFINANCIAL, INC. AND ORDER

It is hereby stipulated by and between Plaintiff RICKY G. GARICA

("Plaintiff"); and, Defendant CITIFINANCIAL, INC. ("Defendant CitiFinancial"),

through their undersigned counsel, pursuant to Rule 41(a)(2), Federal Rules of Civil

Procedure, that any and all claims by and between Plaintiff and Defendant

CitiFinancial arising out of Plaintiffs' Second Amended Complaint, filed herein on

May 31, 2006, are hereby dismissed with prejudice.

Each party is to bear its own attorney's fees and costs.

Plaintiff's claims in the Second Amended Complaint remain as to all

non-settling Defendants.

DATED:  Honolulu, Hawaii, October _____10_____, 2006.


_____
MARK D. CLEMENT

Attorneys for Plaintiff
RICKY G. GARCIA


_____
DAVID J. MINKIN

Attorneys for Defendant
CITIFINANCIAL, INC.


APPROVED AND SO ORDERED:

_____
UNITED STATES JUDGE

3