LAW OFFICE OF MARK D. CLEMENT
Attorney at Law

MARK D. CLEMENT    5295-0
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone No.  (808) 545-2488
Facsimile No.   (808) 545-2933
Email:  Mark@markclementlaw.com

Attorney for Plaintiff
RICKY G. GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, | ) CIVIL NO: CV04-00692 SPK LEK<br>) (FAIR CREDIT REPORTING ACT)<br>) |
| Plaintiff, | ) CERTIFICATE OF SERVICE (RE:<br>) STIPULATION FOR DISMISSAL |
| vs. | ) WITH PREJUDICE AS TO<br>) PLAINTIFF RICKY G. GARCIA'S |
| EXPERIAN INFORMATION<br>SOLUTIONS, INC.; TRANS<br>UNION, LLC; EQUIFAX<br>INFORMATION SERVICES, LLC;<br>AMERICAN SAVINGS BANK;<br>AMERICAN GENERAL<br>FINANCIAL SERVICES, INC;<br>BENEFICIAL/HOUSEHOLD<br>FINANCE CORPORATION;<br>CITIFINANCIAL, INC; CAPITAL<br>ONE BANK a/k/a CAPITAL ONE<br>FINANCIAL CORPORATION;<br>DIRECT MERCHANTS CREDIT<br>CARD BANK; CREDIT<br>INFORMATION SERVICES | ) CLAIMS AGAINST DEFENDANT<br>) CITIFINANCIAL, INC. AND ORDER)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 24 2006
at ____ o'clock and ____ min. ___ M
SUE BEITIA, CLERK

```
COMPANY; LANDSAFE      )
CREDIT, INC.,          )
                       )
                       )
        Defendants.    )
                       )
_____)
```

CERTIFICATE OF SERVICE (RE: STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF RICKY G. GARCIA'S CLAIMS AGAINST CITIFINANCIAL, INC. AND ORDER

The undersigned hereby certifies that a copy of the Stipulation for Dismissal with Prejudice as to Plaintiff Ricky G. Garcia's Claims Against CitiFinancial, Inc. and Order was duly served upon the following parties at their last known address indicated below, by hand-delivery, on October 24, 2006

CHARLES A. PRICE, ESQ.
LISA ANNE GRUEBNER, ESQ.
Koshiba Agena & Kubota
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendants
BENEFICIAL/HOUSEHOLD FINANCE CORPORATION
and DIRECT MERCHANTS CREDIT CARD BANK

DAVID J. MINKIN, ESQ.
McCorriston Miller Mukai MacKinnon, LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorney for Defendant
CITIFINANCIAL, INC.

Dated:   Honolulu, Hawaii, October 24, 2006.

/s/ Mark D. Clement
MARK D. CLEMENT

Attorney for Plaintiff
RICKY G. GARCIA