LAW OFFICE OF MARK D. CLEMENT
Attorney at Law

MARK D. CLEMENT   5295-0
Lawyers Building, Suite 102
550 Halekauwila Street
Honolulu, Hawaii 96813
Telephone No.  (808) 545-2488
Facsimile No.   (808) 545-2933
Email:  Mark@markclementlaw.com

Attorney for Plaintiff
RICKY G. GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICKY G. GARCIA, | ) CIVIL NO: CV04-00692 SPK LEK |
|  | ) (FAIR CREDIT REPORTING ACT) |
|  | ) |
| Plaintiff, | ) STIPULATION FOR DISMISSAL |
|  | ) WITH PREJUDICE AS TO |
| vs. | ) PLAINTIFF RICKY G. GARCIA'S |
|  | ) CLAIMS AGAINST DEFENDANTS |
| EXPERIAN INFORMATION | ) BENEFICIAL/HOUSEHOLD |
| SOLUTIONS, INC.; TRANS | ) FINANCE CORPORATION AND |
| UNION, LLC; EQUIFAX | ) DIRECT MERCHANT CREDIT CARD |
| INFORMATION SERVICES, LLC; | ) BANK AND ORDER |
| AMERICAN SAVINGS BANK; | ) |
| AMERICAN GENERAL | ) |
| FINANCIAL SERVICES, INC; | ) |
| BENEFICIAL/HOUSEHOLD | ) |
| FINANCE CORPORATION; | ) |
| CITIFINANCIAL, INC; CAPITAL | ) |
| ONE BANK a/k/a CAPITAL ONE | ) |
| FINANCIAL CORPORATION; | ) |
| DIRECT MERCHANTS CREDIT | ) |
| CARD BANK; CREDIT | ) |

| | |
|---|---|
| INFORMATION SERVICES COMPANY; LANDSAFE CREDIT, INC., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |
| _____ | ) |

STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF RICKY G. GARCIA'S CLAIMS AGAINST DEFENDANTS BENEFICIAL HOUSEHOLD FINANCE CORPORATION AND DIRECT MERCHANT CREDIT CARD BANK AND ORDER

It is hereby stipulated by and between Plaintiff RICKY G. GARICA ("Plaintiff"); and, Defendant BENEFICIAL/HOUSEHOLD FINANCE CORPORATION ("Defendant BHFC") and Defendant DIRECT MERCHANT CREDIT CARD BANK ("Defendant DMCCB"), through their undersigned counsel, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, that any and all claims by and between Plaintiff and Defendant BHFC and Defendant DMCCB arising out of Plaintiffs' Second Amended Complaint, filed herein on May 31, 2006, are hereby dismissed with prejudice.

Each party is to bear its own attorney's fees and costs.

There are no remaining claims or parties to this action.

2

DATED: Honolulu, Hawaii, January 23, 2007.

Mark D. Clement

MARK D. CLEMENT

Attorneys for Plaintiff
RICKY G. GARCIA

Charles Price

CHARLES A. PRICE

Attorneys for Defendants
BENEFICIAL/HOUSEHOLD
FINANCE CORPORATION and
DIRECT MERCHANT CREDIT
CARD BANK

APPROVED AND SO ORDERED:

Samuel P. King

UNITED STATES JUDGE